# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FANNIE AND ALBERT TARTT,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,** <br><br> Defendants. | **Case No. 1:24-cv-04407-SEG** <br><br> **Judge Sarah E. Geraghty** |
| **TONYA LONG,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,** <br><br> Defendants. | **Case No. 1:24-cv-04411-SEG** <br><br> **Judge Sarah E. Geraghty** |

| | |
|---|---|
| **TIARA DOTSON, SHONDA FAVORS, and WARE HAULING,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,**<br><br>Defendants. | **Case No. 1:24-cv-04561-SEG**<br><br>**Judge Sarah E. Geraghty** |

# PLAINTIFFS' MOTION FOR CONSOLIDATION

Plaintiffs in the above-captioned cases, Fannie Tartt and Albert Tartt; Tiara Dotson, Shonda Favors, and Ware Hauling; and Tonya Long (collectively, "Plaintiffs"), and the putative class, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and for their Moton for Consolidation, state as follows.

1. Plaintiffs herein filed both the first and second cases in this litigation. On September 30, 2024, Plaintiffs Fannie and Albert Tartt filed the first Class Action Complaint against Bio-Lab, Inc. and KIK Consumer Products Inc. ("Defendants"). Defendants were served with the *Tartt* Complaint on October 4, 2024. *See Tartt v. Bio-Lab*, Case No. 1:24-cv-04407-SEG.

2. On September 30, 2024, Plaintiff Tonya Long filed the second Class Action Complaint against Defendants ("*Long* Complaint"). Defendants were served

1

with the *Long* Complaint on October 10, 2024. *See Long v. Bio-Lab*, Case No. 1:24-cv-04411-SEG.

3. On October 8, 2024, Plaintiffs Tiara Dotson, Shonda Favors, and Ware Hauling filed their Class Action Complaint against Defendants ("*Dotson* Complaint"). Defendants were served with the *Dotson* Complaint on October 10, 2024. *See Dotson v. BioLab*, Case No. 1:24-cv-04561-SEG.

4. Plaintiffs agree that the eleven pending putative classes[1] are ripe for consolidation, pursuant to Federal Rule of Civil Procedure ("FRCP") 42(a), as set forth in the Joint Moton for Consolidation and Extension of Deadlines filed by Plaintiff Tzikas in *Tzikas v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04471(N.D. Ga.), on October 15, 2025 [Tzikas Doc. 28].

5. Under FRCP 42(a), however, and contrary to Plaintiff Tzikas's request, the first-filed action should be the lead action, particularly where, as here, the first-

---

[1] The eight additional cases include *Hollingsworth, et al. v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04414; *Forte v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04453; *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04463; *Tzikas v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04471; *Longmore, et al. v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04494; *Watson, et al. v. Bio-Lab, Inc., et al.* (1:24-cv-04518-SEG); *Smith, et al. v. Bio-Lab, Inc. et al.* (1:24-cv-04492-SEG); *Herd v. Bio-Lab, Inc., et al.*, Case No. 24-cv-04507; and *TT of Conyers Inc., d/b/a Conyers Nissan, et al. v. BioLab Inc.*, et al. (1:24-cv-04509-SEG) ("Related Actions"). To the extent that other similar cases have been filed during the pendency of this motion, Plaintiffs respectfully request that those later-filed cases also be consolidated.

and second-filed case, as well as a third related case, believe consolidation under *Tartt* is appropriate.

6. The Plaintiffs herein have not only filed the first and second actions, but have also conducted extensive factual investigation, retained experts, and undertaken sampling and testing. Furthermore, Plaintiffs herein, have met and conferred with Defendants regarding numerous issues relating to protection of the interest of the class including evidence preservation and communications with putative class members. Moreover, Plaintiffs' counsel in *Tartt*, *Long*, and *Dotson* have been retained by hundreds of plaintiffs, are in the process of organizing plaintiffs' counsel across all related class cases, and, in addition to the putative class cases, are working with firms that represent thousands of personal injury plaintiffs injured by Defendants' wrongful conduct.

7. Plaintiffs herein have also, after speaking with the Courtroom Deputy Clerk on October 15, 2024, collectively filed a request for a status conference in these and all other related matters to discuss, at least, the following preliminary issues, which will promote the speedy, just, and efficient resolution of these cases [Tartt Doc. 41, Long Doc. 26, Dotson Doc. 11]:

    a. Communications with putative class members pursuant to Local Rule 23.1(C);

    b. Preservation of evidence;

  c. Expedited discovery regarding, among other things, the chemicals and other substances that have been released in the Fire;

  d. Consolidation of related cases and future-filed related cases;

  e. Appointment of Interim Class Counsel, pursuant to Fed. R. Civ. P. 23(g), and, potentially, other leadership designations;

  f. Possible preliminary appointment of coordinating counsel; and

  g. Any other organizational or preliminary issues the Court wishes to discuss.

