# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| FANNIE AND ALBERT TARTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIO-LAB, INC. and KIK CONSUMER PRODUCTS, INC.,<br><br>    Defendants. | Case No. 1:24-cv-04407-SEG |

## DEFENDANTS KIK CONSUMER PRODUCTS INC. AND BIO-LAB, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Defendants KIK Consumer Products Inc. and Bio-Lab, Inc. submit their certificate of interested persons and corporate disclosure statement:

(1) The undersigned counsel of record for Defendants certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

Plaintiffs:

- Fannie and Albert Tartt, individually and on behalf of all others similarly situated, both of whom are citizens of the state of Georgia.

Defendants:

- KIK Consumer Products Inc. is a registered trade name of KIK Custom Products Inc. KIK Custom Products Inc. is a Delaware corporation wholly owned by KCP Holdings Inc., a Delaware corporation. KIK Custom Products Inc. has its principal place of business in Ontario, Canada.

- Bio-Lab, Inc. is a Delaware corporation wholly owned by KIK International LLC, a Delaware limited liability company. Bio-Lab, Inc. has its principal place of business in the state of Georgia.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiffs:

    Adam J. Levitt
    Anna Claire Skinner
    Daniel R. Flynn
    Diandra Sima Debrosse Zimmermann
    Elizabeth Carpenter
    DiCello Levitt LLC

    Deanna Pihos
    Robert S. Libman
    Roisin Duffy-Gideon
    Miner, Barnhill & Galland, P.C.

    Edward J. Manzke
    Margaret E. Galka
    Shawn M. Collins
    The Collins Law Firm, PC

    J. Cameron Tribble
    John R. Bevis
    Roy E. Barnes
    Kristen T. Oliver
    The Barnes Law Group, LLC

    Justin D. Miller
    L. Chris Stewart
    Stewart Miller Simmons Trial Attorneys

For Defendants:

    Michael A. Caplan
    Jessica A. Caleb
    Emily C. Snow
    Caplan Cobb LLC

Alan E. Schoenfeld
Felicia H. Ellsworth
Wilmer Cutler Pickering Hale and Dorr LLP

Respectfully submitted this 17th day of October, 2024.

| | |
|---|---|
| */s/ Alan E. Schoenfeld* | */s/ Michael A. Caplan* |
| ALAN E. SCHOENFELD* | Michael A. Caplan |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Ga. Bar No. 601039 |
| | Jessica Arnold Caleb |
| 7 World Trade Center | Ga. Bar No. 141507 |
| 250 Greenwich Street | Emily C. Snow |
| New York, NY 10007 | Ga. Bar No. 837411 |
| Tel.: (212) 230-8800 | CAPLAN COBB LLC |
| Fax: (212) 230-8888 | 75 Fourteenth Street NE, Suite 2700 |
| alan.schoenfeld@wilmerhale.com | Atlanta, Georgia 30309 |
| | Tel: (404) 596-5600 |
| FELICIA H. ELLSWORTH* | Fax: (404) 596-5604 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | mcaplan@caplancobb.com |
| | jarnold@caplancobb.com |
| 60 State Street | esnow@caplancobb.com |
| Boston, MA 02109 | |
| Tel: (617) 526-6000 | |
| Fax: (617) 526-5000 | |
| felicia.ellsworth@wilmerhale.com | |

*Counsel for Defendants KIK Consumer Products Inc. and Bio-Lab, Inc.*

*Pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 17th day of October, 2024.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039