# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **FANNIE AND ALBERT TARTT,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,**<br><br>Defendants. | **Case No. 1:24-cv-04407-SEG**<br><br>**Judge Sarah E. Geraghty** |
| **TONYA LONG,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,**<br><br>Defendants. | **Case No. 1:24-cv-04411-SEG**<br><br>**Judge Sarah E. Geraghty** |

| | |
|---|---|
| **TIARA DOTSON, SHONDA FAVORS, and WARE HAULING,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,**<br><br>Defendants. | **Case No. 1:24-cv-04561-SEG**<br><br>**Judge Sarah E. Geraghty** |

## PROPOSED AGENDA FOR THE OCTOBER 29TH STATUS CONFERENCE

Plaintiffs in the above-captioned cases, Fannie Tartt and Albert Tartt ("*Tartt* Plaintiffs"); Tiara Dotson, Shonda Favors, and Ware Hauling ("*Dotson* Plaintiffs"); and Tonya Long ("*Long* Plaintiff") (collectively, "Plaintiffs"), together with Defendants Bio-Lab, Inc., and KIK Consumer Products Inc. ("Defendants") (together, "Parties"), pursuant to this Court's October 18, 2024, Order, submit the following Proposed Agenda.

**Agenda Item 1:** Potential consolidation of related cases and related cases to be filed in the future.

Plaintiffs filed with this Court Plaintiffs' Motion for Consolidation. [Plaintiffs' Mot. for Consolidation, *Tartt v. Bio-Lab, Inc., et al.*, No. 1:24-cv-04407-SEG (N.D. Ga. Oct. 17, 2024) ("*Tartt*"), Doc. 43; Plaintiffs' Mot. for Consolidation, *Long v. Bio-*

*Lab, Inc., et al.*, No. 1:24-cv-04411-SEG (N.D. Ga. Oct. 17, 2024) ("*Long*"), Doc. 29; Plaintiffs' Mot. for Consolidation, *Dotson, et al. v. Bio-Lab, Inc., et al.*, No. 1:24-cv-04561-SEG (N.D. Ga. Oct. 17, 2024) ("*Dotson*"), Doc. 13. As Plaintiffs set forth in the Motion for Consolidation, the related putative class actions currently pending before this Court[1] and any related putative class actions filed with this Court in the future are ripe for consolidation under *Tartt*, pursuant to Federal Rule of Civil Procedure ("FRCP") 42(a). Plaintiffs oppose the consolidation of any cases that are not Related Class Actions or any related putative class actions filed with this Court in the future.

Plaintiffs' counsel have conferred with counsel for the Related Class Actions. Counsel for the following cases join in the Motion for Consolidation and this opposition:

- *Forte v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04453-SEG;
- *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04463-SEG;
- *Watson, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04518-SEG;

---

[1] *Hollingsworth, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04414-SEG; *Forte v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04453-SEG; *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04463-SEG; *Tzikas v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04471-SEG; *Longmore, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04494-SEG; *Herd v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04507-SEG; *Watson, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04518-SEG; *Smith v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04492-SEG; *TT of Conyers, Inc. d/b/a Conyers Nissan v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04509-SEG; *Hounds Town - Atlanta – Conyers, et al. v. Bio-Lab, Inc., et al*, Case No. 1:24-cv-04636-SEG; *Moore v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04651-SEG; *Davis v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04767-SEG; *Hand v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04840-SEG (collectively, "Related Class Actions").

- *Moore v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04651-SEG.

Counsel for *TT of Conyers d/b/a Conyers Nissan* ("*Conyers Nissan*") does not object to coordination of the Related Class Actions and consolidation for the purposes of discovery; however, because counsel for *Conyers Nissan* represents a putative class comprised only of businesses, counsel for *Conyers Nissan* respectfully proposes that the Court consider a structure for management of this case that considers the interests of varying groups of plaintiffs, i.e., individuals versus businesses versus state/government entities.

Defendants' position is that, in addition to the putative class actions currently pending before this Court, any and all cases filed in the Northern District of Georgia arising from the September 29 fire at Defendants' facility in Conyers, whether putative class actions or not, should be consolidated in front of this Court

**Agenda Item 2:** Communications with putative class members pursuant to Local Rule 23.1(C), N.D. Ga.

The Parties have agreed to, and will file with this Court, a Joint Statement Regarding Limited Communications with the Putative Class ("Joint Statement"). The Parties request that this Court enter the Proposed Order submitted with the Joint Statement pursuant to Local Rule 23.1(C), N.D. Ga.

Plaintiffs' counsel have conferred with counsel for the Related Class Actions. Counsel for the following cases agree to the provisions in the Joint Statement:

4

- *Forte v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04453-SEG;
- *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04463-SEG;
- *Watson, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04518-SEG;
- *Moore v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04651-SEG.

