IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FANNIE AND ALBERT TARTT,** individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,** <br><br> Defendants. | **Case No. 1:24-cv-04407-SEG** <br><br> **Judge Sarah E. Geraghty** |
| **TONYA LONG,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,** <br><br> Defendants. | **Case No. 1:24-cv-04411-SEG** <br><br> **Judge Sarah E. Geraghty** |

| | |
|---|---|
| **TIARA DOTSON, SHONDA FAVORS, and WARE HAULING,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BIO-LAB, INC.** and **KIK CONSUMER PRODUCTS INC.,**<br><br>Defendants. | **Case No. 1:24-cv-04561-SEG**<br><br>**Judge Sarah E. Geraghty** |

## ORDER RESTRICTING COMMUNICATIONS WITH ACTUAL AND PUTATIVE CLASS MEMBERS

The parties' *Joint Statement Regarding Limited Communications with the Putative Class* having been presented to this Court in accordance with Local Rule 23.1 (C), and good cause having been shown for the imposition of the requested restrictions on communications, it is hereby ordered that:

1. Prior to engaging in any form of communications (in-person, written, electronic, telephonic, etc.) with any claimant or other putative class member ("Claimant"), Defendants or their agents will ask whether the Claimant is represented by counsel;

2. In communicating with Claimants, Defendants or their agents will disclose that they are acting on behalf of Defendants;

3. Defendants will inform Claimants that being represented by counsel does not render them ineligible to obtain financial assistance;

2

4. Defendants will provide financial assistance through the community assistance programs to Claimants represented by undersigned Plaintiffs' counsel in the same manner as to Claimants who are not represented by counsel, provided that Claimants provide a letter of authorization for such communications that is signed by one of undersigned Plaintiffs' counsel.  For any Claimants represented by undersigned Plaintiffs' counsel, Defendants will advise such Claimants to inform their counsel of any such financial assistance provided;

5. Defendants shall not use in the litigation any documents or information provided to Defendants by Claimants represented by counsel in connection with requests for financial assistance.  For the avoidance of doubt, Defendants are not precluded from seeking to offset in the litigation any amounts paid as financial assistance to Claimants;

6. Defendants will preserve any documents received from or other communications with any Claimants since September 29, 2024, and will produce these documents and communications in discovery as appropriate; and

7. Defendants will not seek to settle, release, or otherwise waive any Claimant's claims as a condition of participation in the community assistance programs.  Notwithstanding this, nothing shall prevent Defendants from resolving and releasing claims brought by individuals or businesses that are individually represented by counsel, so long as individually retained counsel expressly consents

in writing to the resolution and release of such claims. Any release not bearing the signature of a represented party's counsel shall be invalid. In addition, notwithstanding the first sentence of this paragraph, nothing shall prevent Defendants from resolving and releasing claims brought by individuals or businesses that are not individually represented by counsel, so long as prior written notice of intent to resolve and release such individual's or business's claim is provided to Plaintiffs' counsel and Plaintiffs' counsel is provided with an opportunity to confer with Defendants and any unrepresented putative class member from whom Defendants seek a release.

The foregoing restrictions shall be enforced throughout the pendency of this lawsuit.

SO ORDERED, this 29th day of October, 2024.

_____
Sarah E. Geraghty
United States District Judge