# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-04407-SEG, 1:24-cv-04561-SEG, 1:24-cv-04916-SEG
### Honorable Sarah E. Geraghty

Minute Sheet for proceedings held In Chambers on 10/30/2024.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:21 A.M.
TIME IN COURT: 00:21
OFFICE LOCATION: Atlanta
COURT REPORTER: Melissa Brock
DEPUTY CLERK: Stephanie Pittman

| | |
|---|---|
| ATTORNEYS PRESENT: | Daniel Flynn representing Tartt Plaintiffs<br>James Tribble representing Tartt Plaintiffs<br>Jason James Carter representing Dotson Plaintiffs<br>Michael B. Terry representing Dotson Plaintiffs<br>Jane D. Vincent representing Dotson Plaintiffs<br>Shayna E. Sacks representing Rockdale County<br>Hunter J. Shkolnik representing Rockdale County<br>Alan Schoenfeld representing Defendants<br>Michael Eber representing Defendants<br>Michael Caplan representing Defendants<br>Emily Snow representing Defendants |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court held a telephone conference with the parties to discuss jurisdictional issues. The Court directed the Tartt plaintiffs to file by November 1 either a jurisdictional statement addressing the Court's concerns as expressed during the conference, or an amended complaint. The Court further directed the Dotson plaintiffs to file a jurisdictional statement by November 1, to which Defendants may respond by November 5. In response to the Court's comments regarding jurisdiction in the Rockdale County case, counsel for Rockdale County indicated that the County would be filing an amended complaint. |
| HEARING STATUS: | Hearing Concluded |