# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

*In re Bio-Lab Class Actions*

Civil Action No.

1:24-CV-04407-SEG

# THE *TARTT* GROUP'S APPLICATION FOR
# INTERIM LEADERSHIP APPOINTMENTS UNDER RULE 23(g)

# <u>TABLE OF CONTENTS</u>

I.     The *Tartt* Group has already undertaken many tasks to benefit the class. .........3

II.    The *Tartt* Group's experience will inure to the benefit of the class. ..................4

    A.    L. Chris Stewart, *Stewart Miller Simmons*. .............................................5

    B.    Jason Carter, *Bondurant Mixson & Elmore LLP*....................................6

    C.    Jean Sutton Martin, *Morgan & Morgan, P.A.* ........................................6

    D.    Daniel Rock Flynn, *DiCello Levitt LLP* ..................................................7

    E.    J. Cameron Tribble, *Barnes Law Group, LLC*........................................8

    F.    Proposed Plaintiffs Executive Committee .............................................8

III.   The *Tartt* Group is a diverse slate of attorneys who also have *personal* experience in environmental contamination. ...................................................10

As set forth herein, the *Tartt* Group is best able to represent the interests of the class under Rule 23(g). The team of experienced litigators and problem solvers has successfully navigated complex cases like this, achieving significant victories for victims of environmental disasters, while working collaboratively with opposing counsel to reduce issues before the Court. The Group's experience includes:

- A \$1.8 billion settlement for residents and businesses impacted by a well blowout and methane gas leak in California that forced more than 8,000 families to evacuate and temporarily relocate.[1]

- More than \$20 billion in settlements with private plaintiffs affected by BP's oil spill in the Gulf of Mexico.[2]

- A \$94.5 million settlement for victims of property damage within three miles of a chemical plant fire in Illinois.[3]

- A \$600 million class action settlement to individuals within 20 miles of a train derailment and fire in Ohio.[4]

The leadership team in this case should consist of a structure that is inclusive yet not unwieldy. It should involve an appropriate balance of counsel who are experienced in environmental, property damage, and class action litigation, who bring local knowledge and connection to the impacted community, and who are creative problem solvers with a record of favorably resolving complex cases.

---

[1] *Southern California Gas Leak Cases*, JCCP No. 4861 (Cal. Superior Ct.).

[2] *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.).

[3] *Grasley, et al. v. Chemtool Inc., et al.*, No. 2021-L-0000162 (Winnebago Cty. Ill.).

[4] *In re East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio).

Plaintiffs in eight different cases unite to propose the following such structure for this litigation.

> **Interim Co-Lead Class Counsel:**
> L. Chris Stewart, *Stewart Miller Simmons*
> Jason Carter, *Bondurant Mixson & Elmore, LLP*[5]
> Jean Martin, *Morgan & Morgan*, P.A.
> Daniel Rock Flynn, *DiCello Levitt LLP*
>
> **Interim Liaison Counsel**
> J. Cameron Tribble, *Barnes Law Group, LLC*
>
> **Interim Plaintiffs' Executive Committee**
> Robert S. Libman, *Miner, Barnhill & Galland, P.C.*
> Edward Manzke, *The Collins Law Firm, P.C.*
> Roger Orlando, *The Orlando Firm, P.C.*
> James Bilsborrow, *Weitz & Luxenberg, P.C.*
> Gerard Stranch, *Stranch, Jennings & Garvey PLLC*
> Lynn Toops, *Cohen & Malad, LLP*
> Gary Klinger, *Milberg Coleman Bryson Phillips Grossman, PLLC*
>
> **Community Liaison**
> M.J. Blakely, *The Blakely Firm, L.L.C.*
>
> **Business Class Committee Chair**
> MaryBeth V. Gibson, *Gibson Consumer Law Group, LLC*

This type of structure has been adopted by other Georgia district courts for similarly complex litigation.[6]

---

[5] Because Jason Carter has certain family medical obligations that may require his absence at certain times, BME respectfully advises the Court that, at those times, firm partner, Michael Terry, would take Mr. Carter's leadership role.