8. Furthermore, on October 16, 2024, after receiving reports that Defendants have initiated certain communications with putative class members, Plaintiffs filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction to ensure compliance with Local Rule 23.1(C) and protect the interests of putative class members [Tartt Doc. 42, Long Doc. 27, Dotson Doc. 12].

WHEREFORE, Plaintiffs respectfully request this Court consolidate these actions under *Tartt*, schedule a joint status conference in these three actions and the Related Actions to address the issues contained in Plaintiffs' Motion for Status Conference, and enter an Order as requested in Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and all other related actions before this Court.

[*Signature to follow on next page*]

Dated: October 17, 2024.                    Respectfully submitted,

/s/Roy E. Barnes
Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
Kristen Tullos Oliver
Georgia Bar No. 941093
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
ktullos@barneslawgroup.com

Daniel R. Flynn*
Adam J. Levitt*
Diandra "Fu" Debrosse*
Anna Claire Skinner
Georgia Bar No. 797021
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com
alevitt@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com

L. Chris Stewart
Georgia Bar No. 142289
Justin Miller
Georgia Bar No. 001307
**STEWART MILLER SIMMONS
TRIAL ATTORNEYS**

5

> 55 Ivan Allen Jr. Boulevard, Suite 700
> Atlanta, Georgia 30308
> Telephone: (404) 529-3476
> cstewart@smstrial.com
> jmiller@smstrial.com
>
> Robert S. Libman*
> Roisin Duffy-Gideon*
> **MINER, BARNHILL & GALLAND, P.C.**
> 325 North LaSalle Street, Suite 350
> Chicago, Illinois 60654
> Telephone: (312) 751-1170
> rlibman@lawmbg.com
> rduffy@lawmbg.com
>
> Edward J. Manzke*
> Shawn Collins*
> Margaret E. Galka*
> **THE COLLINS LAW FIRM, PC**
> 1770 Park Street, Suite 200
> Naperville, Illinois 60563
> Telephone: (630) 527-1595
> ejmanzke@collinslaw.com
> shawn@collinslaw.com
> mgalka@collinslaw.com
>
> *Counsel for Plaintiffs and the Proposed Class in Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG*
>
>
> William Maxwell Compton
> Georgia Bar No. 380092
> **MORGAN & MORGAN, P.A.**
> 200 Stephenson Ave., Suite 200
> Savannah, Georgia 31405
> Telephone: (912) 443-1017
> MCompton@forthepeople.com

T. Michael Morgan*
**MORGAN & MORGAN, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 418-2031
mmorgan@ForThePeople.com

Rene F. Rocha*
**MORGAN & MORGAN, P.A.**
400 Poydras Street, Suite 1515
New Orleans, Louisiana 70130
Telephone: (954) 318-0268
rrocha@ForThePeople.com

Frank Petosa*
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) 318-0268
fpetosa@ForThePeople.com

*Counsel for Plaintiffs and the Proposed Class in Long v. Bio-Lab, Case No. 1:24-cv-04411-SEG*

Michael B. Terry
Ga. Bar No. 702582
Jason J. Carter
Ga. Bar No. 141669
Jane D. "Danny" Vincent
Ga. Bar No. 380850
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
terry@bmelaw.com
carter@bmelaw.com
vincent@bmelaw.com

7

J. Benjamin Finley
Ga. Bar No. 261504
N. Nickolas Jackson
Georgia Bar No. 841433
**THE FINLEY FIRM, PC**
3355 Lenox Road, N.E., Suite 750
Atlanta, Georgia 30326
Telephone: 404-320-9979
bfinley@thefinleyfirm.com
njackson@thefinleyfirm.com

*Counsel for Plaintiffs and the Proposed Class in Dotson v. Bio-Lab, Case No. 1:24-cv-04561-SEG*

*Pro Hac Vice*

8

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, ND Ga. I hereby certify that on this date I electronically filed the foregoing **PLAINTIFFS' MOTION FOR CONSOLIDATION** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 17th day of October, 2024.      Respectfully submitted,

/s/Roy E. Barnes
Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
Kristen Tullos Oliver
Georgia Bar No. 941093
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
ktullos@barneslawgroup.com