Defendants also note that the Court has entered a Stipulated Order to Preserve Evidence and Limit Certain Communications with Putative Class Members in *Tzikas* (No. 24-cv-04471) (Dkt. 34)

**Agenda Item 3:** Preservation of evidence.

On October 3, 2024, the *Long* Plaintiffs filed with this Court a Motion for Preservation of Evidence [Long Doc. 11]. On October 8, 2024, the *Tartt* Plaintiffs delivered to Defendants an evidence preservation demand letter. On October 22, 2024, Plaintiffs provided Defendants with a draft Stipulated Evidence Preservation Order that would resolve the issues raised in the October 3 Motion and October 8 letter. The Stipulated Evidence Preservation Order incorporates the obligations contained in the *Tzikas* Order entered in *Tzikas* and contains additional details not present in the *Tzikas* Order. Plaintiffs request that this Court enter the Proposed Order in the above-captioned cases as controlling in these and all Related Class Actions.

Plaintiffs' counsel have conferred with counsel for the Related Class Actions. Counsel for the following cases agree to the Stipulated Evidence Preservation Order:

- *Forte v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04453-SEG;
- *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04463-SEG;

5

- *Watson, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04518-SEG;
- *Moore v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04651-SEG;
- *TT of Conyers, Inc. d/b/a Conyers Nissan v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04509-SEG.

Defendants state that the Court has entered a Stipulated Order to Preserve Evidence and Limit Certain Communications with Putative Class Members in *Tzikas* (No. 24-cv-04471) (Dkt. 34). That Order sets forth Defendants' obligations to preserve evidence relevant to these cases, and Defendants are complying with that Order, making entry of Plaintiffs' proposed evidence preservation order unnecessary. Defendants respectfully submit that negotiating multiple preservation orders with multiple sets of plaintiffs' counsel is inefficient and counterproductive. Defendants respectfully submit that the *Tzikas* order should govern Defendants' preservation obligations at least through the appointment of interim lead counsel. If interim lead counsel believes that additional or different preservation terms should be negotiated, Defendants will of course meet and confer with interim lead counsel in good faith to resolve any dispute.

**Agenda Item 4:** A process to determine appointment of interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Plaintiffs' counsel have been in discussions with counsel in the Related Class Actions pending before this Court. Plaintiffs' counsel suggest that this Court provide a deadline by which plaintiffs' counsel in all Related Class Actions will submit either

an agreed/joint request for the appointment of interim class counsel or briefs on competing requests for the appointment of interim class counsel.

Plaintiffs' counsel request that this Court appoint Bondurant Mixson & Elmore, LLP as interim/temporary coordinating counsel for purposes of coordinating with the Court and the Parties, which would alleviate the concern Defendants note below and allow this case to proceed, which is in the best interest of the putative class, until interim class counsel is appointed.

Defendants take the view that selection and appointment of interim lead counsel is committed to the Court's discretion and so take no position on whom the Court appoints. Defendants respectfully submit that, in the absence of interim lead counsel who speak for all the parties in these proceedings, it is unsustainable for Defendants to have to respond to requests, proposed agreements, and proposed stipulations from multiple plaintiff constituencies. Defendants accordingly request that the Court stay any obligations Defendants may have to respond to such requests until the appointment of interim lead counsel.

**Agenda Item 5**: Site Inspection.

On October 21, 2024, Plaintiffs provided Defendants with a Site Inspection Protocol that would provide for the inspection of physical evidence remaining at the Defendants' Conyers, Georgia, facility and the wreckage in or around the site between October 28, 2024, and November 22, 2024. Defendants have received

7

proposed site inspection protocols from multiple plaintiff constituencies and respectfully submit that negotiating multiple site inspection protocols with multiple sets of plaintiffs' counsel is inefficient and counterproductive. Defendants accordingly request that the Court stay any obligations Defendants may have to respond to proposed site inspection protocols until the appointment of interim lead counsel, at which time Defendants will meet and confer with interim lead counsel to in good faith to negotiate a site inspection protocol.

Plaintiffs' counsel have conferred with counsel for the Related Class Actions. Counsel for the following cases agree to the Site Inspection Protocol provided to Defendants on October 21, 2024:

- *Forte v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04453-SEG;
- *Reyes, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04463-SEG;
- *Watson, et al. v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04518-SEG;
- *Moore v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04651-SEG;
- *TT of Conyers, Inc. d/b/a Conyers Nissan v. Bio-Lab, Inc., et al.*, Case No. 1:24-cv-04509-SEG.