[6] *See In re Home Depot, Inc., Customer Data Security Breach Litig.*, No. 14-md-02583-TWT, 2017 WL 9605206 (N.D. Ga. Sept. 22, 2017) (five co-lead counsel from three firms, two liaison counsel, and a five-member PSC); *In re Domestic Air*

The *Tartt* Group meets all factors courts consider as part of the appointment process and should be appointed interim class counsel under Rule 23(g).[7]

## I. The *Tartt* Group has already undertaken many tasks to benefit the class.

Just hours after the fire began, the *Tartt* Group began working collectively to protect the interests of those impacted by the fire and chemical release in Conyers. To protect the interests of the class, the *Tartt* Group quickly worked to preserve and obtain evidence, investigate the extent of the damage, and negotiate a proposed order under Local Rule 23.1. Given their experience in prior cases, the *Tartt* Group understand that those impacted by environmental disasters often need relief quickly, so the Rule 23.1 Order allows putative class members to obtain monetary relief through community assistance programs without waiving any claims that they may

---

*Transp. Antitrust Litig.*, 148 F.R.D. 297, 350 n.73 (N.D. Ga. 1993) (four co-lead counsel, one liaison counsel, and a 13-member PSC); *In re Equifax, Inc. Customer Data Sec. Breach Litig.*, MDL 2800 (N.D. Ga.) (ECF No. 678) (Chief Judge Thrash appointed three co-lead counsel, a liaison counsel with co-lead responsibilities, another liaison counsel, and a seven-member PSC); *In re Paragard IUD Prod. Liab. Litig.*, No. 20-MD-02974-LMM, 2021 WL 2585609, at *1 (N.D. Ga. Feb. 18, 2021) (Judge May appointed two co-lead counsel, liaison counsel, a 17-member PSC, and a five-member PEC).

[7] The factors courts consider include: (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A). The Court also "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

have in the litigation. Docs. 51-1, *adopted* 53. The undersigned also led efforts to coordinate the pending actions to consolidate resources and create more efficiencies. *See* Doc. 43. The *Tartt* Group coordinated organizational meetings with lawyers across all class cases and attempted to build a consensus slate among those lawyers.

The *Tartt* Group has also hired well-seasoned experts necessary for environmental litigation and is working with them to conduct testing and sampling of several sites throughout the area. Their ongoing efforts include working with the EPA, OSHA, and other investigative agencies and requesting critical evidence from those agencies. This work was, and is, being performed because the attorneys not only have the necessary resources to dedicate to the litigation, but also the experience to know what evidence is needed and where to find the evidence. The *Tartt* Group has been retained by thousands of class members and has investigated the impacts those class members have sustained as a result of the Bio-Lab fire.

## II.    The *Tartt* Group's experience will inure to the benefit of the class.

The *Tartt* Group includes lawyers with diversified skills who have a proven track record of working with defense counsel to efficiently resolve difficult and complex problems that arise in catastrophic property class actions to provide maximum monetary and injunctive relief for impacted communities. While each firm is committed to expending whatever resources are necessary to achieve a favorable result for the class, all counsel are cognizant of the need to control costs,

have done so in other complex litigation, and will do so here. *See* Manual for Complex Litigation (Fourth) § 10.221 ("The most important" factor "is achieving efficiency and economy without jeopardizing fairness to the parties.").[8]

### A.    L. Chris Stewart, *Stewart Miller Simmons* ("SMS") (Ex. B-1).

L. Chris Stewart has an unparalleled record of working for the impacted class. Mr. Stewart also formerly served on a special task force with the U.S. EPA, inspecting environmental damage caused by corporations in minority communities across the nation. Leveraging his experience and contacts with the EPA, Mr. Stewart is investigating the fire's cause, the persistence of contaminants, and their effects.

Mr. Stewart is a Georgia native and serves as the CEO and Managing Partner of SMS, where he has extensive experience in complex and high-profile cases, including mass tort, class action, wrongful death, civil rights, and premises liability. An experienced trial lawyer, he has achieved multiple record-breaking jury verdicts, notably securing the first-ever billion-dollar jury verdict for a single sexual assault victim. Chris earned a Master of Science in Public Health from Tulane University's Center for Disease and Tropical Health, specializing in Environmental Policy.

---

[8] Counsel prepared protocols to ensure that the litigation is efficient, avoids duplication, and can be easily supervised by the Court. Attached are a proposed order detailing the role of leadership counsel and providing for clear duties and responsibilities (**Ex. A**); a proposed Time and Expense Protocol (**Ex. A-1**); and firm resumes and biographies for the proposed appointees (**Exs. B-1** to **B-14**).