**Agenda Item 6:** Expedited discovery.

On October 23, 2024, Plaintiffs provided Defendants with expedited written discovery requests, namely Plaintiffs' First Set of Requests for Production of Documents, seeking, among other things, the chemicals and other substances that have been released in the Fire. Defendants are reviewing the proposed discovery and will be prepared to address this agenda item at the Status Conference. However,

Defendants maintain that conferrals regarding pre-answer discovery and any related matters should not commence until appointment of interim lead counsel.

In response, Plaintiffs submit that any documents provided by Defendants in response to the Plaintiffs' First Set of Requests for Production of Documents would benefit plaintiffs in all consolidated Related Class Actions and, therefore, there is no need to delay commencement of pre-answer discovery until appointment of interim lead counsel.

Dated: October 24, 2024

Respectfully submitted,

/s/ Michael A. Caplan
Michael A. Caplan
Ga. Bar No. 601039
Michael L. Eber
Ga. Bar No. 859338
Jessica Arnold Caleb
Ga. Bar No. 141507
Emily C. Snow
Ga. Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com

Alan E. Schoenfeld*
WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Roy E. Barnes
Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
Kristen Tullos Oliver
Georgia Bar No. 941093
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
ktullos@barneslawgroup.com

Daniel R. Flynn*
Adam J. Levitt*
Diandra "Fu" Debrosse*

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

*Counsel for Defendants Bio-Lab, Inc. and KIK Consumer Products Inc.*
**Pro hac vice applications forthcoming*

Anna Claire Skinner
Georgia Bar No. 797021
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com
alevitt@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com

L. Chris Stewart
Georgia Bar No. 142289
Justin Miller
Georgia Bar No. 001307
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Boulevard, Suite 700 Atlanta, Georgia 30308
Telephone: (404) 529-3476
cstewart@smstrial.com
jmiller@smstrial.com

Robert S. Libman*
Roisin Duffy-Gideon*
**MINER, BARNHILL & GALLAND, P.C.**
325 North LaSalle Street, Suite 350
Chicago, Illinois 60654
Telephone: (312) 751-1170
rlibman@lawmbg.com
rduffy@lawmbg.com

Edward J. Manzke*
Shawn Collins*
Margaret E. Galka*
**THE COLLINS LAW FIRM, PC**

1770 Park Street, Suite 200
Naperville, Illinois 60563
Telephone: (630) 527-1595
ejmanzke@collinslaw.com
shawn@collinslaw.com
mgalka@collinslaw.com

*Counsel for Plaintiffs and the Proposed Class in Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG*


William Maxwell Compton
Georgia Bar No. 380092
**MORGAN & MORGAN, P.A.**
200 Stephenson Ave., Suite 200
Savannah, Georgia 31405
Telephone: (912) 443-1017
MCompton@forthepeople.com

T. Michael Morgan*
**MORGAN & MORGAN, P.A.**
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 418-2031
mmorgan@ForThePeople.com

Rene F. Rocha*
**MORGAN & MORGAN, P.A.**
400 Poydras Street, Suite 1515
New Orleans, Louisiana 70130
Telephone: (954) 318-0268
rrocha@ForThePeople.com

Frank Petosa*
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) 318-0268
fpetosa@ForThePeople.com

*Counsel for Plaintiffs and the Proposed Class in Long v. Bio-Lab, Case No. 1:24-cv-04411-SEG*

Michael B. Terry
Ga. Bar No. 702582
Jason J. Carter
Ga. Bar No. 141669
Jane D. "Danny" Vincent
Ga. Bar No. 380850
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
terry@bmelaw.com
carter@bmelaw.com
vincent@bmelaw.com

J. Benjamin Finley
Ga. Bar No. 261504
N. Nickolas Jackson
Georgia Bar No. 841433
**THE FINLEY FIRM, PC**
3355 Lenox Road, N.E., Suite 750
Atlanta, Georgia 30326
Telephone: 404-320-9979
bfinley@thefinleyfirm.com
njackson@thefinleyfirm.com

*Counsel for Plaintiffs and the Proposed Class in Dotson v. BioLab, Case No. 1:24-cv-04561-SEG*

*Pro Hac Vice

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I certify that on this date I electronically filed the foregoing **PROPOSED AGENDA FOR THE OCTOBER 29TH STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record. I further certify that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1.

Dated: October 24, 2024.

Respectfully submitted,

        */s/ Roy E. Barnes*
        Roy E. Barnes
        Georgia Bar No. 039000
        John R. Bevis
        Georgia Bar No. 056110
        J. Cameron Tribble
        Georgia Bar No. 754759
        Kristen Tullos Oliver
        Georgia Bar No. 941093
        **BARNES LAW GROUP, LLC**
        31 Atlanta Street
        Marietta, Georgia 30060
        Telephone: (770) 227-6375
        roy@barneslawgroup.com
        bevis@barneslawgroup.com
        ctribble@barneslawgroup.com
        ktullos@barneslawgroup.com