**B.    Jason Carter, *Bondurant Mixson & Elmore LLP* ("BME") (Ex.B-2).**

A skilled trial attorney, Jason J. Carter has achieved some of the largest verdicts and settlements in Georgia history—including multiple recoveries in excess of $100 million—and will draw upon his experience to successfully litigate this case. Mr. Carter has served as class counsel in numerous successful class actions and represents clients in other high stakes trial and appellate litigation including business torts and other complex commercial cases. The BME team includes some of the most respected attorneys in Georgia, including Michael Terry, Jane "Danny" Vincent, and Amanda Kay Seals, all of whom are skilled appellate and trial attorneys.

Jason combines a successful litigation practice with a strong commitment to public service. Among other activities, Jason chairs the Carter Center's Board of Trustees and has received numerous other awards for his legal work and community service, including the Anti-Defamation League's Stuart Eizenstat Award.

**C.    Jean Sutton Martin, *Morgan & Morgan, P.A.* ("M&M") (Ex. B-3)**

Jean Sutton Martin is an experienced investigator, leveraging her eDiscovery certification to ensure that Plaintiffs' experts receive the most pertinent yet comprehensive information to develop theories of liability. Ms. Martin is one of the lead attorneys in the Class Action Department of Morgan & Morgan's Complex Litigation Group and has concentrated her practice on complex litigation, including consumer protection class actions and mass torts, for more than 25 years.

Ms. Martin presently leads a class action against CSX for chemical exposures and property damage stemming from a train derailment that occurred the day before Thanksgiving in 2023 in Livingston, Kentucky. She has also obtained several successful rulings in class actions based upon her extensive experience in expert discovery. Her firm has extensive investigative resources, including a retired FBI special agent and retired HHS-OIG special agent.

### D.    Daniel Rock Flynn, *DiCello Levitt LLP* ("DL") (Ex. B-4)

Daniel Rock Flynn is a skilled negotiator, leveraging his experience working with corporations on environmental compliance to discover pressure points and areas for compromise, resulting in significant recoveries for clients. Leading DL's environmental practice, he represents state and local governments in multi-billion-dollar cases against PFAS manufacturers and the world's largest oil companies. Mr. Flynn negotiated and structured the settlement in the class action against Chemtool arising from a chemical plant fire. Mr. Flynn and his team, including Anna Claire Skinner, have also worked with a variety of chemical companies in developing and auditing chemical safety programs under OSHA standards and EPA regulations, including process safety management, HAZWOPER, and HazCom programs and risk management plans—issues highly relevant to this litigation.

DL employs some of the country's top complex litigators, including Adam Levitt and Diandra "Fu" Debrosse. One of the few firms of its kind that regularly

tries cases to verdict, DL's practice also includes in-house focus group and mock trial programs, enabling the firm to develop cases for trial from the outset.

**E.      J. Cameron Tribble, *Barnes Law Group, LLC* ("BLG") (Ex. B-5).**

J. Cameron Tribble will serve as liaison counsel. Mr. Tribble is a partner at the BLG, where he regularly has worked on behalf of consumers and the injured since completing a clerkship in the Northern District of Georgia in 2009. As described in his firm's resume, Mr. Tribble has extensive experience in some of the largest multidistrict litigations, including in helping to negotiate some of the most complex settlements achieved in class action cases. With the full support of his partner Roy Barnes, Mr. Tribble and his firm will commit the necessary resources to bear in this case, as they have in others, and build consensus to ensure the effective resolution of this litigation. BLG's experience includes the *Equifax* data breach litigation (one of the largest MDLs ever in terms of affected individuals) and the opioid litigation, as special outside counsel for the State of Georgia in litigation yielding hundreds of millions of dollars in settlement funds.

**F.      Proposed Plaintiffs Executive Committee (Exs. B-6 – B-14).**

Several other prominent and experienced lawyers have joined to dedicate their talents and resources to the successful prosecution of this action. They include M.J. Blakely, proposed Community Liaison. A Georgia native, Mr. Blakely will bring his experience of helping individuals and their families address tragedies in catastrophic

personal injury, product liability, and civil rights litigation to coordinate client intake efforts, communication, and assist in developing additional remediation programs. Ex. B-6. Robert Libman, a former trial attorney in the Civil Rights Division of the U.S. DOJ, has over 30 years of complex civil litigation experience, including as a co-lead in *Chemtool* and lead counsel in several trials, recovering more than $1 billion for numerous state and individual clients. Ex. B-7. Edward Manzke and his firm have recovered more than $1 billion and obtained critical injunctive relief in numerous environmental contamination cases, including in *Chemtool*. Ex. B-8. Roger Orlando has significant experience in leading national mass tort and class action multidistrict litigations, including a previous class litigation against Bio-Lab. Ex. B-9. James Bilsborrow is the Chair of his firm's Environmental, Toxic Tort, and Consumer Protection group, and has been appointed by numerous courts to represent individuals in environmental contamination multidistrict litigation. Ex. B-10. Gerard Stranch is an experienced litigator with numerous appointments in multidistrict litigations resulting in large recoveries for class members. Ex. B-11. Lynn Toops is actively litigating class cases worth billions of dollars and has led classes to hundreds of millions in recovery. Ex. B-12. Gary Klinger has extensive experience representing both large corporations and consumers, providing helpful perspective needed for this litigation. Ex. B-13. MaryBeth Gibson is an experienced class action litigator in the Northern District of Georgia and provides comprehensive legal

counsel to individuals and businesses. Ex. B-14. Complementary skill sets and vast resources will ensure that the class members' interests are protected.

## III. The *Tartt* Group is a diverse slate of attorneys who also have *personal* experience in environmental contamination.

The undersigned respectfully request the Court also consider representation. Faith in the judicial system—and in class actions in particular—depends on it.[9] Like residents of Conyers,[10] they include attorneys who are from "working class" families, attended public schools, and have, unfortunately, experienced the impacts of environmental contamination. Attorneys in the *Tartt* Group are not only experienced in handling litigation related to issues which the Conyers residents face; they have also faced those issues, themselves. The *Tartt Group* identifies with class members, which increases trust and transparency in the judicial system.

## <u>CONCLUSION</u>

For the foregoing reasons, the *Tartt* Group respectfully requests that the Court appoint its entire slate to lead this action.

[*Signature to follow on next page*.]

---

[9] Alissa del Riego, Driving Diverse Representation of Diverse Classes, 56 U. Mich. J. L. Ref. 67, 71 (2022) ("Although courts are required to appoint the attorneys best able to adequately and fairly represent the interest of all class members, few courts consider counsel's ability to relate to class members, particularly class members with different backgrounds, demographics, or life experiences.").

[10] United States Census Bureau, Conyers, Georgia, Census Results, https://data.census.gov/profile/Conyers_city,_Georgia (last accessed Nov. 5, 2024).

Date: November 5, 2024                Respectfully submitted,


                                      */s/ L. Chris Stewart*
                                      L. Chris Stewart
                                      Ga. Bar No. 142289
                                      Justin Miller
                                      Ga. Bar No. 001307
                                      **STEWART MILLER SIMMONS
                                      TRIAL ATTORNEYS**
                                      55 Ivan Allen Jr. Boulevard, Suite 700
                                      Atlanta, Georgia 30308
                                      Telephone: (404) 529-3476
                                      cstewart@smstrial.com
                                      jmiller@smstrial.com
                                      ***Counsel for Plaintiffs and the Proposed Class in
                                      Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG***


                                      */s/ Jason J. Carter*
                                      Jason J. Carter
                                      Ga. Bar No. 141669
                                      Michael B. Terry
                                      Ga. Bar No. 702582
                                      Jane D. "Danny" Vincent
                                      Ga. Bar No. 380850
                                      Amanda Kay Seals
                                      Ga. Bar No. 502720
                                      **BONDURANT MIXSON & ELMORE, LLP**
                                      1201 West Peachtree Street, Suite 3900
                                      Atlanta, Georgia 30309
                                      Telephone: (404) 881-4100
                                      carter@bmelaw.com
                                      terry@bmelaw.com
                                      vincent@bmelaw.com
                                      seals@bmelaw.com
                                      ***Counsel for Plaintiffs and the Proposed Class in
                                      Dotson v. BioLab, Case No. 1 :24-cv-04561-SEG***

/s/ Jean Sutton Martin

Jean Sutton Martin
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com

T. Michael Morgan*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 North Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 418-2031
mmorgan@ForThePeople.com

Rene F. Rocha*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
400 Poydras Street, Suite 1515
New Orleans, Louisiana 70130
Telephone: (954) 318-0268
rrocha@ForThePeople.com

Frank Petosa*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) 318-0268
fpetosa@ForThePeople.com
***Counsel for Plaintiffs and the Proposed Class in***
***Long v. Bio-Lab, Case No. 1:24-cv-04411-SEG***


/s/ Daniel R. Flynn

Daniel R. Flynn*
Adam J. Levitt*
Diandra "Fu" Debrosse*

12

Anna Claire Skinner
Ga. Bar No. 797021
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com
alevitt@dicellolevitt.com
fu@dicellolevitt.com
askinner@dicellolevitt.com
*Counsel for Plaintiffs and the Proposed Class in*
*Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG*


*/s/ J. Cameron Tribble*
J. Cameron Tribble
Ga. Bar No. 754759
Roy E. Barnes
Ga. Bar No. 039000
John R. Bevis
Ga. Bar No. 056110
Kristen Tullos Oliver
Ga. Bar No. 941093
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
ctribble@barneslawgroup.com
roy@barneslawgroup.com
bevis@barneslawgroup.com
ktullos@barneslawgroup.com
*Counsel for Plaintiffs and the Proposed Class in*
*Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG*


*/s/ Michael J. Blakely, Jr.*
Michael J. Blakely, Jr.
Ga. Bar No. 708906
**THE BLAKELY FIRM, LLC**
309 Sycamore Street

13

Decatur, Georgia 30030
Telephone: (404) 458-4081
mjblakely@blakelyfirm.com
***Counsel for Plaintiffs and the Proposed Class in***
***Davis v. Bio-Lab, Case No. 1:24-cv-04767-SEG***


*/s/ Robert S. Libman*
Robert S. Libman*
Deanna N. Pihos*
Roisin Duffy-Gideon*
**MINER, BARNHILL & GALLAND, P.C.**
325 North LaSalle Street, Suite 350
Chicago, Illinois 60654
Telephone: (312) 751-1170
rlibman@lawmbg.com
dpihos@lawmbg.com
rduffy@lawmbg.com
***Counsel for Plaintiffs and the Proposed Class in***
***Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG***


*/s/ Edward J. Manske*
Edward J. Manzke*
Shawn Collins*
Margaret E. Galka*
**THE COLLINS LAW FIRM, PC**
1770 Park Street, Suite 200
Naperville, Illinois 60563
Telephone: (630) 527-1595
ejmanzke@collinslaw.com
shawn@collinslaw.com
mgalka@collinslaw.com
***Counsel for Plaintiffs and the Proposed Class in***
***Tartt v. Bio-Lab, Case No. 1:24-cv-04407-SEG***


*/s/ Roger W. Orlando*
Roger W. Orlando
Ga. Bar No. 554295

14

**THE ORLANDO FIRM, P.C.**
Decatur Court, Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
Tel: (404) 373-1800
roger@OrlandoFirm.com
***Counsel for Plaintiffs and the Proposed Class in***
***Reyes v. Bio-Lab Inc.*, No. 1:24-cv-04463-SEG**


/s/ James Bilsborrow
James Bilsborrow*
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com
***Counsel for Plaintiffs and the Proposed Class in***
***Watson v. Bio-Lab Inc.*, No. 1:24-cv-04518-SEG**


/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
**Counsel for Plaintiffs and the Proposed Class in**
***Forte v. Bio-Lab, Inc.*, No. 1:24-cv-04453-SEG**


/s/ Lynn A. Toops
Lynn A. Toops*
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204

15

Tel: (317) 636-6481
ltoops@cohenandmalad.com
**Counsel for Plaintiffs and the Proposed Class in**
***Forte v. Bio-Lab, Inc.*, No. 1:24-cv-04453-SEG**


*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com
**Counsel for Plaintiffs and the Proposed Class in**
***Forte v. Bio-Lab, Inc.*, No. 1:24-cv-04453-SEG**


*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Ga. Bar No. 725843
**Gibson Consumer Law Group, LLC**
4279 Roswell Road
Suite 208-108
Atlanta, GA  30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com
**Counsel for Plaintiffs and the Proposed Class in**
***Pittman Construction Company v. Bio-Lab, Inc.*,
Temporary No. 1:24-mi-99999**

*\*Pro hac vice*

16

## <u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>

Pursuant to Local Rule 5.1(A), I hereby certify that on this date I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.  I further certify that the foregoing was prepared compliance with the formatting requirements of Local Rule 5.1, including by the use of Times New Roman (14-point) font.

This 5th day of November, 2024.

Respectfully submitted,

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759

**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Telephone: (770-227-6375
Facsimile: (770) 227-6373
E-Mail: ctribble@barneslawgroup.com

17