# EXHIBIT B

# Exhibit B-1

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)





**L. Chris Stewart**, a Georgia native, serves as the CEO and Managing Partner of Stewart Miller Simmons Trial Attorneys, specializing in serious injury and wrongful death cases. Stewart's expertise spans complex and high-profile cases, including mass tort, class action, wrongful death, civil rights, and premises liability. Acknowledged as a leading trial litigator nationwide, he has achieved multiple record-breaking jury verdicts, notably **securing the first-ever billion-dollar jury verdict in U.S. history for a single sexual assault victim**. His successes also include securing hundreds of millions of dollars for clients across various cases in various States.

**Chris earned a Master of Science in Public Health from Tulane University's Center for Disease and Tropical Health, specializing in Environmental Policy**. He previously worked at the Environmental Protection Agency's Region 5, serving Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin and thirty-six Tribes, **focusing on toxic torts** and has investigated multiple chemical companies for contaminating minority communities across the nation. Currently, Chris is leveraging his EPA experience to co-lead the Tartt Group's investigation into the fire's cause, the persistence of contaminants, and their effects, utilizing his former EPA connections, resources, and local contacts in Rockdale County, alongside Attorney Dan Flynn.

**Chris holds a position on the plaintiffs' steering committee for the Hair Relaxer MDL**. He acted as the primary attorney for several clients in the Boeing Max 737 plane crash case, achieving a confidential settlement. **Chris was the lead attorney in the lawsuits related to the Legionnaires' disease outbreak at the Atlanta Sheraton Hotel, representing almost a hundred victims, resulting in a confidential settlement.** Additionally, he co-led the litigation against a North Carolina hot tub distributor in multiple Legionnaires' disease cases, leading to a confidential settlement. Chris led the investigation into the cause and source of the Arrive Apartment complex explosion. **He initiated one of the first lawsuits in Georgia concerning National Collegiate Athletic Association Student-Athlete Concussion Injuries on behalf of multiple victims**. Chris also **co-led the legal team against Universal Health Services, Inc., UHS of Delaware, Inc., and Turning Point Care Center, LLC, securing a total of $122 million to settle alleged False Claims Act violations**.



Chris serves as the lead attorney for four wrongful death victims and a survivor in lawsuits related to the **Baltimore Key Bridge Disaster**, targeting some of the world's largest shipping companies. He has achieved four of the highest jury verdicts in Georgia, one of the highest in North Carolina, and the singular billion-dollar jury verdict for a single injury victim in U.S. history. **Chris is globally recognized as a leading civil rights attorney of his generation, having represented notable cases such as those of Walter Scott, Alton Sterling, Ahmaud Arbery, and George Floyd**. Attorney Stewart is among the most honored lawyers in the nation, receiving accolades including the Outstanding Citizen Award for Georgia, the Georgia Senate's Outstanding Public Service Proclamation, the Georgia Legislative Black Caucus Chairman's Award, Forbes Top 200 Attorneys, and being the **first African American to be voted Attorney of the Year in Georgia**.

# Exhibit B-2

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

# Bondurant Mixson & Elmore LLP



Some firms are structured to bill lots of hours. Ours is built to win high-stakes litigation. And we do.

**BME—and in particular the BME partners involved in this case—have extensive experience with Georgia law and class actions.** BME is the premier litigation boutique in the Southeast, particularly well known for its class action litigation, civil rights and voting rights litigation, environmental litigation, and other complex and document intensive litigation matters. BME has handled numerous class actions in federal court and in the state courts of Georgia.

**BME has recovered over $700 million in class action settlements in the last 20 years**, including the then-largest race discrimination class action settlement in the United States. In particular, Michael Terry and Jason Carter have handled seven class actions jointly, including one as co-counsel with The Barnes Law Group, resulting in a $117 million dollar settlement for a class of DeKalb County teachers.

**BME is also well-positioned to try this case.** BME is widely known for its willingness to take complex matters to trial when a reasonable settlement cannot be reached, often achieving substantial verdicts for its clients. For example, Michael Terry has been on the trial team for the two largest plaintiff jury verdicts in Georgia history ($1.7 billion and $454 million), and Jason Carter was on the trial team for a $281 million verdict in a business case. Amanda Kay Seals won a $95 million jury verdict in 2023, with recovery benefiting investors in what turned out to be a Ponzi Scheme. BME also adds the unique experience of significant class action defense work, which provides valuable insight into class action defendants' strategies and positions BME to understand, anticipate, and counter defendants' tactics and arguments.

**BME lawyers working on this case** have recovered hundreds of millions of dollars in court-approved class and other collective action settlements **in this Court alone**.

- **Michael Terry**, **Jason Carter**, and **Amanda Kay Seals**, serving as class counsel, recovered $80 million for interest withheld from life insurance beneficiaries. *Owens v. Metropolitan Life Insurance Co*, 2:14-CV-00074-RWS, 323 F.R.D. 411 (N.D. Ga. Sept. 29, 2019).[1]

---

[1] Here and throughout this document, citations to reported cases are not necessarily to decisions relating to class certification, but simply to rulings in the listed class actions.

1

- As court-appointed liaison counsel for lead plaintiffs in three securities actions, **Amanda Kay Seals** has helped guide investors to more than $200 million in cash settlements approved by this Court. *Public Employees' Retirement System of Mississippi v. Mohawk Indus., Inc.*, 4:20-cv-0005, 2022 WL 179205750 (N.D. Ga. Nov. 28, 2022) ($60 million); *In re Equifax Securities Litigation*, 1:17-cv-3463-TWT, 2020 WL 256132 (N.D. Ga. Mar. 17, 2020) ($149 million); *City of Sunrise General Employees' Retirement Plan v. FleetCor Technologies, Inc.*, 1:17-CV-2207-LMM, 2020 WL 14020108 (N.D. Ga. Apr. 15, 2020) ($50 million).

- As lead counsel for a certified class of drywall and insulation purchasers, a BME team which included **Michael Terry** secured a $112.25 million settlement on the eve of trial, one of the highest antitrust settlements in Georgia history. *Columbus Drywall & Insulation, Inc. v. Masco Corp.*, 1:04-cv-3066-JEC, 2012 WL 12540344.

- **Michael Terry** was among the class counsel who secured a $3.5 million court-approved cash settlement for mortgage consumers overcharged interest. *Felix v. SunTrust Mortg., Inc.*, 2:16-CV-RWS, 2017 WL 6596608 (N.D. Ga. Oct. 16, 2017).

**BME lawyers working on this case** have recovered hundreds of millions of dollars for in class actions in Georgia's state courts.

- **Michael Terry** and **Jason Carter** have and continue to act as lead class counsel for checking customers charged usurious interest prohibited by Georgia law in three separate cases. To date, BME has recovered nearly $40 million for its clients against two banks. *E.g.*, *Synovus Bank v. Griner*, 321 Ga. App. 359 (2013) ($34 million settlement ultimately approved); *Brown v. Fidelity Bank*, No. 11-A-37991-4 (DeKalb Cnty. State Ct.) ($5.6 million settlement ultimately approved). BME continues to pursue claims against a third bank, having prevailed on appeal in multiple appeals. *Bickerstaff v. SunTrust Bank*, 349 Ga. App. 794 (2019).

- As court-approved class counsel for enrollees in a teachers' retirement plan, **Michael Terry** and **Jason Carter** secured a $117 million settlement related to the DeKalb County's underinvestment in the plan. *DeKalb County School District v. Gold*, 307 Ga. 330 (2019).

- **Michael Terry** was among the BME lawyers appointed as class counsel in three separate class actions against Georgia landlords related to withholding of security deposits and ultimately recovered $3 million in aggregate relief for Georgia tenants in court approved settlements. *Whelan v. Wesley Apartment Homes, LLC*, No. 18-A-70827-4 (DeKalb State Ct. 2022); *Tucker v. Columbia Residential, LLC*, No. 17-A-66551-4 (DeKalb State Ct. Aug. 23, 2021); *Roberson v. ECI Group, Inc.*, Civil Action File No. 17-A-64506-4 (DeKalb State Ct. May 21, 2021).

- In three separate actions, BME teams that included **Michael Terry** secured nearly $150 million for consumers owed refunds on premiums paid for credit insurance. *Resource Life Ins. Co. v. Buckner*, 304 Ga. App. 719 (2010) ($47.75 million ultimately approved); *J.M.I.C. Life Ins. Co. v. Toole*, 280 Ga. App. 372 (2006) ($45 million ultimately approved); *Universal Underwriters Life Ins. Co. v. Pierce*, No. SU03CV-377 (Muscogee Cnty. Super. Ct.) *affirmed on appeal*, Case No. A07A1891 (Ga. App.) ($49 million).

- In another case, **Michael Terry** and **Jason Carter** served as counsel for a certified class of Georgia consumers whose security deeds were not timely canceled after they paid off their mortgages, ultimately recovering $8.5 million—the full statutory damages incurred by wronged consumers. *Schorr v. Countrywide Home Loans, Inc.*, 4:07-cv-019-WLS, 2010 WL 4397018 (M.D. Ga. Nov. 1, 2010).

- BME lawyers, including **Michael Terry, Jason Carter,** and **Danny Vincent**, were among counsel who secured a $10 million settlement for a certified class of physicians. *Cohen, et. al. v. SMHA Healthcare, Inc., et. al.*, STCV18-01613 (Chatham Cnty. State Ct. 2018).

**BME lawyers**, including lawyers who have made appearances in this case, have also served as **class counsel in civil rights actions**.

- As counsel for a certified class of youth detained in the DeKalb County jail, BME lawyers—including **Amanda Kay Seals**—secured summary judgment on liability in the class's favor, ensuring that affected youth would receive the special education services to which federal law entitles them. *T.H. v. DeKalb Cnty. Sch. Dist.*, 1:19-cv-3268-TWT, 564 F. Supp. 3d 1349 (N.D. Ga. 2021).

3

- Representing a certified class of Georgia foster children, BME confirmed major deficiencies in emergency shelters in Fulton and DeKalb Counties and secured a consent decree with ongoing monitoring, in which BME remains involved. *Kenny A. v. Perdue*, 559 U.S. 542 (2010).

- As court-approved class counsel, BME secured injunctive relief entitling indigent Georgians convicted of a criminal offense to conflict-free appellate counsel. *Flournoy v. Georgia*, 2009CV178947, 2012 WL 5885197 (Fulton Cnty. State Ct. Mar. 12, 2012).

- Representing class of African American employees, BME secured a $192.5 million settlement, the then-largest settlement of a private race discrimination lawsuit in the country. *Ingram v. The Coca-Cola Company*, 200 F.R.D. 685 (N.D. Ga. 2001).

BME also has extensive experience serving as **defense counsel in class cases**. Below is a non-exhaustive list of such cases.

- *Koerner v. Mercer Univ.*, 5:24-cv-83 (M.D. Ga. Mar. 11, 2024).

- *Wright v. Oppenheimer & Co.*, 2023-cv-387174 (Fulton Cnty. Super. Bus. Ct. Oct. 12, 2023).

- *Kearney v. Oppenheimer & Co.,* 2023-cv-386982 (Fulton Cnty. Super. Bus. Ct. June 6, 2023).

- *Turk, et al. v. Morris, Manning & Martin, LLP, et al.*, 661 F. Supp. 3d 1276 (N.D. Ga. Feb. 13, 2023).

- *Smith vs. Piedmont Healthcare Inc.*, 23100495 (Cobb Cnty. Super. Ct. Jan. 19, 2023).

- *Lechter, et al. v. Aprio, LLP, et al.*, 622 F. Supp. 3d 1297 (N.D. Ga. 2022).

- *Williams v. Mercer Univ*, 542 F. Supp. 3d 1366 (M.D. Ga. Jun. 7, 2021).

- *Rojas, et al. v. Delta Airlines, Inc., et al.*, 425 F. Supp. 3d 524 (D. Md. Nov. 12, 2019).

- *Baccay v. Heartland Payment Sys., LLC*, 17-07779, 2019 WL 337585 (D.N.J. Jan. 28, 2019).

- *Colon v. SE Indep. Delivery Servs., Inc.*, No. 8:17-cv-1578, 2017 WL 10591832 (M.D. Fla. Aug. 24, 2017).

- *Almanza, et al. v. United Airlines, Inc., et al.*, 851 F.3d 1030 (11th Cir. 2017).

## The Team

**Jason Carter** is graduate of Duke University and a *summa cum laude* graduate of the University of Georgia School of Law. He served as a law clerk to Judge Frank May Hull on the United States Court of Appeals for the Eleventh Circuit. As further detailed above, his practice has focused on complex litigation, including class actions at both the trial and appellate levels, and he has extensive class action experience, including in particular class actions on behalf of consumers. He is listed as a Georgia Super Lawyer by Atlanta Magazine in the area of class actions.

**Michael B. Terry** graduated *magna cum laude* from the University of Georgia's School of Law, and since then, his practice has focused heavily on class action litigation at both the trial and appellate court levels. In 2023, Michael was one of three finalists for national "Trial Lawyer of the Year," awarded by Public Justice in conjunction with the American Association for Justice. In 2021, he was named the Lawyer of the Year for Georgia by the Fulton County Daily Report. He has been repeatedly named a Top 10 and Top 100 Georgia Super Lawyer by Atlanta Magazine. Michael has served as the President of the Atlanta Bar Association, a Member of the Board of Governors for the State Bar of Georgia, a member of the ABA House of Delegates, and as Chair of the Atlanta Bar Association's Litigation Section.

**Jane D. "Danny" Vincent** received her B.A. from the University of California, Berkeley and her master's in public health, with Honors from Emory's Rollins School of Public Health. She graduated *summa cum laude* from Georgia State University College of Law and clerked for Judge Orinda D. Evans on the Northern District of Georgia. Danny has focused her practice on complex litigation, including multiple environmental contamination cases, namely *Johnson v. 3M Company, et. al.*, 4:20-cv-00008-AT, 563 F. Supp. 3d 1253 (N.D. Ga. 2020); *City of Rome v. 3M Company, et. al.*, 19CV02405JFL003 (Floyd Cnty. Sup. Ct. 2019); *Town of Centre v. 3M Company, et. al.*, 13-cv-2017-900049.00 (Cherokee Cnty, Ala. Cir. Ct. 2017); and *City of Gadsden v. 3M Company, et. al.*, 13-cv-2016-900676.00 (Etowah Cnty., Ala Cir. Ct. 2016).

**Amanda Kay Seals** is a *summa cum laude* graduate of the South Carolina Honors College at the University of South Carolina and a *magna cum laude* graduate of the University of Georgia School of Law. She clerked for Judge W. Keith Watkins, then-Chief Judge of the Middle District of Alabama, and Judge Joel F. Dubina of the United States Court of Appeal for the Eleventh Circuit. In 2022, Amanda Kay was recognized by the Fulton County Daily Report as a Georgia Lawyer "On The Rise," and from 2019 through and 2023, she has been named a Rising Star by Georgia Super Lawyers.

# Exhibit B-3

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

# MORGAN & MORGAN®

Founded almost thirty-five years ago, Morgan & Morgan is the largest law firm in the world which exclusively represents plaintiffs in contingency fee matters. While growing every day, we currently employ almost 1,000 lawyers and over 3,000 support staff throughout offices in all 50 states, including 33 offices throughout Florida.

Morgan & Morgan established the Complex Litigation Group to handle multi-party complex civil matters such as class actions, mass torts, qui tams, toxic torts, environmental, product liability and government enforcement actions. This group draws on the expertise of 30 dedicated trial attorneys supported by 25 briefing attorneys, 100 highly skilled document review attorneys, 25 paralegals and support staff, along with a retired FBI special agent and a retired HHS-OIG special agent.

Morgan & Morgan has extensive experience working in, and leading, environmental MDLs representing consumers, as well as municipalities and governmental entities. Our firm is experienced working and coordinating with state agencies regarding ongoing investigations and potential enforcement actions and state claims arising from any potential environmental.

We have successfully managed coordination among municipalities, state agencies, and other interest groups in matters such as the Aqueous Film Forming Foam ("AFFF") litigation, the opioid litigation, the MTBE litigation, the East Palestine, Ohio train derailment litigation, the Southern California Gas Leak Cases, the Columbia Gas Cases and in the BP Oil Spill Litigation, where our firm investigated, litigated, and successfully resolved dozens of cases for several governmental entities—as well as thousands of fishermen, business owners, wage earners, property owners, clean-up workers—throughout the Gulf Coast.

***Jean Martin*** is one of the lead attorneys in the Class Action Department of Morgan & Morgan's Complex Litigation Group. In addition to consumer class actions, she has practiced in the areas of mass tort and catastrophic personal injury, starting mass torts practice groups at two plaintiffs' firms. Prior to joining Morgan and Morgan, she ran her own law firm in North Carolina concentrating on consumer class actions and mass tort litigation.

Jean received her Juris Doctor degree from Wake Forest University School of Law, where she served as Editor-in-Chief of the *Wake Forest Law Review*. She graduated from Wake Forest University with a Bachelor of Science in Mathematical Economics and earned a Master of International Business from the University of South Carolina. She also has served as an adjunct professor at her alma mater, Wake Forest University School of Law. She obtained eDiscovery certification from the eDiscovery Training Academy at Georgetown Law Center in 2017.

She has been honored with the prestigious "AV" rating by Martindale-Hubbell. In 2016, Jean was selected by her peers as the foremost Litigation attorney in the State of North Carolina for *Business North Carolina Magazine's Legal Elite*, gaining membership in the *Legal Elite* Hall of Fame. She was named as one of National Law Journal's Class Action/ Mass Tort Litigation Trailblazers of 2023.

Jean has served in leadership positions in many consumer class actions and consolidated proceedings in federal courts around the country. She presently leads a class action against CSX for chemical exposures and property damage stemming from a train derailment that occurred the day before Thanksgiving in 2023. *Webb et al. v. CSX Transportation, Inc*. Case No. 6:23-cv-00211-REW (E.D. Ky.). She serves by appointment as interim co-lead counsel in in *In re HCA Healthcare Data Security Litigation*, No. 3:23-cv-00684 (M.D. Tenn.) and a steering committee member *In re: Allergan Biocell Textured Breast Implant Products Liability Litigation,* No. 19-md-2921 (D. N.J). She is on the expert discovery committee and trial team for a product mislabeling/false advertising class action in which plaintiffs have certified classes for New York and Florida and the court has set trial for next year. *Hasemann v. Gerber Prods. Co*., No. 1:15-cv-02995-EK-JAM (E.D.N.Y.); *Manemeit v. Gerber Prods. Co*., No. 2:17-cv-00093-EK-JAM (E.D.N.Y.).

In a case in which she presently serves as interim co-lead counsel, Ms. Martin argued the motion for class certification which resulted in the first order in the country granting Rule 23(b)(3) certification in a consumer payment card data breach, and argued the appeal of the decision. *In re Brinker Data Incident Litig.*, No. 3:18-cv-686-TJC-MCR, 2021 WL 1405508 (M.D. Fla. Apr. 14, 2021) *vacated in part sub nom. Green-Cooper v. Brinker Int'l, Inc.*, 73 F.4th 883 (11th Cir. 2023). The Eleventh Circuit found standing for her client and embraced the presented damages model, remanding the case for further predominance inquiry given the District Court's modification of the class definition. In April 2024, the U.S. Supreme Court declined to hear defendant's appeal, effectively upholding the landmark ruling that strengthens data privacy protections.

- 2 -

Beyond her legal work, Jean founded and organized Class of Our Own for female class action attorneys. More than 120 women from multiple disciplines from across the country have attended this invitation-only event which features two days of legal panels while also promoting female empowerment. The first conference in 2023 featured a keynote address by the Honorable Jane Branstetter Stranch of the United States Court of Appeals for the Sixth Circuit and this year's summit featured a tableside chat with the Honorable Karen Caldwell, Chair of the U.S. Judicial Panel on Multidistrict Litigation. The summit offers CLE credit and is free for attendees as a result of Jean raising money through sponsorships by law firms and vendors.

Jean is a member of the North Carolina bar. She is also admitted to practice before the United States Supreme Court, the United States Court of Federal Claims, the United States Court of Appeals for the Fourth, Eighth, and Ninth Circuits, the Western, Middle, and Eastern Districts of North Carolina, and the United States District Court of Colorado.

**For this matter, Ms. Martin will be supported by the following attorneys:**

***T. Michael Morgan*** is a Board-Certified Civil Trial Attorney[1] and partner at Morgan & Morgan. Mike chairs the Morgan & Morgan Complex Litigation Group, which handles a wide array of class action, mass tort, environmental, and product liability matters. Under his leadership, Morgan & Morgan has litigated some of the largest class and mass tort actions in the country and Morgan & Morgan Complex Ligation Group partners have held roles in many class actions and mass tort actions, including litigation surrounding the national opioid litigation, the Capital One data breach litigation (MDL 2915; E.D. Va.), JUUL vaping products (MDL 2913; N.D. Cal.), PFAS-containing aqueous film forming foams (MDL 2873; D. S.C.), and pharmaceutical litigation including Elmiron (MDL 2973; D. NJ.), Proton-Pump Inhibitors (MDL 2789; D. N.J.), and Gardasil (MDL 3036; W.D. N.C.).

Most recently Mike served as one of the Court appointed co-lead counsel and a lead negotiator in the litigation relating to the East Palestine, Ohio train derailment, which recently resolved for $600 million. *See Canterbury, et al. v. Norfolk Southern Corp., et al.,* 4:23-cv-00298 (N.D. Ohio). The litigation involved the release and distribution of toxic chemicals and volatile

---

[1] This is the highest distinction a trial attorney can attain in the State of Florida and is reserved for those lawyers recognized as "experts" in all aspects of civil trial practice. Less than 1% of Florida Bar Members are Board Certified in Civil Trial Law. I am humbly one of the youngest attorneys in Florida history to attain this distinction.

organic compounds throughout East Palestine, Ohio and surrounding communities, following the derailment of a Norfolk Southern Train on February 3, 2023. Many similar interests were involved in East Palestine litigation which involved personal injury, property damage/loss and business losses resulting from toxic exposures following a man-made disaster.

Also relevant to the case at issue, Mike leads the litigation involving the Tangelo Park Neighborhood in Orlando, Florida. *See Grayson v. Lockheed Martin Corp.,* Case No. 6:20-cv-1770; *Henderson v. Lockheed Martin Corp.,* 6:21-cv-1363; *Davis v. Lockheed Martin Corp.,* 6:22-cv-81. The neighborhood is adjacent to the Lockheed Martin missile plant. The litigation is focused on the alleged offsite exposure of the local community to a host of volatile organic compounds and other constituents of concern. The case, currently pending in the Middle District of Florida, deals with many of the specialties that will be critical in the prosecution of this case including toxicology, fate and transport dispersion models of both air and hydrogeology, and medical experts addressing general and specific causation of end points related to the constituents of concern. Highly relevant here is that the Tangelo Park litigation involves 11th Circuit law specifically dealing with dose response toxicology opinions.

**Frank M. Petosa** is a partner with Morgan and Morgan and a member of the firm's Complex Litigation Group. Frank co-chairs the firm's interdisciplinary Environmental Toxic Tort Practice Group representing individuals, businesses and municipalities throughout the United States impacted by environmental disasters. In the aftermath of the 2010 Deepwater Horizon Oil Spill, Frank coordinated the firm's representation of numerous individuals, businesses and municipalities throughout the Gulf Coast impacted by the Oil Spill. Frank was also integrally involved with the PSC and Class Counsel for the *Deepwater Horizon Oil Spill MDL 2179* as Phase 2 Co-Lead Trial Counsel, as Co-Coordinator of the Economic Loss and Property Damages Work Groups, as a member of the Science and Expert, Moratorium & Public Relations Work Groups and the main PSC representative in New Orleans for the firm. As 1 of 4 members of the Phase 2 Trial Team, Frank took over twenty (20) fact witness and expert witness depositions, managed and handled pre-trial preparation and participated in and examined witnesses and experts at the Phase 2 trial.

In *City of Stuart, Florida v. 3M Company, et al.* (S.D.FL. transferred to AFFF MDL No. 2873), Frank was co-lead trial counsel for the first water provider trial bellwether for the MDL set for June, 2023. Morgan & Morgan represented the City of Stuart in this environmental cost recovery action against manufacturers of AFFF that was utilized at the City's fire training facilities. As a result of the discovery of PFAS contamination associated with the use of these foams, the

City was forced to make costly upgrades to its water treatment system and faces additional costs for site remediation. Frank was able to position this case as the first water provider trial bellwether for the MDL. Due to the efforts of Frank and his colleagues, who investigated, retained and coordinated experts, took and defended dozens of depositions, and engaged in extensive motion practice against top defense firms, the defendants sought a settlement on the courthouse steps. Rather than proceeding to trial, Stuart's claims sparked a historic global water contamination settlement worth more than $13.5 billion—the largest contaminated drinking water settlement in U.S. history.

In *Southern California Gas Leak Cases*, Judicial Counsel Coordination Proceeding No. 4861 (Cal. Superior), Frank was co-lead counsel and trial counsel overseeing litigation on behalf of more than 35,000 residents and businesses against Southern California Gas Company and Sempra Energy for personal injuries, property damage, economic loss, and environmental harm caused by the October 2015 well blowout at the Aliso Canyon Gas Storage Facility in Los Angeles, California-the largest methane gas leak in United States history. The leak went uncontrolled for five months, exposing residents to noxious odors, gases, and harmful chemicals, and forcing more than 8,000 families to relocate to temporary housing. Morgan & Morgan, along with others, worked closely with petroleum engineers, geophysicists, and meteorologists to develop well integrity, reservoir integrity, and air dispersion models, and were members of the trial team. Our firm's efforts, along with others, led to a $1.8 billion settlement.

In *In re: Columbia Gas Cases*, (Superior Court, Sussex County, Massachusetts). Frank Petosa was co-lead class counsel in this litigation involving claims of residents, business owners, property owners, and employees who suffered dramatic disruptions, emotional distress, and economic losses as a result of the over pressurization of the gas utility system. Frank and fellow class counsel were able to lead the litigation to a swift and successful resolution and secure a $143 million settlement for the community within a year after the incident.

In addition to environmental toxic torts, Frank also focuses on pharmaceutical, medical device and construction defect mass torts and has been actively involved in numerous MDL and consolidated proceedings in those practice areas.

Frank previously held personal appointments and serveed on the PSC for the following MDL and consolidated proceedings: Onglyza (Saxagliptin) and Kombiglyze XR (Saxagliptin and Metformin) Products Liability Litigation MDL 2809, Testosterone Replacement Therapy Products Liability Litigation MDL 2545 (Co-lead trial counsel for the first VTE bellwether trial, member

of the Science and Expert, Discovery and Auxilium Committees); Invokana (Canagliflozin) Products Liability Litigation MDL 2750 (Co-chair of the Bellwether Committee and member of the Science and Expert and Discovery Committees); Lipitor (Atorvastin) Marketing, Sales Practices and Products Liability Litigation MDL 2502 (member of the Science and Expert and Discovery Committees); Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability MDL 2514; and Elk Cross Timbers Decking Marketing, Sales Practices and Products Liability Litigation MDL 2577. Frank has also been active in the PSC for the Chinese Drywall MDL and the Denture Cream MDL.

Frank is a Past President of the Florida Justice Association and a Past Chair and Trustee of the Florida Justice Political Action Committee. In addition, he previously served as Chair of the Nursing Home and Auto Insurance Committees and Fundraising Chair for the Florida Justice Association. Frank also served as a member of the Florida Justice Association's Medical Liability and Arbitration Committees. He has also testified extensively before Florida Senate and House committees on a wide range of issues impacting the civil justice system and in opposition to tort reform.

Frank is also a member of the American Association for Justice and was previously Chair of the SGLT2 Inhibitor Litigation Group. He has frequently lectured at seminars sponsored by the Florida Justice Association, American Association for Justice and Harris Martin throughout the country on a variety of topics relating to environmental toxic torts, pharmaceutical mass torts, medical malpractice, nursing home and personal injury litigation.

Frank has been a member in good standing of the Florida Bar since 1993 and he is admitted to practice in the U.S. District Court, Southern and Middle Districts of Florida.

***Rene Rocha*** is a partner with Morgan & Morgan's Complex Litigation Group. He joined the firm in the aftermath of the Deepwater Horizon Oil Spill and coordinates the firm's interdisciplinary Environmental Toxic Tort Practice Group along with Frank Petosa. He has been involved in a wide array of complex exposure cases and environmental litigations, and has received court appointed leadership positions in such cases.

Rene has received several awards and recognitions from legal publications for his work in these areas. His experience and collaborative skills have been recognized with the Law360 MVP, an award given to the top attorneys in the Country in either the plaintiff or defense bar, and a Law360 Rising Star, an award bestowed on the top attorneys in the Country who are under 40.

He successfully moved the J.P.M.L. for the creation of MDL 2820, *In re Dicamba Herbicides*, and was appointed to the Plaintiffs' Executive Committee by Judge Limbaugh in 2018. He chaired the Science & Expert Committee and coordinated legal strategy for the litigation, including strategies for litigation and settlement. As part of his duties on the Science & Expert Committee, he developed a detailed understanding of the degradation, fate, and transport of toxic chemicals, and the means by which exposures could be assessed. Rene also served on the Settlement Team, and along with my colleagues, was able to successfully negotiate a global settlement for American farmers totaling $400 million.

He also served in similar roles in *In re: Columbia Gas Cases*, (Superior Court, Sussex County, Massachusetts), where he was responsible for coordinating experts, as well as litigation and settlement strategies in a case involving claims of residents, business owners, property owners, and employees who suffered dramatic disruptions, emotional distress, and economic losses as a result of the over pressurization of gas utility system. That team was able to successfully lead the litigation to a swift and successful resolution through a $143 million settlement in 2020.

Similarly, in the litigation relating to the East Palestine, Ohio train derailment, which recently resolved for $600 million, *See Canterbury, et al. v. Norfolk Southern Corp., et al.*, 4:23-cv-00298 (N.D. Ohio), Rene was chair of the damages committee and served in critical roles regarding overall litigation strategies. In these roles, he took several key fact witness depositions, developed science and damages experts, and participated in the high stakes mediations that ultimately led to the successful resolution of the litigation.

Rene regularly manages significant litigation dockets which require the management of a team of lawyers and technical experts, and several of our cases are on the forefront of environmental exposure and legal issues. He is co-lead counsel for related litigation against Lockheed Martin in the Middle District of Florida relating to toxic exposures caused by operational emissions and historic contamination of air, soil, and groundwater in Orlando, FL. Due to the significant breadth of chemicals involved in the contamination, and the number of different environmental media at issue in that litigation, he has developed a deep and intimate understanding of human exposure science, fate & transport, and the process of cancer causation.

He is also co-lead of MDL 3087, *In re: Future Motion, Inc. Products Liability Litigation* and on the Plaintiffs' Executive Committee in MDL 3060, *In re: Hair Relaxer Marketing Sales Practices & Products Liability Litigation*, where he is chair of the Science & Experts Committee.

In both litigations, he plays critical roles regarding overall litigation strategies.

His understanding of human exposure science, fate & transport, and the process of cancer causation has also been honed by his experience as putative class counsel in various actions against industrial users of ethylene oxide (see e.g., *Letart v. Union Carbide* S.D.W.V. 2:19 cv-878; *Sommerville v. Union Carbide,* S.D.W.V. 2:19 cv-877). Those cases involve medical monitoring claims relating to environmental exposures of the known carcinogen ethylene oxide.

Rene began his career co-representing hundreds of fishermen, business owners, wage earners, property owners, clean-up workers, municipalities and banks seeking damages resulting from the BP oil spill in the Gulf of Mexico. He has excelled in collaborative environments with numerous plaintiffs counsel, including in the Southern California Gas leak Cases, California Coordinated Proceeding No. 4861 (Discovery and Well Integrity Committees); Testosterone Replacement Therapy Products Liability Litigation MDL 2545 (trial co-counsel in the first VTE bellwether trial, Science and Expert, Discovery and Auxilium Committees); Xarelto Products Liability Litigation MDL 2592; Invokana (Canagliflozin) Products Liability Litigation MDL 2750 (Bellwether Committee); Lipitor (Atorvastin) Marketing, Sales Practices and Products Liability Litigation MDL 2502 (member of the Science and Expert and Discovery Committees); BP Oil Spill Litigation MDL 2179 (Phase I & II Trial Teams, Discovery); Chinese Drywall Products Liability Litigation MDL 2047 (Taishan Trial Team).

**Max Compton** is a member of the State Bar of Georgia who is admitted to practice in all state and federal courts in Georgia, as well as in the Eleventh Circuit Court of Appeals. Max earned a bachelor's degree at the University of Georgia where he studied Political Science and Philosophy. Max subsequently graduated *cum laude* from Georgia State University College of Law in 2013. While in law school, he was a member of the Georgia State Law Review where he served as the Legislative Editor and had an article published by the law review.

After law school, Max worked for a premier insurance defense firm in Atlanta, Georgia until joining Morgan & Morgan in 2016. Max formerly led the firm's first-party insurance dispute practice in Georgia and Alabama. In 2023, Max joined the firm's Fire Litigation Group where he represents individuals and families around the country that are injured or killed as a result of fires, explosions, and defective products or equipment. Max has quickly gained extensive experience litigating issues related to origin and cause of fires and explosions, fire protection engineering, and fire and life safety code compliance. Max has acted as lead and co-counsel for jury trials in both state and federal court.

***Serena Premjee*** grew up in Georgia and earned her undergraduate degree from the University of Georgia. She then attended Stanford Law School, from which she received her Juris Doctor degree in 2016. While at Stanford, Ms. Premjee was awarded the Gerald Gunther Prize in Criminal Law and the Judge Thelton E. Henderson Prize in the Advanced Youth and Education Law Project.

After she graduated, Serena worked as a Trial Attorney at the Federal Defenders of San Diego, Inc. She had an extensive motions practice, took five felony cases to jury trial, and wrote Ninth Circuit appellate briefs. In addition, Ms. Premjee served on various office committees related to training and mentoring. Serena clerked for Magistrate Judge W. Carleton Metcalf in the Western District of North Carolina, and has worked for the University of Virginia School of Law as a Fellow and Troutman Pepper as an associate in the Business Litigation Group.

Serena is admitted to the bar in California, the District of Columbia, and Georgia. She is also admitted to the Ninth Circuit Court of Appeals.

# Exhibit B-4

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



Justice in all its

# DIMENSIONS

## Overview

DiCello Levitt is focused on achieving justice for its clients. The firm's attorneys are respected for their ability to win cases and working tirelessly for human beings who deserve the firm's best, whether they be victims in major injury cases, decision-makers for public clients tasked with finding the best lawyers for their communities, or leaders of national and global corporations harmed by misconduct in significant commercial matters. Every day, DiCello Levitt puts its reputation—and its capital—on the line for its clients.

DiCello Levitt has achieved top recognition as *ALM* and *The National Law Journal's* 2023 **Plaintiffs Firm of the Year** and 2023 **Trial Innovation Firm of the Year**, in addition to its high-ranking *Chambers USA* and *Benchmark Litigation* ratings. The firm's individual practice areas have also received distinguished accolades, including being named *Law360*'s **Cybersecurity Practice Group of the Year** for three years in a row and *The National Law Journal's* 2024 **Civil Rights Firm of the Year** and 2023 **Environmental Protection Firm of the Year**.

## Practice Areas

- Agriculture and Biotechnology
- Antitrust and Competition Litigation
- Civil and Human Rights Litigation
- Class Action Litigation
- Commercial Litigation
- Environmental Litigation
- Labor and Employment Litigation
- Mass Tort Litigation
- Personal Injury
- Privacy, Technology, and Cybersecurity
- Product Liability
- Public Client
- Securities and Financial Products Litigation
- Whistleblower Representation

## Landmark Environmental Litigation

DiCello Levitt's Environmental Litigation Practice Group is recognized among the best in the United States for successfully representing people, businesses, and communities, as well as state and local governments, in lawsuits against some of the largest companies in the world for polluting the environment and endangering human health. DiCello Levitt is frequently chosen by state and local governments to lead groundbreaking environmental contamination cases and is committed to helping people who have suffered exposure to harmful pollution, whether from an acute, catastrophic event or through years of continuous

air, water, and soil contamination in their towns and neighborhoods. Known for their efficiency and effectiveness in navigating the complexities of environmental, health, and safety regulations, DiCello Levitt's attorneys help environmentally conscious corporate clients protect the environment through compliance with federal laws. The firm also guides businesses in the development of safety and health programs and assists companies with air, water, and waste permitting applications.

**Accountability for Defective Water Infrastructure**

DiCello Levitt represents Greenville Water in an action against U.S. Pipe, one of the largest suppliers of ductile iron pipe for public water systems in the United States. The lawsuit alleges that defective pipes from U.S. Pipe's Lynchburg, Virginia, facility have led to corrosion, iron deposits, and bacterial buildup in public water systems, which have caused brown water, reduced pressure, and clogging, undermining water quality and infrastructure reliability.

*Public Works of the City of Greenville, South Carolina v. United States Pipe and Foundry Company, LLC, et al.*, No. 2024CP2305956 (South Carolina C.P., 13th Cir.)

**Chemtool Fire Class Action Litigation**

DiCello Levitt, serving as Co-Lead Counsel, achieved a $94.5 million settlement for the Rockton, Illinois, community impacted by the catastrophic fire and explosions at Chemtool's Rockton facility, which burned for days, forced evacuations, and contaminated properties across a wide area. The settlement provides compensation for residents within a three-mile radius of the plant.

*Grasley, et al. v. Chemtool*, No. 21 L 162 (Ill. Cir. Ct. 17th Jud. Cir., Winnebago Co.)

**Union, Illinois, Toxic Exposure Cases**

DiCello Levitt represents more than a dozen residents and former residents of Union, Illinois, who have been diagnosed with devastating illnesses after being exposed to carcinogenic chlorinated solvents dumped into the village's environment by nearby factories for decades.

**Climate Change and Deception Litigation**

DiCello Levitt represents multiple cities and counties in lawsuits against major oil companies and their industry trade association, the American Petroleum Institute, alleging that these industry giants promoted and profited from deceptive campaigns to discredit climate science and mislead the public about the role their products play in driving climate change. DiCello Levitt seeks to hold these companies financially accountable for the damage caused by climate change.

***Camp Lejeune Water Litigation v. United States of America***

DiCello Levitt represents thousands of military members and their families who suffered catastrophic injuries and death from the toxic water supply at Camp Lejeune.

**The Most Significant Environmental Litigation of Our Time**

DiCello Levitt has been retained by State Attorneys General to assist their states in multibillion-dollar fights against the manufacturers of per- and poly-fluoroalkyl substances

(PFAS) and aqueous film-forming foam (AFFF) for contaminating the states' air, water, and soil. The amount of contamination at issue makes these matters among the largest environmental pollution cases in U.S. history. DiCello Levitt was selected after a highly competitive process involving, at least in one state, 15 competing proposals submitted by law firms across the country.

**Addressing One of the Largest Maritime Disasters in U.S. History**
DiCello Levitt has been retained by the City of Baltimore to launch legal action to address the catastrophic impact of the Francis Scott Key Bridge collapse, one of the largest maritime disasters in U.S. history, with damages estimated at more than $1 billion. Through this engagement, the City will take decisive action to hold accountable all entities responsible for the Key Bridge tragedy—including the owner, charterer, manager/operator, and manufacturer of the MV Dali, as well as any other potentially liable third parties—and to mitigate the immediate and long-term harm caused to Baltimore residents by the disaster.

## The DiCello Levitt Trial Center

At the DiCello Levitt Trial Center, the firm's elite trial lawyers combine extensive litigation experience with a science-based, multidisciplinary approach to understand, engage, and connect with jurors. By applying its proprietary system to understand jurors' decision-making processes, the Trial Center crafts the winning story.

The Trial Center leads high-stakes trials for DiCello Levitt's clients, wielding advanced strategies to gain an edge over adversaries who cling to traditional trial methods. The center also trains DiCello Levitt's lawyers to continuously improve their litigation strategies, trial preparation, and courtroom presentations.

**Shaping the Future of Trial Science**
The DiCello Levitt Trial Center serves as a training solution for the firm's attorneys to sharpen their skills as they engage in significant and consequential litigation; as a research base for focus groups, mock trials, mediation, and arbitration; and as a platform for litigators to test their case with a science-informed method of trial preparation.

The Trial Center capitalizes on the latest research findings in linguistics, literacy, information processing, and cognitive neuroscience to interpret focus group feedback and craft compelling stories for trial. DiCello Levitt's trial lawyers have led thousands of focus groups in the past decade, including comprehensive studies exploring myriad issues that influence jurors.

**Trial First**
The insights and strategy that DiCello Levitt has developed through the Trial Center have materially enhanced the firm's productivity and effectiveness. The firm's attorneys credit multiple landmark trial outcomes in recent years—including a $102.6 million jury verdict in

a class action trial against General Motors—to the Trial Center's research and testing of hundreds of mock jurors in those cases.

**Powered by Nationally Recognized Trial Lawyers**
The Trial Center is helmed by Trial Team Leader Bobby DiCello and Trial Center Coordinator Ken Abbarno, who collaborate with other talented trial lawyers at DiCello Levitt. The Trial Center's attorneys are among the nation's most sought-after trial lawyers because of their knowledge and experience with the decision-making behavior of contemporary jurors and the art of trial messaging.

DiCello Levitt has received repeated accolades for the Trial Center's innovative accomplishments and contributions to the advancement of trial science, including from *The National Law Journal* and the *New York Law Journal*.

DiCello Levitt has won more than **$20 billion** for clients.

## Leading in Diversity

DiCello Levitt believes in embedding diversity, equity, and inclusion into the firm's culture. The firm empowers attorneys from diverse backgrounds to reach their full potential while promoting a sense of belonging. Authenticity in the workplace gives DiCello Levitt a real competitive advantage.

The firm proudly includes a diverse group of women attorneys, minority associates and partners, and LGBTQIA+ attorneys and staff. Senior attorneys train and mentor younger talent from minority backgrounds in a conscious effort to build the next generation of diverse leaders.

DiCello Levitt's Diversity, Equity & Inclusion (DEI) Committee is dedicated to creating a workplace that prioritizes hiring, retention, and promotion of diverse talent. Driving societal change by fostering an inclusive workplace engenders leadership opportunities internally at the firm and externally in litigation management.

Diandra "Fu" Debrosse, managing partner of DiCello Levitt's Birmingham office, made legal history with her appointment as the first Black woman on the plaintiffs' side to co-lead two multidistrict litigations. Fu is also a co-founder and president of the advocacy group Shades of Mass, which promotes the appointment of Black and Brown attorneys to leadership roles in mass tort and class action lawsuits. DiCello Levitt proudly supports the group.

Greg Asciolla, managing partner of the firm's New York office, is a leader for the LGBTQIA+ community in the legal profession, serving as vice chair of the American Bar Association Antitrust Law Section's Diversity Advanced Committee. In addition to co-chairing the firm's DEI Committee, Greg was selected to *Crain's New York Business*' 2023 list of Notable LGBTQIA+ Leaders and appointed to *Law360*'s 2023 Diversity & Inclusion Editorial Advisory Board.

Other notable attorneys in the firm exemplify DiCello Levitt's commitment through their active involvement in various advocacy groups and committees. Partner David Straite serves on the LGBTQ Rights Committee of the New York City Bar Association. In 2023, David Straite, Amy Keller, Greg Asciolla, Eli Hare, and Grant Patterson represented five LGBTQ+ students as pro bono amicus curiae to the U.S. Court of Appeals for the Ninth Circuit in a case addressing whether private religious universities may discriminate against LGBTQ+ student organizations. Their dedication, both within and outside the firm, underscores DiCello Levitt's belief that authentic DEI efforts strengthen the professional community and propel us toward a future where diversity is not just celebrated but integral to the pursuit of justice.

## DL Cares

In 2021, DiCello Levitt launched DL Cares, a charitable foundation dedicated to providing increased access to justice in the United States and around the world. DL Cares partners with nonprofits focused on increasing the availability of legal services to underserved communities through meaningful financial contributions and educational efforts.

DL Cares' first partner is Justice Defenders, a nonprofit organization that provides legal education programs to prisoners in Kenya and Uganda to create greater access to justice in their communities. DL Cares pledged a substantial, multiyear commitment to facilitate and enhance Justice Defenders' vital efforts.

## Awards and Recognition

"An extraordinary plaintiffs' firm ..."

"... top of the line in litigation strategy and representing clients zealously."

— Chambers and Partners

**Chambers USA**

Band 1:
Litigation: Mainly Plaintiffs, Illinois; Antitrust: Mainly Plaintiff, New York (2021-2024)

Ranked:
Litigation: Mainly Plaintiffs, Alabama; Antitrust: Plaintiff, Nationwide; Product Liability: Plaintiffs, Nationwide (2022-2024)

Attorneys recognized: Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, and Amy Keller

**Benchmark Litigation**

Plaintiff Firm of the Year Finalist (2024)

Highly Recommended Firm: Top Plaintiffs (2021-2024)

Ranked: Competition/Antitrust (2023)

Attorneys recognized: Mark DiCello, Adam Levitt, Greg Asciolla, Diandra "Fu" Debrosse, Greg Gutzler, Amy Keller, and Corban Rhodes

**Law360**

Cybersecurity and Privacy Practice Group of the Year (2020-2022)

Class Action Practice Group of the Year (2020)

Competition/Antitrust MVP: Greg Asciolla (2023)

Cybersecurity & Data Privacy MVP: David Straite (2022)

**Lawdragon**

500 Leading Plaintiff Consumer Lawyers: Mark DiCello, Adam Levitt, Ken Abbarno, Diandra "Fu" Debrosse, Bobby DiCello, and Amy Keller

500 Leading Plaintiff Financial Lawyers: Adam Levitt, Greg Asciolla, Patrick Daniels, Greg Gutzler, and David Straite

**The Legal 500**

Ranked: Product Liability, Mass Tort and Class Action – Plaintiff; Antitrust: Civil Litigation/Class Actions – Plaintiff (2022 and 2024); Securities Litigation: Plaintiff (2024)

Attorneys recognized: Greg Asciolla, Amy Keller, and Jonathan Crevier

**The National Law Journal**

Elite Trial Lawyers Civil Rights Winner (2024)

Elite Trial Lawyers Plaintiffs Firm of the Year (2023)

Practice areas of the year: Trial Strategy Innovation, Privacy/Data Breach, and Environmental Protection (2023)

Elite Women of the Plaintiffs Bar: Diandra "Fu" Debrosse (2023)

Elite Trial Lawyers: Justin Hawal and Amy Keller (2021)

Trailblazers: Mark DiCello (2020), Adam Levitt (2020), Ken Abbarno (2021), Diandra "Fu" Debrosse (2022), Greg Gutzler (2021), and David Straite (2022)

**The New York Law Journal**

New York Legal Awards Innovation Winner (2023)

Distinguished Leader Award: Greg Asciolla (2023)

    



**Adam Levitt**
Partner

**EMAIL**
alevitt@dicellolevitt.com

**EDUCATION**
Northwestern University School of Law, J.D.

Columbia College, Columbia University, A.B., *magna cum laude*

Adam Levitt is one of the nation's leading advocates for plaintiffs in complex, multidistrict, class action, public client, mass tort, and commercial litigation. Drawing on his extensive experience pursuing and obtaining justice for those who have been wronged by powerful defendants, he co-founded DiCello Levitt to create a top-tier complex issues and trial firm founded on excellence, trust, and respect.

In his decades-long career, Adam has scored numerous significant and precedent-setting victories, delivering more than $20 billion in recoveries to clients in biotechnology, financial services, securities, insurance coverage, consumer protection, automotive defects, agricultural products, and antitrust disputes. He has been appointed to leadership positions in many historic and headline-grabbing litigations, including three of the largest biotechnology class actions in U.S. history, where he served as co-lead counsel, helped recover more than $1.7 billion on behalf of plaintiffs, and created a crop contamination damages model that set the modern industry standard. He was also retained by multiple State Attorneys General to hold some of the world's largest chemical companies accountable for widespread environmental contamination from their "forever chemicals" known as PFAS (per- and polyfluoroalkyl substances) and was retained by the City of Baltimore to address the catastrophic impact of the Francis Scott Key Bridge collapse, one of the largest maritime disasters in U.S. history. Additionally, as part of a leadership group characterized as a "class action dream team," Adam helped secure a $16 billion settlement in litigation arising from Volkswagen's emissions scandal, and, in a rare class action trial, he and his fellow co-lead counsel secured a milestone $102.6 million jury verdict against General Motors for hiding engine defects from consumers.

Adam is also a leader in the legal profession and a frequent speaker on multidistrict litigation, consumer protection, automotive litigation, biotechnology, corporate governance, securities litigation, and internet privacy. Nationally recognized as an authority on class action litigation, Adam writes a monthly class action column in *The National Law Journal*, has testified before the Illinois Supreme Court Rules Committee on class action practice, and chairs an annual class action litigation conference in Chicago.

As a founding partner of DiCello Levitt, Adam has cultivated a diverse roster of skilled litigators to advance the cause of justice for individuals, businesses, and public clients through class action, business-to-business, whistleblower, personal injury, civil rights, and mass tort litigation. With a long history of working with public clients, Adam and his partners understand the wants and needs of government officials and their teams, and, as experts in trial practice and jury persuasion, they consistently achieve best-in-class results for their clients.

Adam's own groundbreaking work on behalf of plaintiffs has been recognized locally and nationally in prestigious ranking directories and publications, including *Chambers USA*, *Benchmark Litigation*, *The National Law Journal*, *Crain's Chicago Business*, and *Lawdragon*.



**Diandra "Fu" Debrosse**
Partner

**EMAIL**
fu@dicellolevitt.com

**EDUCATION**
Case Western Reserve University School of Law, J.D.

City College of the City University of New York, B.A., *summa cum laude*

Diandra "Fu" Debrosse is a fearless plaintiffs' attorney who fights unapologetically for individuals and public entities injured by wrongful conduct, whether by defective medical devices, drugs, or cosmetics, environmental contamination, corporate misconduct, or civil rights abuse. Nationally recognized as a powerhouse in mass torts, class actions, products liability, discrimination, and sexual assault claims, Fu has recovered nearly $1 billion in damages for her clients. Blending her exceptional talents in multidistrict and mass tort litigation with state-of-the-art tools, Fu uses sophisticated modeling to identify technology-based and other forms of discrimination, including environmental injustice, defective devices, and unfair insurance practices.

As the managing partner of DiCello Levitt's Birmingham office, co-chair of the firm's Mass Torts division, and co-chair of its Civil and Human Rights Litigation Practice Group, she holds prominent leadership positions in numerous multidistrict litigations. She is Co-Lead Counsel in the massive products liability multidistrict litigation against two of the world's largest infant formula manufacturers, Abbott Laboratories and Mead Johnson, and in the MDL against L'Oréal and other makers of disease-causing hair relaxer products marketed primarily to Black and Latina women. Fu also holds leadership positions in several other significant MDLs, including the litigation against Chevron and Syngenta for their marketing and sale of the disease-causing herbicide paraquat, as well as the social media MDL in which the plaintiffs are seeking damages against Meta Platforms, TikTok, YouTube, and others for creating defective products that encourage addictive behavior, resulting in various emotional and physical harms, including death.

Fu also leads many systematic civil rights and sexual assault cases; represents the City of Baltimore in legal actions addressing the catastrophic of the Francis Scott Key Bridge collapse; and represents dozens of Alabama, Mississippi, Georgia, Maryland, and North Dakota counties and a number of cities and counties in Maryland, Delaware, and other jurisdictions in two separate prescription opiate MDLs.

Fu was recognized by *Forbes* as one of the top 200 attorneys in the United States in 2024, and *The National Law Journal* named her to its 2023 list of Elite Women of the Plaintiffs Bar. In 2022, 2023, and 2024, *Lawdragon* recognized Fu as one of the 500 Leading Consumer Lawyers. *Chambers USA* 2022 ranked the firm's Litigation: Mainly Plaintiffs team among the top five in Alabama, and the *Birmingham Business Journal* honored Fu with a Best of the Bar Award and Who's Who in Law recognitions in 2021, 2022, and 2023.

Fu is a founding member of Shades of Mass, an organization dedicated to encouraging the appointment of Black and brown attorneys in national mass tort actions. She is a board member of Public Justice and the Southern Trial Lawyers Association. Fu previously served as a hearing officer for the Alabama State Bar, held leadership roles in the American Association for Justice and the Alabama Access to Justice Commission, and acted as Alabama State Bar vice president and commissioner.

Fu is fluent in French and Haitian Creole and functional in Spanish. Her steadfast pursuit of justice is motivated in large part by her experience as a mother of two extraordinary young girls.



**Daniel R. Flynn**
Partner

**EMAIL**
dflynn@dicellolevitt.com

**EDUCATION**
Indiana University Maurer School of
Law, J.D., *cum laude*

Illinois Wesleyan University, B.A.

Dan Flynn represents governmental entities, individual consumers, and corporate clients—all with one primary goal in mind: ensuring the protection of human health and the environment. His stewardship not only ensures that polluters be held responsible for contamination and clean-up, but that corporate entities understand their responsibilities under state and federal environmental laws. As a result of his advocacy in advising corporations on compliance, Dan's clients lead their respective industries in environmental stewardship efforts under a number of rules and regulations, including the Clean Water Act; the Clean Air Act; the Comprehensive Environmental Response, Compensation, and Liability Act; the Emergency Planning and Community Right-to-Know Act; and the Resource Conservation and Recovery Act.

Dan assists corporate entities, governmental agencies, and the public by ensuring that companies that have contaminated the environment and violated regulations take responsibility for their actions. Through contribution and cost-recovery actions, common law claims, citizen suits, enforcement actions, and proper due diligence and contract negotiation, he ensures polluters and bad actors remediate the harm they have caused.

Dan is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Dan also represents public clients in groundbreaking litigation against the world's largest fossil fuel companies and the American Petroleum Institute, alleging that the defendants, for decades, misled and failed to warn the public about the catastrophic consequences of climate change.

Dan works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Dan and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Dan also serves as interim co-lead counsel in a class action on behalf of the residents of Rockton, Illinois and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to his environmental work, Dan frequently counsels clients on developing and maintaining state-of-the-art safety and health programs that ensure all employees enjoy safe and healthful workplaces. He works closely with both his clients and the Occupational Safety and Health Administration (OSHA) to enhance employee safety and health well beyond OSHA's minimum requirements.



**Amy Keller**
Partner

**EMAIL**
akeller@dicellolevitt.com

**EDUCATION**
John Marshall Law School, J.D.
(*n/k/a The University of Illinois at Chicago School of Law*)

University of Michigan, B.A.

Amy Keller has held leadership positions in a variety of complex litigations across the nation, where she successfully litigated high-profile and costly data security and consumer privacy cases. As the Managing Partner of the firm's Chicago office and the Privacy, Technology, and Cybersecurity practice chair, she is the youngest woman ever appointed to serve as co-lead class counsel in a nationwide class action. In the multidistrict litigation against Equifax related to its 2017 data breach, Amy represented nearly 150 million class members and helped to secure a $1.5 billion settlement, working alongside federal and state regulators to impose important security practice changes to protect consumer data.

Amy has represented consumers against industry titans like Apple, Marriott, Electrolux, and BMW, securing victories against each. She has been appointed to leadership positions in more multidistrict litigations than any other woman in the past eight years, each case requiring sophistication in not only understanding complex legal theories, but also in presenting multifaceted strategies and damages modeling to ensure favorable results. For example, in leading a nationwide class action related to a data breach that exposed the confidential information of over 300 million individuals, Amy worked with her team to develop an argument recognized by the trial court that the loss of someone's personal information, alone, could trigger financial liability, and later secured a rare victory, certifying that case to proceed as a class action to trial. In another matter, Amy defended her team's victory all the way to the U.S. Supreme Court, ensuring that consumers would be able to band together as a class when a company defrauds them for small amounts individually that are worth millions of dollars in the aggregate.

Amy is rated by *Chambers & Partners* for her work in cybersecurity litigation and is an elected member of the American Law Institute. She serves on the Steering Committee of the Sedona Conference's Working Group 11, which focuses on advancing the law on issues surrounding technology, privacy, artificial intelligence, and data security, and she is also on drafting teams for both Model Data Breach Notification Principles and Statutory Remedies and the California Consumer Privacy Act. Her work in cybersecurity and privacy has been recognized many times over—in both 2021 and 2022, she was honored as one of Benchmark Litigation's Top 250 Women in Litigation; in 2020 and 2021, she was named by *The National Law Journal* as one of the Elite Women in the Plaintiffs' Bar; and the practice group which she chairs has won Practice Group of the Year in 2020, 2021, and 2022 by *Law360* and in 2020 by *The National Law Journal.* Amy is also recognized by Illinois Super Lawyers as a "Rising Star," and was named a "trailblazer" by *The National Law Journal.* In 2022, Amy was named to the "40 Under 40" list for *Crain's Chicago* for her leadership in litigation roles and promoting diversity and inclusivity in the bar.

Amy proudly holds leadership positions in both the American Association for Justice and the Public Justice Foundation, organizations which both focus on access to the courts for civil litigants.



**Anna Claire Skinner**
Senior Counsel

**EMAIL**
askinner@dicellolevitt.com

**EDUCATION**
Vanderbilt University Law School, J.D., Order of the Coif

Washington and Lee University, B.A., *cum laude*

Anna Claire Skinner represents governmental entities, individual consumers, and corporate clients, with the primary purpose of the protection of human health and the environment. She has litigated cases in both administrative tribunals and state and federal court from inception through settlement and trial. She has experience with numerous environmental statutes and regulations, including the Clean Water Act; the Clean Air Act; the Comprehensive Environmental Response, Compensation, and Liability Act; the Emergency Planning and Community Right-to-Know Act; and the Resource Conservation and Recovery Act.

Anna Claire is part of the DiCello Levitt team working with several states in investigating and addressing poly- and perfluoroalkyl substance (PFAS) contamination. DiCello Levitt's PFAS team, along with other Special Assistant Attorneys General and the Illinois Attorney General, most recently filed a lawsuit against 3M for PFAS contamination from its facility in Cordova, Illinois. Cases involving these "forever chemicals" will have wide-reaching implications for state governments and their residents.

Anna Claire also represents public clients in litigation seeking to hold the world's largest fossil fuel companies accountable for decades of deception concerning climate change and the costs and other consequences that climate change is imposing on those governments. She works with communities that have been impacted by years of exposure to polluted air, water, and soil. Recently, Anna Claire and DiCello Levitt's environmental team joined with co-counsel in representing several residents and former residents of Union, Illinois in filing suit against companies responsible for polluting the groundwater with carcinogenic chlorinated solvents. Anna Claire is also part of the team leading a class action on behalf of the residents of Rockton, Illinois, and surrounding communities for property damages they sustained following a catastrophic fire at a local chemical factory.

In addition to her environmental work, Anna Claire helps clients develop and maintain safety and health programs that meet all of the Occupational Safety and Health Administration's (OSHA) regulatory requirements and ensure all employees enjoy safe and healthful workplaces. She regularly counsels clients when compliance and litigation questions arise under OSHA.

Outside of the office, Anna Claire continues her work on environmental-related issues by serving as co-chair of the Kentucky Bar Association's Environment, Energy, and Natural Resources section. She also focuses on giving back to her community through her participation on the executive committee of the Living Arts and Science Center Board of Directors.

**Birmingham**
T: 205.855.5700

**San Diego**
T: 619.923.3939

**Chicago**
T: 312.214.7900

**Santa Fe**
T: 505.810.0770

**Cleveland**
T: 440.953.8888

**Washington, DC**
T: 202.975.2288

**New York**
T: 646.933.1000

**DiCelloLevitt.com**



# Exhibit B-5

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



# THE BARNES LAW GROUP, LLC

Anchored by Georgia's former Governor Roy E. Barnes and one of the nation's preeminent trial attorneys, the Barnes Law Group ("BLG") is an AV Preeminent rated law firm based in Marietta, Georgia with a national reputation for its skill and advocacy in litigation on behalf of consumers. The attorneys at Barnes Law Group have the unique charge of "Making It Right" for the citizens of Georgia and across the country. Our lawyers and experienced staff have spent decades working in both the public and private sectors on behalf of those who have been wronged by others' actions.

Mr. Barnes, the firm's lodestar, has been active in public service throughout his adult life. He served in the Georgia State Senate from 1974 to 1990, the Georgia House of Representatives from 1992 – 1999, and as Georgia's 80th Governor from 1999 until 2003. For over 50 years, Mr. Barnes has tried civil and criminal cases throughout Georgia and beyond, and has appeared as counsel in well over 340 reported cases. He has appeared as counsel in nearly 50 reported decisions related to class actions, and one of his first nationally prominent successful class action lawsuits was against Fleet Finance in the early 1990s.

Individually, BLG lawyers are regularly recognized and selected for inclusion in Martindale Hubble's AV preeminent ratings, Georgia Super Lawyers, Best Lawyers, National Trial Lawyers Top 100 and many other peer rated litigation honors. Collectively, lawyers in the firm have obtained judgments and settlements in excess of $1 billion on behalf of consumers and injured plaintiffs. A few examples of complex and class action cases led by BLG lawyers include the following:

- *State of Georgia v. Teva Pharmaceuticals, et al*, Superior Court of Gwinnett County, Ga., CAFN 19-A-00060-2. BLG has been representing the State of Georgia as special outside counsel in the opioid litigation against various pharmaceutical manufacturers and distributors. Thus far that litigation has yielded hundreds of millions of dollars in settlement funds for the state's benefit;

- *In Re: Equifax, Inc., Customer Data Security Breach Litigation*, No. 1:17-MD-02800-TWT (N.D. Ga.) (appointed co-class counsel of data breach class action resulted in settlement fund worth at least $380.5 million);

- *Elaine Ann Gold, et al, v. DeKalb County School District and DeKalb County Board of Education,* Superior Court of DeKalb County, Ga., CAFN: 11CV3657 (class action against the Board of Education over pension contributions settled for $117.5 million);

- *In Re: Home Depot Data Breach Litigation*, No. 14-MD-2584-TWT (N.D. Ga.) (appointed as co-class counsel in data breach class action resulting in settlement for over 40 million individual customers);

- *In Re: Arby's Restaurant Group, Inc. Data Security Litigation*, No. 1:17- CV-1035-WMR (N.D. Ga.) (approved as class counsel in obtaining settlement regarding payment card data breach);

- *Angela Dusko v. Delta Air Lines, Inc.*, CAFN: 1:20-cv-01664-ELR (N.D. Ga.) (approved as class counsel for nationwide class action settlement resulting in $27 million fund regarding refunds of cancelled flights in wake of COVID pandemic);

- *Cox v. Community Loans of America*, CAFN: 4:11-cv-177-CDL (M.D. Ga.) (multistate settlement repaying Servicemembers damages for interest rates charged in violation of the Military Lending Act);

- *Mitchell v. Regions Bank*, USDC, No. 2:17-cv-0100-RWS (N.D. Ga.) (approved as counsel for multistate settlement collective in FLSA action).

- *Gates v. Syrian Arab Republic*, Case No. 1:06CV01500 (USDC DC) ($412 million judgment for victims of terrorist-sponsored activities);

- *First Center, Inc. v. Delta Comm. Credit Union*, Superior Court of Cobb County, Ga., CAFN: 10-1-7119-40 ($75 million judgment for commercial lending dispute);

- *Greene v. Cash America, Inc.*, State Court of Cobb County, Ga., CAFN: 2004A7104-6 ($34 million class action settlement for payday lending violations);

- *Kahn v. Fortis Insurance Co.*, State Court of Fulton County, Ga., CAFN: 2004 VS 074998 ($14 million class action settlement for unlawful and allegedly fraudulent insurance rating practices);

- *Jason A. Sain, et al v. Preferred Women's Healthcare, et al*, State Court of Gwinnett County, Ga., CAFN: 14 C-03749-2, (medical malpractice action resulted in verdict of $8.5 million);

- *Richard W. Sorenson, Jr., Individually, and as Executor of the Estate of Vanona Sorenson, Deceased v. Piedmont Hospital, Inc.*, et al, State Court of Fulton County, Ga., CAFN: 20EV005574 (medical malpractice action resulted in verdict of $10.6 million);

- *Richard A. Newton, Sr. v. Brighthouse Life Insurance Co.*, CAFN: 1:20-cv-02001-AT (N.D. Ga.) (motion for class certification pending; BLG is seeking to represent a Georgia class of insurance policy-holders alleging cost-of insurance overcharges);

- *In re: Consumer Vehicle Driving Data Tracking Collection*, CAFN: 1:24-MD-3115-TWT (appointed as interim co-class counsel in pending consolidated class action representing tens of millions of individuals over tracking of their driving behaviors);

- *Damon X. Miller, on behalf of himself and all others similarly situated v. Nextgen Healthcare, Inc.,* No.: 1:23-cv-02043-TWT (ND Ga.) (appointed as interim co-lead counsel in pending consolidated data beach class action); and

- *John McNally et al, on behalf of themselves and all others similarly situated v. Infosys McCamish Systems, LLC,* 1:24-cv-00995-JPB (ND Ga.) (appointed as liaison counsel in pending consolidated data breach class action).

BLG regularly assumes all the risks and financial burdens associated with a lawsuit, on a contingency fee basis. We strive to work productively for the benefit of our clients and the classes we represent. In every case, in the absence of settlement, the firm is willing and able to devote the time and resources required to see this case to completion, including to trial if necessary. As BLG's strikes for *Making It Right* for those who have been wronged, that means BLG has always been, and will always be, in the corner of the individuals that need an effective advocate to help level the playing field.

## **CONTACT INFORMATION**

To learn more about The Barnes Law Group, LLC, or any of the firm's other attorneys, please visit **https://barneslawgoup.com** for more information.

# Exhibit B-6

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



# THE BLAKELY FIRM
### ATTORNEYS AT LAW



*Justice For All*

## Uncompromising Dedication to Excellence in the Practice of Law, service to clients, and the protection of our community.

### M.J. Blakely, Jr.

M.J. Blakely, Jr. is a Georgia native. He attended Oxford College and Emory College of Emory University where he obtained his Bachelor of Arts in 2002. M.J. earned a Juris Doctorate from the University of Georgia School of Law in 2006.

Immediately after law school M.J. began pursuing his passion for helping individuals and their families address tragedy by developing a specialty in catastrophic personal injury, wrongful death, product liability, and civil rights litigation. M.J. broadened his practice to include mass torts, class actions and other complex litigation, which has expanded his ability to obtain justice for those harmed by defective products and consumer fraud.

M.J. has worked at the most preeminent law firms in the nation where he gained invaluable experience as a litigator and trial lawyer. He has had the pleasure of representing and providing legal counsel to large corporations and small businesses, as well as individuals and their families. M.J. founded The Blakely Firm in 2023 with a mission to offer the highest quality legal support, more personalized service to his clients, and a commitment to improving and supporting our community.

The Blakely Firm's skilled litigators focus on strategy over tactics and developing plans that are mindful of each client's unique goals and needs. The Firm's experience with complex litigation on behalf of both Plaintiffs and Defendants provides valuable insight in today's litigious climate.

| *Experience Matters* | **The Blakely Firm is founded on a bedrock of experience in high-end, complex litigation and trial expertise.** |

M.J. has played an integral role in the litigation of several national, high profile, mass tort cases, including the following matters:

- *In re: ARC Airbag Inflators Products Liability Litigation,* MDL No. 3051(Plaintiffs' Liaison Counsel)

- *In re: Profemur Hip Implant Products Liability Litigation*, MDL No. 2949 (Plaintiffs' Steering Committee)

- *Wright Medical Technology, Inc. Profemur Hip Implant Litigation*, Circuit Court of Shelby County, Tennessee, R. 28 Mass Tort Coordination (Plaintiffs' Liaison Counsel & Plaintiffs' Steering Committee)

- *Wright Hip System Litigation*, Superior Court of the State of California, County of Los Angeles, Judicial Council Coordination Proceeding No. 4710

- *Wright Medical Technology, Inc. Conserve Hip Implant Products Liability Litigation*, U.S. District Court, Northern District of Georgia, MDL No. 2329

- *In re: Stryker LFIT V40 Femoral Head Products Liability Litigation*, MDL No. 2768 (Plaintiffs' Executive Committee)

- *Stryker LFIT Anatomic CoCr V40 Femoral Heads Litigation*, Superior Court of NJ, Bergen County, Case No. 624

- *In re: Phillips Recalled CPAP Bi-Level PAP, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (Plaintiffs' Steering Committee)

- *Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation*, U.S. District Court, Minnesota, MDL No. 13-2441

- *Stryker Rejuvenate Hip Stem and ABG II Modular Hip Stem Litigation*, Superior Court of New Jersey, Law Division, Bergen County, Case Code 296, Master Case No. BER-L-936-13

- *Biomet M2a Magnum Hip Implant Products Liability Litigation*, U.S. District Court, Northern District of Indiana, Cause No. 3:12-md-2391

- *NFL Players' Concussion Litigation*, U.S. District Court, Eastern District of Pennsylvania, MDL No. 2323

In addition to M.J.'s experience in mass torts, class action and other complex litigation, he and The Blakely Firm are also a sought-after for trial expertise. M.J. has tried numerous cases and secured several multi-million-dollar verdicts as part of some of the most prolific trial teams in the country.

M.J. is a skilled negotiator that has secured hundreds of millions of dollars in settlement victories and corporate recovery for deserving clients. When it comes to settling complex cases, The Blakely Firm prides itself not only on achieving favorable outcomes for our clients, but also on creating practical solutions.

*Attention to Detail Matters*

## The Blakely Firm provides personalized white glove service for every case, regardless of the size or complexity.

Our firm recognizes the importance of keeping clients informed and involved throughout the litigation and settlement process. We provided personalized attention, ensuring open lines of communication and transparent reporting on case developments, potential risks, and available options. Our goal is to empower our clients with the knowledge they need to make informed decisions and achieve their desired outcomes.



The Blakely Firm is proud of its strategic partnership with Conley Griggs Partin. Our firms share the same vision and values. We believe in personal relationships with clients and colleagues, attention to detail, hard work, and integrity. M.J. joined Conley Griggs Partin as an Of Counsel attorney in 2023 combining expertise and teamwork. Together the Blakely Firm and Conley Griggs Partin provide detailed, client centered legal counsel for our clients.

*Community Matters*

## At The Blakely Firm we believe excellence in the practice of law is the bare minimum we are called to provide. Making a meaningful impact requires investment in our community.

M.J. and The Blakely Firm are making an impact in our community through involvement in several organizations that serve the legal and local communities:

- **Board of Trustees for Leadership Georgia**
- **Member of The University of Georgia School of Law's Law School Association Council and Past President**
- **Member of the Oxford College Alumni Board**
- **Member of the Georgia Trial Lawyers Association and Past Executive Committee member and LEAD Graduate**
- **Member of the American Association for Justice and Minority Caucus Member**
- **Magnum Opus Honor Society mentor and volunteer**
- **Board Member of Shades of Mass**
- **State Bar of Georgia YLD Leadership Academy Graduate**
- **Member of the Gate City Bar Association**
- **Member of the Atlanta Bar Association**
- **Member of the Clarke Carley Inn of Courts, Master**
- **Proud member of 100 Black Men of Atlanta**
- **Proud member of Alpha Phi Alpha Fraternity, Inc.**
- **Former President of Westchester Elementary School PTO**
- **Former Vice President of Fifth Ave. Upper Elementary School PTA**

## Bar Admissions

- **Georgia**
- **Tennessee**
- **U.S. Court of Appeals for the 11th Circuit**
- **U.S. District Court for the Middle District of Georgia**
- **U.S. District Court for the Northern District of Georgia**
- **U.S. District Court for the Southern District of Georgia**
- **U.S. District Court for the Western District of Tennessee**
- **Supreme Court of the United States**



P.O. Box 3314
Decatur, GA 30031
www.blakelyfirm.com

# M. J. Blakely Jr.

232 Westchester Drive, Decatur, GA 30030 ♦ 678-481-0046 ♦ mjblakely@blakelyfirm.com

## Education

**University of Georgia School of Law**                                    Athens, GA
Juris Doctorate, May 2006
    Activities & Honors
    Joseph Henry Lumpkin Inn of Court Pupil; Research Assistant for Dean Rebecca H. White; Vice President of the Davenport-Benham Chapter of the Black Law Students Association; 1L Closing Argument Competition Semi-Finalist; England Mock Trial Competition Semi-Finalist; Member of the Mock Trial Board; National Trial Competition Regional Champion; Recipient of the Weinberg, Wheeler, Hudgins, Gunn and Dial, LLP Award for Outstanding Mock Trial Advocate; Dean's Ambassador; and Legacy Committee Co-Chair.

**Emory College, Emory University**                                    Atlanta, GA
Bachelor of Arts Political Science, May 2002
    Activities & Honors
    Dean's Merit List; and Chaplin for the Mu Alpha Chapter of Alpha Phi Alpha Fraternity, Inc.

**Oxford College, Emory University**                                    Oxford, GA
Associate of Arts, May 2000
    Activities & Honors
    Dean's Merit List; Leadership Oxford; Scholarship Chair for Delta Psi Epsilon Social Service Club; and Forward on Oxford College Club Soccer Team.

## Experience

**The Blakely Firm, L.L.C**                                    Decatur, GA
*Owner and Founder*                                    2023 – Present
- Trial Lawyer
- Personal injury and wrongful death litigation
- Civil rights litigation
- Complex litigation
- Class action litigation
- Mass tort litigation

**Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C.**                                    Atlanta, GA
*Shareholder*                                    2016 – 2022
- Trial Lawyer
- Personal injury and wrongful death litigation
- Civil rights litigation
- Complex litigation
- Class action litigation
- Mass tort litigation

**Pope, McGlamry, Kilpatrick, Morrison & Norwood, P.C.**                                    Atlanta, GA
*Associate*                                    2011 – 2016
- Personal injury litigation
- Wrongful death litigation
- Mass torts litigation

**Andersen, Tate & Carr, P.C.**                                    Duluth, GA
*Lead Personal Injury Litigation and Trial Associate*                                    2006 – 2010
- Tried jury and bench trials to verdict;
- Argued wide variety of complex motions;
- Conducted complex discovery;
- Conducted legal research and drafted legal memos, briefs, pleadings, motions, and articles; and

- Managed diverse clientele and caseload, including Personal Injury, Criminal Defense, and Business Litigation cases.

## Professional and Civic Organizations and Memberships

Leadership Georgia (Class of 2017); Program Chair (2019); Board of Trustees (2022 – Present)
American Association for Justice (2010 – Present)
University of Georgia Law School Association Council (2013 – Present); Council President (2020)
Georgia Trial Lawyers Association (2008 – Present); Executive Committee (2016 – Present)
Shades of Mass (Board Member 2023 – Present)
Alpha Phi Alpha Fraternity, Inc. (2000 – Present)
100 Black Men of Atlanta (2018 – Present)
Westchester Elementary School PTA (2019 – 2021); President (2020)
Fifth Avenue Upper Elementary School PTA (2021 – 2023; DEI Co-Chair (2022)
University of Georgia Alumni Association, Class Agent (2006 – 2009)
Oxford College Alumni Board (2012 – 2017)
State Bar of Georgia YLD Leadership Academy Graduate (2014)
Gwinnett County Bar Association (2006 – 2010);
Gwinnett County Minority Bar Association (2006 – 2010)
Propane Defense Association (2007 – 2010)
Gwinnett County Chamber of Commerce, Young Professionals Division (2008 – 2010)
Lumpkin Inn of Court, Pupil (2005 – 2006)
Lumpkin Inn of Court, Barrister (2010 – 2012)
Clark-Carley Inn of Court (fka Lumpkin Inn of Court), Master (2023 – Present)
The Old War Horse Lawyers Club (2022 – Present)
National Trials Lawyers Association, Top Forty Under Forty (2012, 2013)
Super Lawyers, Rising Star (2012, 2014, 2015, 2016, 2018, 2019)
State Bar of Georgia YLD Leadership Academy Graduate (2014)
Georgia Trial Lawyers Association LEAD Graduate (2015)
The Magnum Opus Honor Society (2014 – Present); Co-Founder

## Bar Admissions

State Bar of Georgia, Georgia Court of Appeals; Georgia Supreme Court; U.S. District Court, Northern District of Georgia; U.S. District Court, Middle District of Georgia; U.S. District Court, Southern District of Georgia; State Bar of Tennessee; U.S. District Court, Western District of Tennessee; United States Supreme Court.

# Exhibit B-7

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

# MINER, BARNHILL & GALLAND P.C.



**ROBERT LIBMAN**
SHAREHOLDER

Robert Libman has three decades of experience representing government entities and private parties as plaintiffs in complex civil litigation. Bob spent more than a dozen years in the Civil Rights Division of the U.S. Department of Justice ("DOJ") in Washington, D.C. as a Senior Trial Attorney and Special Litigation Counsel. Bob has managed dozens of complex, high-stakes cases, overseeing and leading large trial teams, managing voluminous discovery, and conducting numerous trials.

## State Government Representation
From his government experience, Bob understands the needs and expectations of government clients and the high professional and ethical standards they must uphold. For 15 years, Bob served as outside counsel to eight states in the Average Wholesale Price ("AWP") litigation, suing dozens of drug manufacturers and other entities under state consumer protection, Medicaid fraud, false advertising, and state false claims statutes to recover damages to state Medicaid programs caused by the publication of false and deceptive drug prices. Together with the MBG team, Bob's efforts resulted in the recovery of nearly $1.2 billion in settlements and judgments after trial on behalf of these state clients. Bob's work on the AWP litigation was recognized by the legal publication Law360, which named him as one of ten "Titans of the Plaintiffs Bar" in 2020. Bob currently serves as outside counsel to the State of Idaho in its litigation against manufacturers and distributors for their role in the opioid epidemic and the State of Alaska in its litigation against Juul Labs, Inc. for its role in the youth vaping epidemic.

## Civil Rights/Public Interest Litigation
In the Civil Rights Division of DOJ, Bob litigated individual and "pattern or practice" employment discrimination cases under Title VII of the Civil Rights Act of 1964 under theories of both intentional discrimination and disparate impact. At MBG, Bob continues to represent plaintiffs in civil rights and other public interest litigation. He represented a local NAACP chapter alleging racial discrimination against African-Americans in promotions within the Jacksonville, Florida Fire Department. He represented several community organizations alleging that the system of the Office of the Assessor of Cook County, Illinois for valuing residential property unlawfully discriminated against racial minorities. He represented a group of African-American and Latino residents of an Illinois city alleging violations of their First Amendment right to protest the city's police department for racially discriminatory enforcement of a local ordinance. He currently represents a putative class of African-American laborers alleging that a staffing agency refused to assign them work based on race.

## Environmental Litigation
Bob's environmental practice currently includes litigation against Chemtool, Inc. regarding a massive explosion and chemical fire at its lubricant and grease manufacturing plant in Rockton, Illinois, that released smoke, ash, and debris on the neighboring community Bob has been appointed as Co-Lead Interim Class Counsel in that case. Bob also served as counsel for the Sierra Club in litigation against a coal-fired power plant in Montana for failing to comply with permitting requirements under the Clean Air Act and Montana State Implementation Plans for air pollution controls.

## Contact Information
325 N. LaSalle St., Suite 350
Chicago, IL 60654
Office: (312) 751-1170
Fax: (312) 751-0438
rlibman@lawmbg.com

## Education
Stanford Law School
J.D. (1988) Order of the Coif
Stanford University
B.A. (1985) With Distinction; Phi Beta Kappa

## Bar Admissions
Illinois Supreme Court (2004)
U.S. District Court for the Northern District Of Illinois, Trial Bar (2004)
U.S. Supreme Court (1994)
District of Columbia (1991)
California (1988)

## Clerkship
Hon. Joyce Hens Green (U.S. District Court, D.C.)

# MINER, BARNHILL & GALLAND
### P.C.

Deanna Pihos has over 12 years of complex litigation experience. She works to protect taxpayers and consumers from unfair practices and fraud; eliminate discrimination and legal violations in the workplace; and safeguard the environment, people, and their property from toxic corporate pollution. Deanna understands how to effectively manage large-scale discovery and complex, high-stakes matters. She divides her time between Los Angeles and Chicago, and represents state governments, individuals, and classes in courts across the country.

## State Government Representation

For over 10 years, Deanna served as counsel to eight states in the Average Wholesale Price ("AWP") litigation and related litigation against dozens of drug manufacturers and other entities under consumer protection laws, Medicaid fraud, false advertising statutes, and state false claims acts. That litigation sought redress for damage to state Medicaid programs caused by the publication of false and deceptive drug prices. Deanna was involved in every aspect of AWP litigation from discovery to participating in seven trials. She worked closely with state clients and witnesses, and oversaw massive discovery. Together with the MBG team, Deanna's efforts resulted in nearly $1.2 billion in settlements and judgments after trial. Deanna currently serves as outside counsel to the State of Idaho for its litigation against opioid manufacturers and drug distributors for their role in the opioid epidemic.

## *Qui Tam* Litigation

Deanna routinely represents relators under the federal False Claims Act and similar state statutes, seeking recovery on behalf of the government against those who commit fraud. Deanna represented a relator in a lawsuit alleging that the nation's largest for-profit hospice provider had submitted false claims to Medicare and Illinois Medicaid programs. The United States intervened in the federal case, resulting in the largest False Claims Act hospice settlement in history. Deanna has represented relators against a number of other entities across the health care industry and against a for-profit college.

## Environmental Litigation

Deanna's environmental practice focuses on protecting people and their property from corporate polluters. Deanna represented a class of over 10,000 current and former residents, advancing common law and statutory nuisance, negligence, and trespass claims to address the offensive air emissions of a corn wet mill. Deanna has also served as litigation counsel for the Sierra Club in complex litigation under the federal Clean Air Act, and she represents a number of individual plaintiffs suing a medical sterilization company for injuries caused by its excessive and dangerous air emissions.

## Employment Law

Deanna is committed to fighting discrimination and harassment in all of its forms, especially in the workplace. Deanna represents individuals and groups facing sexual harassment and discrimination at work based on race, national origin, sex, age, and disability. Her clients span a variety of industries, from hospitality to construction. She also litigates wage and hour matters, and currently represents a putative class of civilly detained immigrants alleging minimum wage violations by a private, for-profit prison.



## DEANNA PIHOS
### SHAREHOLDER

## Contact Information

325 N. LaSalle St., Suite 350

Chicago, IL 60654

Office: (312) 751-1170

2660 Townsgate Rd.

800 Village Park, Suite C.

Westlake Village, CA 91361

Office: (312) 612-2211

dpihos@lawmbg.com

## Education

Cornell University Law School J.D. (2005) Magna cum laude, Order of the Coif

Northwestern University B.S. (2001) With Honors

## Bar Admissions

State Bar of California (2013)

U.S. Court of Appeals for the Ninth Circuit (2008)

U.S. District Court, Northern District of Illinois (2006)

Illinois Supreme Court (2005)

## Clerkships

Hon. Milan Smith (U.S. Court of Appeals, 9th Cir.)

Hon. Rebecca Pallmeyer (U.S. District Court, NDIL)

# MINER, BARNHILL & GALLAND P.C.



Roisin joined Miner, Barnhill & Galland, after completing clerkships in the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the First Circuit. Roisin is a litigator who practices in the areas of environmental, consumer, and civil rights law. She counsels and represents individuals who have suffered discrimination and sexual harassment in their schools and workplaces, and in public accommodations, and she is passionate about working closely with clients to identify and fight for their goals and priorities in cases large and small.

Roisin works on cases at all stages of litigation. She is currently on the team representing a class of Illinoisans seeking recovery for property-related injuries resulting from a fire and series of explosions that occurred in June 2021 at a chemical plant in Rockton, Illinois. She also coordinates the firm's representation of clients exposed to toxic chemicals during military service. She has briefed and argued various motions in state and federal court, including an argument in the Seventh Circuit Court of Appeals.

Roisin is proud to have been a member of the trial team that secured a Illinois record $363 million verdict for plaintiff Susan Kamuda in the Willowbrook Ethylene Oxide Litigation. As a result, she was a recipient of the 2023 Trial Lawyer Excellence Award for achieving the Highest Reported Illinois Verdict or Settlement for an individual plaintiff, from the Jury Verdict Reporter and Law Bulletin Media.

Roisin graduated with high honors from the University of Chicago Law School, where she was a Comments Editor on the Law Review and Co-President of the Public Interest Law Society. During law school, Roisin worked in the Federal Criminal Justice Clinic and took part in the clinic's groundbreaking litigation against the ATF's selective enforcement of federal firearm and narcotics laws. She also represented indigent clients in housing court and on other matters in the Civil Action Practice at the Bronx Defenders. Roisin co-chaired a team of students that conducted the Law School's first ever comprehensive study on the experiences of women students.

Before law school Roisin worked at the City Bar Justice Center in New York City, assisting low-income families in foreclosure cases and representing families experiencing homelessness at public benefits hearings. She also lived for a year in Chiapas, Mexico, and worked at a grassroots community development non-profit. Roisin graduated magna cum laude from Harvard College in 2012.

## ROISIN DUFFY-GIDEON
### ASSOCIATE

### Contact Information

325 N. LaSalle St., Suite 350

Chicago, IL 60654

Office: (312) 751-1170

Fax: (312) 751-0438

rduffy@lawmbg.com

### Education

The University of Chicago Law School
    J.D. (2018) –  Honors: High Honors; Pro Bono Honors; Order of the Coif; Kirkland & Ellis Scholar; Rubenstein Scholar; Comments Editor & Diversity Committee Co-Chair, *The University of Chicago Law Review*

Harvard University
    B.A. in Social Studies (2012) - Honors: *Magna cum laude*; Citation in Spanish; Certificate in Latin American Studies; 2012 Steve Reifenberg Traveling Fellowship; 2012-2013 Fulbright Grant for research in Venezuela (visa not granted)

### Bar Admissions

Illinois (2020)

New York (2019)

### Clerkships

Hon. William J. Kayatta, Jr. (U.S. Court of Appeals, 1st Cir.)

Hon. Edmond E. Chang (U.S. District Court, NDIL)

# Exhibit B-8

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

**About Collins Law, P.C.**

Founded in 1992, Collins Law quickly established itself as one of the Chicago area's premier sources of legal representation for victims of negligent, reckless and malicious acts. The firm's reach has expanded over the past three decades to courts throughout the United States where we have represented thousands of clients and secured over $1 Billion in settlements and verdicts for them. Since its founding, the firm's attorneys have been recognized for their outstanding results. During the last two years, the firm has been recognized both nationally and regionally for its environmental practice including the largest single plaintiff verdict in Illinois, and second largest in the country during 2022 ($363 Million).

There are very few law firms throughout the country that devote their practices to representing plaintiffs in environmental class action cases; Collins Law is proud to be one of this select group of attorneys. The firm has decades of experience representing victims of groundwater contamination, air contamination, soil contamination and vapor intrusion. These cases have been class actions seeking property damage and injunctive relief for communities impacted by toxic air, water or soil contamination. The firm also handles individual toxic tort cases for clients who have contracted cancer due to environmental exposure. The firm has recovered more than $550 million for its environmental clients because the firm's attorneys have the experience, resources and deep knowledge of the complex scientific issues at the heart of these environmental contamination cases.

Collins Law has been litigating environmental class actions and toxic tort cases on behalf of victims of environmental contamination for the past 25 years. We have had classes certified for a host of environmental problems including groundwater contamination, vapor intrusion of toxic chemicals into the indoor area of homes, soil contamination from illegally disposed chemicals, and most recently fire and explosions at a large chemical manufacturing facility.

Our environmental cases certified as class actions include the following:

- ***LeClercq v. Lockformer:*** (settled in 2002), Case No. 00 C 7164 (US District Court, Northern District of Illinois) (Honorable Judge Harry Leinenweber) The groundwater beneath some 186 homes in Lisle, IL was contaminated with an industrial solvent ("TCE") dumped by a local machining shop, and its chemical supplier. The contaminated groundwater had migrated to the community just south of the industrial facility, where it perched beneath the homes, serving as each home's water supply. The case proceeded at a very rapid pace, as the residents needed to secure clean water. Plaintiffs' motion for class certification was granted, and the case proceeded to discovery and then dispositive motions. Judge Leinenweber granted a motion filed by Collins Law seeking summary judgment on the issue of whether defendants' facility was the source of the contamination. After a two week trial, the case settled just prior to closing arguments. Defendants agreed to extensively clean up the contamination in both soil and groundwater; to fund a brand new water supply, consisting of extending massive water-carrying pipes into the contaminated area, to supply fresh, clean water so that the residents would no longer have to depend on the contaminated groundwater; and to pay some $10 million to

compensate the class members for the temporary loss of the use and enjoyment of their homes.

- ***Mejdrech v. Lockformer*** (settled in 2004), Case No. 01 C 6107 (U.S. District Court, Northern District of Illinois) (Honorable William Hibbler, deceased; Honorable Judge Harry Leinenweber) During the litigation of the immediately preceding case (***LcClercq***), it was discovered that the groundwater contamination under the *LeClercq* class area had migrated nearly two miles further to the south than previously known. Collins Law filed a motion to certify a class of several hundred additional residents, which was granted. After significant discovery and motion practice, and the main defendant's seeking protection in the Delaware bankruptcy court, this case was settled for defendants' agreement to fund the installation of vapor intrusion mitigation systems; the piping of clean water into those areas of the class that had depended on the contaminated groundwater for their daily needs; and some $18 million in compensation for loss of use and enjoyment of the class members' homes.
  It is noteworthy that when the class in *Mejdrech* was certified by Judge Hibbler, Defendants appealed the certification ruling under FRCP 23(f) to the 7th Circuit. That appeal was denied, with Judge Posner writing for a unanimous appellate panel. For many years thereafter, the 7th Circuit's *Mejdrech* decision served as one of the leading decisions in both state and federal cases where the issue was whether a class should be certified where pollution had commonly impacted residents and others in close proximity to the industrial source of pollution.

- ***Bentley et al v. Honeywell, et al*** (settled in 2005), Case No. 03 CV 079 (U.S. District Court for the Southern District of Ohio) (Honorable Judge Algenon Marbley) A plume of groundwater contaminated with a variety of carcinogenic industrial chemicals emanated from a business park near Urbana, OH, where the chemicals had been spilled over time by multiple companies, allowing the chemicals to seep into the underlying groundwater. The contaminated groundwater then migrated to several areas where the community residents depended on the groundwater for their daily needs. One area included some 26 homes, who obtained their daily water directly from the contaminated groundwater immediately below the homes. Another was a community water well, drilled into the contaminated groundwater, and then distributing the groundwater to thousands in the community. After Judge Marbley granted plaintiffs' vigorously contested class certification motion, the case settled. Defendants agreed to fund extensive cleanup of the contaminated groundwater; the installation of vapor mitigation systems on the 26 homes; and an extensive filtration system for the community water well, to ensure than no contaminated groundwater was distributed to community residents. Defendants also paid more than $8 million as compensation for property losses.

- ***Ludwig v. Pilkington*** (settled in 2005), Case No. 03 C 1086 (U.S. District Court for the Northern District of Illinois) (Honorable Judge James Zagel. deceased) A class of more than 100 homes was certified by Judge Zagel in an area near Ottawa, IL, due to arsenic from a local glass factory having migrated into the class area, contaminating soil and groundwater. Extensive discovery, including the discovery of decades of documents, and

depositions ensued.  Judge Zagel denied defendant's summary judgment motion and a jury trial was held.  Despite verdict for defendant, Collins Law was nevertheless able to secure a $2 million settlement for the class members, most prominently including the funding of a brand-new community water well, so that the residents' water would no longer come from an arsenic- contaminated groundwater aquifer.

- ***Cannata v. Forest Preserve District of DuPage County, et al and Perez v. Forest Preserve District of DuPage County, et al*** (settled in 2008), Case No. 06 C 2196 (U.S. District Court for the Northern District of Illinois) (Honorable Judges William Hibbler, deceased. and Robert Dow, Retired) Both cases involved one of the largest landfills in Illinois (Mallard Lake Landfill) as the source of the pollution.  In *Cannata*, a class was certified of owners of homes dependent on groundwater for their daily needs, when the groundwater had been contaminated by carcinogenic industrial chemicals once dumped in the landfill and allowed to leak out its bottom and contaminate local groundwater.  In *Perez*, a class was certified of the owners of homes immediately adjacent to the landfill, who were endangered because potentially explosive methane gas created by the compacting of refuse at the landfill was migrating into the class area, threatening its residents. Collins Law was responsible for forcing the landfill management company to immediately eliminate the methane gas from the class area, and the possibility of future migration of methane gas, and also funding the extension of local water mains into the class area where the homes were dependent on the contaminated groundwater.  Those homes now have clean water to drink, bathe in, etc. Defendants paid some $8 million in compensation to class members.

- ***Stoll, et al v. Kraft Foods:*** (settled in 2011), Case No. 1:09 CV 0364-LJM-DML (U.S, District Court for the Southern District of IN, Indianapolis) (Honorable Judge Tanya Walton Pratt) A class was certified of the owners of some 100 homes in Attica, IN, to secure remediation and other protection against the carcinogenic chemicals contaminating the groundwater that threatened to contaminate the air inside the homes with the chemicals in vapor form.  The chemical contamination was caused by the owner of a local factory, who, through a series of transactions, conveyed the plant to defendant Kraft.  The case involved complex briefing not only regarding class certification, but also involving whether Kraft could be held responsible for contamination initially caused by its predecessor.  All significant legal issues were resolved in favor of the class members. The turning point in the case came when plaintiffs filed a motion seeking sanctions against Kraft when they learned that the company had been claiming entitlement in another courthouse to millions of dollars of insurance coverage initially secured by its predecessor to cover liabilities relating to environmental contamination at the local factory, while simultaneously taking the position in the class case before Judge Walton that it was not legally responsible for that same contamination emanating from the factory. The case was settled when Kraft agreed to fund extensive cleanup of the contamination, including the installation of a large barrier preventing the contaminated groundwater from migrating off of factory property and into the class members' neighborhood.  Kraft also paid more than $8 million in compensation.

- ***McHugh v. Madison Kipp and Sorenson v. Madison Kipp***: (settled in 2011) (US District

Court, Western District of Wisconsin, Madison, WI) (Honorable Judge Barbara Crabb), Case No. 11-cv-724-bbc. The groundwater beneath a certified class of nearly 50 homes in Madison, WI was contaminated with industrial solvents from a nearby manufacturer. The primary threat presented was vapor intrusion, because the contaminated groundwater was shallow, and thus it was relatively easy for the chemicals in vapor form to migrate upwards through soil and intrude into the residents' homes. After protracted litigation – including the granting of a contested class certification motion; extensive document discovery; and depositions – settlement resulted in extensive cleanup of the contamination, including replacement of the soil in the class members' yards; the installation of vapor mitigation systems to prevent contaminated air from entering the homes; and compensation of some $7.1 million for temporary loss of use and enjoyment of property.

- ***Grasley, et al. v. Chemtool, et al:*** (settled in 2024) (State of Illinois, 17th Judicial Circuit, Winnebago County) (Honorable Stephen E. Balogh). The Chemtool facility in Rockton, IL exploded and caught fire on June 14, 2021, sending a toxic plume of dust and smoke out into nearby neighborhoods and triggering an almost week-long evacuation of residents within one mile of the plant. A class was certified of approximately 8,000 residents living within a three mile radius of the Chemtool plant. After extensive discovery and the setting of a trial date, the case was settled in May of 2024 for $94.5 Million.

Perhaps even more important than the money we have recovered for our clients in our environmental cases are the solutions we have insisted upon to address the threat of exposure to environmental contaminants. These solutions include relief to address the contaminants impacts on the communities we represent, for example: the drilling of new municipal wells to provide safe drinking water to over 16,000 people; the installation of vapor mitigation systems in homes and businesses to prevent toxic chemicals from entering indoor air; the extension of water mains from communities with clean water to communities with contaminated water; pump and treat systems at the source of the contamination; the installation of whole house reverse osmosis water filtration systems to eliminate contact with contaminated drinking water and the excavation and removal of contaminated soil from class member properties. In the firm's view, an excellent result in an environmental class case isn't just about the settlement or verdict amount but also the measures achieved to protect class members' property and health.

# Exhibit B-9

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



The Orlando Firm, P.C. was founded 30 years ago by Roger W. Orlando who has been in practice in Georgia and various other jurisdictions for 38 years. One of its specialties is providing relief to citizens affected by chemical fires, spills and train derailments across the country. Notably, Mr. Orlando resolved the Bio-Lab class action cases stemming from the 2004 matter similar to the instant consolidated cases.

Mr. Orlando has significant experience in leading national mass tort and class action Multi-District Litigation. He has been involved as Lead Counsel or held Steering and Executive Committee memberships in the following actions:

- Member: Plaintiff's Steering Committee MDL No. 2875
  *Valsartan Products Liability Litigation*
  United States District Court, District of New Jersey

- Member: Plaintiffs Steering Committee, MDL No. 2776
  *Farxiga (Dapagliflozin) Products Liability Litigation*
  United States District Court, Southern District of New York

- Member: Plaintiffs Executive Committee, MDL No. 2767
  *Mirena IUD Levonorgestrel-Related Products Liability Litigation*
  United States District Court, Southern District of New York

- Member: Plaintiffs Steering Committee, MDL No. 2331
  *In re: Propecia (Finesteride) Product Liability Litigation*
  United States District Court, Eastern District of New York

- Member: Plaintiffs Steering Committee, MDL No. 2545
  *In re: Testosterone Replacement Therapy Products Liability Litigation*

- Lead Counsel: Plaintiffs Steering Committee, MDL No. 2087
  *In Re: Hydroxycut Marketing & Sales Practices Litigation*



- Member: Plaintiffs Steering Committee, MDL No. 2606
  *In re: Benicar (Olmesartan) Products Liability Litigation*
  United States District Court, District of New Jersey (Camden)

- Member: Plaintiffs Executive Committee, MDL No. 1845
  *In Re: ConAgra Peanut Butter Products Liability Litigation*

- Discovery Committee: MDL No. 1431
  *In Re: Baycol Products Liability Litigation*

- Discovery Committee: MDL No. 1355
  *In re: Propulcid Products Liability Litigation*

- Member: Plaintiff's Management Committee & Liaison Counsel
  *In Re: Chemtura Corporation (Bio-Lab), et. al.*
  United States Bankruptcy Court, Southern District of New York
  Civil Action File No. 09-11233 (REG)

- Lead Counsel: *Ealy v. Indspec Chemical Corporation et.al.*
  Court of Common Pleas of Butler County, Pennsylvania
  Civil Action File No. 11-11207

- Member: Plaintiffs Management Committee
  *Beulieu v. EQ Industrial Services, et. al.*
  United States District Court, Eastern District of North Carolina
  Civil Action File No. 5:06-CV-00400-BR

- Lead Counsel: *Smart v. Brenntag Mid-South, Inc., et. al.*
  Superior Court of Fulton County, Georgia
  Civil Action File No. 2006-CV-126859



The Orlando Firm presently has also served in leadership positions in the following additional MDLs:

- Member: Plaintiffs Steering Committee, MDL No. 2419
  *In re: New England Compounding Pharmacy, Inc. Products Liability Litigation*
  United States District Court, District of Massachusetts

- Plaintiffs Executive Committee, MDL No. 2492
  *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*
  United States District Court, Northern District of Illinois

3

# Exhibit B-10

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



Based in New York City, Weitz & Luxenberg ("W&L") is one of the nation's leading plaintiffs' law firms specializing in complex litigation, mass torts, and consumer class actions. For nearly 40 years, W&L has continually built upon its early success, which began when founding partners Perry Weitz and Arthur Luxenberg teamed up to fight at the forefront of asbestos litigation in the late 1980s.

Besides its New York City headquarters, W&L has offices in Cherry Hill, New Jersey; Detroit, Michigan; and Los Angeles, California, with close to 100 attorneys and over 300 dedicated support staff.

W&L has played leading roles in national and local litigations representing individuals and municipalities involving asbestos, toxic pesticides, exposure to heavy metals and solvents, improperly marketed opioids and electronic cigarettes, defective pharmaceutical medication and medical devices, and environmental disasters.

As leaders in the fight against environmental polluters, W&L was appointed to a leading role representing businesses, municipalities, and fishing communities harmed by the BP oil spill. W&L's Robin Greenwald pioneered litigation against Monsanto alleging that exposure to its flagship Roundup herbicide caused tens of thousands of individuals to develop non-Hodgkins lymphoma. And W&L is now co-lead counsel representing military service members who ingested contaminated drinking water while stationed at Camp Lejeune in North Carolina.

In the process of litigating against negligent and sometimes reckless corporations and other entities, W&L's attorneys have helped secure tens of billions in verdicts and settlements for hundreds of thousands of clients across the United States. In 2017, W&L was designated as the National Law Firm of the Year by U.S. News & World Report, and in 2022, Law 360 awarded the firm Environmental Practice Group of the Year in recognition of significant victories against entities responsible for the Flint, Michigan lead contamination; widespread PFAS contamination in upstate New York; and for leading a settlement worth over $1 billion against the utility responsible for the Aliso Canyon methane gas explosion, the largest in United States history. Many of the firm's leading attorneys have earned individual accolades recognizing their trailblazing work.

W&L attorneys have been at the forefront and leading some of the country's largest and most complex litigation in recent history, including:

- *In re Roundup Products Liability Litigation*, MDL 2741 (N.D. Cal.) (co-lead counsel; hundreds of millions in verdicts and over $12 billion in settlements; in progress);
- *In re National Prescription Opiate Litigation*, MDL 2804 (N.D. Ohio) (plaintiffs' executive committee; tens of billions in verdicts and settlements; in progress);

- Camp Lejeune Justice Act claims (E.D.N.C.) (co-lead counsel; nearly 400,000 claims filed by military service members and their families; in progress);
- *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873 (D.S.C.) (plaintiffs' executive committee; over $13 billion in class settlements; in progress);
- *In re East Palestine Train Derailment*, No. 4:23CV0242 (N.D. Ohio) (plaintiffs' executive committee; $600 million class settlement);
- *In re JUUL Labs, Inc., Marketing, Sales Practices & Products Liability Litigation*, No. 19-md-02913-WHO (N.D. Cal.) (co-lead counsel; $300 million class settlement);
- *Southern California Gas Leak Cases*, JCCP No. 4861 (Cal. Superior Ct.) (co-lead counsel; settlement valued at over $1 billion);
- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.) (plaintiffs' steering committee; trial counsel; over $20 billion in settlements with private plaintiffs);
- Flint Water class action litigation (plaintiffs' executive committee; $600+ million in class action settlements with various defendants);
- *In re Actos (Pioglitazone) Products Liability Litigation*, MDL 2299 (W.D. La.) (co-lead counsel; $2.4 billion global settlement for injured victims);
- *In re Stryker Rejuvenate Hip Stem and ABG II Modular Hip Stem Litigation*, MDL 2441 (D. Minn.) (plaintiff liaison counsel and lead counsel for New Jersey Multi-County Litigation; $1.5 billion global settlement);
- *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, MDL 1358 (S.D.N.Y.) (lead counsel; over $500 million in settlements with dozens of oil company entities).

## ENVIRONMENTAL LITIGATION

W&L's Environmental and Toxic Tort litigation unit, co-chaired by Robin Greenwald and James Bilsborrow, is nationally recognized for its experience and skill in representing individuals, communities, and businesses impacted by environmental contamination and toxic exposure.

Ms. Greenwald spent close to twenty years prosecuting environmental crimes with the Department of Justice before assuming the helm of the environmental department at W&L. Ms. Greenwald has significant experience leading some of the country's most complex environmental litigations. She is co-lead counsel in the litigation against Monsanto alleging its Roundup weedkiller causes cancer in tens of thousands of individuals. To date, the Roundup litigation has resulted in one petition to the US Supreme Court, precedential decisions from three different US courts of appeal, and over $12 billion in verdicts and settlements. Ms. Greenwald is also co-lead counsel representing hundreds of thousands of service members pursuing claims under the Camp Lejeune Justice Act in the Eastern District of North Carolina.

Mr. Bilsborrow has nearly fifteen years of experience litigating environmental and toxic tort actions, both in a leading and supporting role. He was appointed lead class counsel representing two communities in upstate New York whose drinking water was contaminated by perfluorooctanoic acid (PFOA), spearheading settlements totaling nearly $100 million thus far. Mr. Bilsborrow was also appointed to represent thousands of farmers whose crops were damaged

by application of defective dicamba herbicides, obtaining a $400 million settlement. In addition, Mr. Bilsborrow has served as counsel in many of the firm's Roundup trials, which are ongoing.

W&L's notable environmental and toxic tort litigations include:

- *In re Roundup Products Liability Litigation*, MDL 2741 (N.D. Cal.): Mr. Greenwald is co-lead counsel and W&L developed every aspect of the case, including guiding plaintiffs' experts through a week-long *Daubert* hearing. Monsanto has paid over $12 billion in settlements and trial verdicts to date.

- *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873 (D.S.C.): W&L's Nancy Christensen was appointed to serve on the Plaintiffs' Executive Committee. In addition, W&L represented the City of Stuart, Florida, the first bellwether plaintiff selected for trial. The case settled for a confidential sum on the eve of trial. Defendants shortly thereafter agreed to settlements with municipalities and water authorities of over $13 billion.

- *In re East Palestine Train Derailment*, No. 4:23CV0242 (N.D. Ohio): Mr. Bilsborrow was appointed to the Plaintiffs' Executive Committee, where he worked with the experts committee. In September 2024, the court approved a $600 million settlement.

- *In re Flint Water Cases*, No. 5:16-cv-10444-JEL-MKM (E.D. Mich.): W&L's Paul Novak was appointed to the plaintiffs' executive committee, which ultimately negotiated a $626 million classwide settlement for the benefit of approximately 90,000 Flint residents.

- *Southern California Gas Leak Cases*, JCCP No. 4861 (Cal. Superior Ct.): Ms. Greenwald was co-lead counsel for the personal injury plaintiffs in this action, which involved the largest methane gas explosion in US history. Thousands of California residents were displaced from their homes while the leak continued for weeks. In 2022, the litigation resolved for over $1 billion.

- *In re Dicamba Herbicides Litigation*, MDL 2820 (E.D. Mo.): Mr. Bilsborrow was appointed to the plaintiffs' executive committee in this multidistrict litigation alleging that dicamba-based herbicides were responsible for causing hundreds of thousands of acres of crop damage across the United States. In 2020, plaintiffs resolved their claims for $400 million.

- *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.): Ms. Greenwald was appointed to the plaintiffs' steering committee, where she was lead negotiator of the medical benefits class action settlement and one of the lead trial counsel in the Phase Two trial concerning BP's inability to stop the oil spill for months. The action ultimately resolved for over $20 billion with private plaintiffs and, at the time, was one of the largest environmental settlements in US history.

## <u>DEFECTIVE DRUGS AND MEDICAL DEVICE LITIGATION</u>

W&L's Drug and Medical Device Litigation unit is nationally recognized for its experience and knowledge in handling large, complex litigation involving multiple defendants and thousands of parties injured by the same drug or device.

Over the years, this litigation unit has won billions of dollars on behalf of our clients. Much of the success can be credited to practice group chair Ellen Relkin, who has served on numerous plaintiffs' steering committees and in other court-appointed leadership roles. Ms. Relkin is certified by the New Jersey Supreme Court as a Certified Civil Trial Attorney. She has been elected as a "Super Lawyer" in New Jersey and New York, and one of the Top 50 Women Lawyers in New York City. She is AV-rated by Martindale-Hubbell.

Ms. Relkin served as co-lead counsel in *In re Juul* MDL and also sits on the Executive Committee of the national opioids MDL. She also served as co-lead counsel in the DePuy ASR MDL litigation. In that capacity, Ms. Relkin played a key role in negotiating the $2.5 billion settlement for 8,000 victims of the failed hip implant. In addition, as Chair of the Plaintiffs' Steering Committee and Liaison Counsel in the New Jersey Multi-County *Stryker Rejuvenate/ABG II Hip Implant Litigation*, she helped negotiate a $1.5 billion settlement that was later expanded by an additional several hundred million to compensate more recently injured victims.

## ASBESTOS LITIGATION

W&L has long been at the vanguard of asbestos litigation. This success began with a $75 million landmark 1991 verdict on behalf of individuals exposed to asbestos in the Brooklyn Navy Yard. Since then, and throughout the more than 33,000 asbestos cases W&L has litigated, attorneys at W&L have achieved a formidable track record. W&L tries more asbestos cases per year than any other firm in New York State.

Some of the firm's notable wins include the following:

- **$190 million verdict**: At the time of the trial in 2013, this was the largest verdict in New York in a consolidated asbestos case. W&L represented five former boiler company workers who later developed mesothelioma. The trial lasted 11 weeks.

- **$91 million verdict**: In this consolidated asbestos case, W&L represented 28 of 45 former powerhouse workers.

- **$75 million verdict**: In 2017, a jury awarded $75 million to a husband and wife represented by W&L. The husband was exposed to asbestos for roughly 20 years while on the job as a mechanic. His wife assisted him at home, not knowing she was being exposed to potentially deadly asbestos dust. Ultimately, she developed malignant peritoneal mesothelioma, a cancer of the abdominal lining.

- **$53 million verdict**: In one of the largest compensatory verdicts for a single plaintiff, a jury awarded a mesothelioma victim and his family $53 million. The plaintiff was a brake mechanic at a gas station who successfully sued 36 companies for his exposure.

# James J. Bilsborrow
700 Broadway • New York, NY 10003
(212) 558-5856 • jbilsborrow@weitzlux.com

## EXPERIENCE

***Weitz & Luxenberg, P.C.***, New York, NY
<u>Partner, Co-Chair</u>, Environmental, Toxic Tort, Consumer Protection Unit (2021-Present);
<u>Associate</u> (2011-2020)

**Representative Cases**:

- *Baker v. Saint-Gobain Performance Plastics Corp.*, No. 1:16-cv-917 (N.D.N.Y.): In case involving community-wide contamination with toxic chemical PFOA, appointed co-lead class counsel for certified medical monitoring and property damage litigation classes against E.I. DuPont de Nemours and Company. *Baker v. Saint-Gobain Performance Plastics Corp.*, 632 F. Supp. 3d 19 (N.D.N.Y. 2022); appointed co-lead class settlement counsel for $65.25 million partial settlement class obtaining diminution in property value, nuisance, and medical monitoring following toxic exposure. *Baker v. Saint-Gobain Performance Plastics Corp.*, No. 1:16-CV-00917-LEK-DJS, 2022 WL 1025185 (N.D.N.Y. Feb. 4, 2022).

- *Burdick v. Tonoga, Inc. (d/b/a Taconic)*, No. 00253835 (N.Y. Rensselaer County): In case involving community-wide contamination with toxic PFAS compound, appointed co-lead class counsel for certified medical monitoring, property damage, and nuisance class against defendant; successfully defended class certification decision on appeal, *see Burdick v. Tonoga, Inc.*, 179 A.D.3d 53 (N.Y. App. Div. 2019); trial court approved class settlement for $23.5 million in March 2022.

- *In re Dicamba Herbicides Litigation*, No. 1:18-md-02820-SNLJ, MDL No. 2820 (E.D. Mo.): In case involving widespread herbicide damage to crops across the Midwest, appointed to Plaintiffs' Executive Committee; global settlement reached in June 2020 for $400 million.

- *In re East Palestine Train Derailment*, No. 4:23CV0242 (N.D. Ohio): In case involving catastrophic derailment and combustion of Norfolk Southern Train 32N, appointed to Plaintiffs' Executive Committee and served as member of expert committee. In 2024, court approved $600 million classwide settlement for loss of property value, nuisance, business economic loss, and personal injuries caused by chemical exposure. *In re East Palestine Train Derailment*, 2024 WL 4367524 (N.D. Ohio Sept. 27, 2024).

- *Franco v. Coronet Industries, Inc.*, No. 04-CA-002576 (Fla. Cir. Ct.): In case involving toxic airborne emissions from animal feed facility, served as lead counsel for 500 plaintiffs in surrounding community alleging personal injury, property

damage, nuisance, and seeking medical monitoring; case successfully resolved after eight years of litigation for confidential sum.

- *In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal.) and related state cases: In toxic tort alleging that exposure to Monsanto's Roundup herbicide caused cancer, served as trial counsel in multiple related cases pending in state and federal court.

**Other Leadership Appointment Positions**:

- *In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL No. 3047, No. 4:22-md-03047-YGR (N.D. Cal.): Appointed to Plaintiffs' Steering Committee in multidistrict litigation involving claims of personal injury and mental health harms caused by social media platforms.

- *Fero v. Excellus Health Plan, Inc.*, No. 6:15-cv-06569 EAW (W.D.N.Y.): Appointed co-lead class counsel in Rule 23(b)(2) health care provider data breach class; class settlement approved in April 2022 for injunctive relief plus $4.35 million in fees and expenses. *Fero v. Excellus Health Plan, Inc.*, No. 6:15-cv-06569 EAW, 2022 WL 1292133 (W.D.N.Y. Apr. 29, 2022).

*Seeger Weiss, LLP*, Ridgefield Park, NJ
<u>Partner</u>, Litigation (April 2021 – December 2021)

*D. Brooks Smith, U.S. Court of Appeals for the Third Circuit*, Duncansville, PA
<u>Law Clerk</u> (2010-2011)

*Christopher C. Conner, U.S. District Court for the Middle District of Pennsylvania*, Harrisburg, PA
<u>Law Clerk</u> (2008-2010)

## EDUCATION

*William & Mary School of Law*, Williamsburg, Virginia; Juris Doctor, May 2008

*University of Chicago*, Chicago, Illinois
Bachelor of Arts *with Honors* in Political Science; Bachelor of Arts in Philosophy, June 2003

## COURT & BAR ADMISSIONS

**New York**, 2009
**New Jersey**, 2021
**United States Court of Appeals for the Third Circuit**, 2011; **Fifth Circuit**, 2012; **Second Circuit**, 2016
**United States District Court, Southern and Eastern District of New York**, 2014
**United States District Court, Western District of New York**, 2015
**United States District Court, Northern District of New York**, 2016

## LEGAL COMMUNITY

***Complex Litigation E-Discovery Forum (CLEF)***, Minneapolis, Minnesota
Board Member (2020 - present)

***New York City Bar Association***, New York, New York
Professional Responsibility Committee (2020 – present)

## ELECTED OFFICE

***Kings County Committee***, Brooklyn, New York (2016 – present)
***Kings County Democratic Party Judicial Delegate*** (2022 – present) (votes on judges to appear on ballot for county party; elected every two years)

# Exhibit B-11

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



# STRANCH, JENNINGS & GARVEY
### PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G), have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

SJ&G's roots go back to 1952, when Cecil Branstetter founded his own Nashville firm after earning his law degree from Vanderbilt Law School in 1949. The firm grew and became known as Branstetter, Stranch & Jennings, PLLC (BS&J).

## PRACTICE AREAS

- Bank Fees
- Car Crashes
- Class Action
- Data Breaches
- ERISA Trust Funds
- Labor Unions
- Mass Tort
- Product Liability
- Personal Injury
- Trucking Wrecks
- Wage and Hour Disputes
- Worker Adjustment and Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In re: Dahl v Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790

million settlement for the plaintiffs;

- lead plaintiff in Sherwood v. Microsoft, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;

- litigated Qwest Savings and Investment Plan ERISA litigation, resulting in a $57.5 million total payout to class members;

- plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline;

- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.); and

- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

| Nashville | St. Louis | Las Vegas |
|---|---|---|
| The Freedom Center | Peabody Plaza | 3100 W. Charleston Boulevard |
| 223 Rosa L. Parks Avenue, Suite 200 | 701 Market Street, Suite 1510 | Suite 208 |
| Nashville, TN 37203 | St. Louis, MO 63101 | Las Vegas, NV 89102 |
| Phone: 615.254.8801 | Phone: 314.390.6750 | Phone: 725.235.9750 |

stranchlaw.com



# J. Gerard Stranch IV

FOUNDING AND MANAGING MEMBER

**Gerard Stranch is the managing member at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, data breaches, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking wrecks.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In re: Dahl v Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and

- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

**PHONE**
615.254.8801

**EMAIL**
gstranch@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Mass Tort
- Bank Fees
- Data Breaches
- Wage and Hour Disputes
- Worker Adjustment and Retraining Notification
- Personal Injury
- Trucking Wrecks

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. District Court District of Colorado

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Super Lawyers Mid-South Rising Star
- Tennessee Trial Lawyer of the Year
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*
- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Board of Governors, Tennessee Trial Lawyers Association

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.

- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German



STRANCH,
JENNINGS
& GARVEY
PLLC



# James G. Stranch III

FOUNDING MEMBER

**Jim Stranch is the senior member in the complex litigation group, which he helped start on behalf of the firm. He has served as lead counsel in virtually every large complex and other class action in which the firm has served as lead plaintiff.**

Mr. Stranch and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA litigation and jointly litigated numerous groundbreaking cases.

One of Mr. Stranch's first hard-earned victories came in 1979 when, along with firm founder Cecil Branstetter, he won a jury verdict in a case against Frosty Morn Meats in Montgomery County. The bankrupt company was found by a jury to have been grossly negligent in its mishandling of more than 500 employees' Christmas monies. The jury returned a nearly $473,000 judgment against the company's board of directors, and the case helped solidify the firm's reputation in Tennessee as one that fights for workers' interests.

In addition to having founded the firm's class action practice, Mr. Stranch also focuses on Labor and Employment Law, and brings more than four decades of experience in representing labor organizations and individual workers throughout Tennessee and the South. Mr. Stranch also has extensive expertise in matters arising under the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA.

Mr. Stranch has spent his career contributing to its legacy of supporting labor unions, shareholders, small businesses and others. Mentored by the late Cecil Branstetter, Mr. Stranch also strives to mentor the firm's younger attorneys.

## PHONE
615.254.8801

## EMAIL
jstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action and Complex Litigation
- Labor and Employment Law
- Personal Injury
- Consumer Protection
- ERISA Trust Funds

## EDUCATION

- University of Tennessee College of Law (J.D., 1973)
- University of Tennessee (B.S., 1969)

## EXPERIENCE

- Tennessee consumer protection and antitrust action against Microsoft, which led to a $64 million recovery to the consumer class, including a $30 million cy pres to Tennessee schools.
- Qwest Savings and Investment Plan ERISA litigation, which resulted in a $57.5 million total payout to class members.
- Nortel Networks Corp. ERISA litigation, which was resolved with a $21.5 million settlement
- Securities litigation on behalf of the State of Tennessee Consolidated Retirement System against Worldcom, which led to a $7 million recovery.
- Shareholder derivative action involving Dollar General Corporation, which resulted in a $31.5 million recovery.
- ERISA/401(k) litigations on behalf of employees and pensioners of Qwest Communications, Inc. ($57.5 million total value recovery), Xcel Energy Inc. ($8.6 million recovery), Providian Financial, Inc. ($8.6 million) and Nortel, Inc. ($21.5 million recovery).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court, Colorado
- U.S. Tax Court
- U.S. Supreme Court
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV-Rated by Martindale Hubbell
- Best Lawyers in America – Labor and Employment Law
- Mid-South Super Lawyers Edition (2014)
- Super Lawyers (2007 – 2020)

*Memberships*

- Tennessee State Ethics Commission, Member and Former Chairman
- Tennessee Appellate Court Nominating Committee (Secretary, 1985 – 1991)
- AFL-CIO Lawyer's Coordinating Advisory Committee (1980 – present)
- Nashville Bar Association (1973 – present)
- Tennessee Bar Association (Chairman, Labor Law Section, 1991 – 1992; Member, 1973 – present)

- American Bar Association (1973 – present)
- American Association for Justice (1974 – present)
- Tennessee Association for Justice (1974 – present)
- Phi Delta Phi

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee Bureau of Ethics
- Fellow, Nashville Bar Foundation
- Former Secretary, Tennessee Appellate Court Nominating Committee
- Former Member, AFL-CIO Lawyers Coordinating Advisory Committee
- Former Chairman, Tennessee Bar Association's Labor Law Section



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# R. Jan Jennings

FOUNDING MEMBER

**In the initial years of his career, Jan Jennings represented labor organizations devoted to protecting the rights of employees. During the past 20 years, he has concentrated on providing services to health and pension funds that provide benefits to construction workers. He has also provided personal representation to political and labor leaders throughout the South.**

After obtaining an M.B.A. degree, Mr. Jennings worked in a series of managerial positions at General Electric Company, where he was responsible for union and employee relations. Upon graduation from law school, he practiced in Atlanta, Georgia, for a number of years before relocating his practice to Nashville. He joined the firm in 1977.

A native of Johnson City, Tennessee, Mr. Jennings earned his J.D. from the University of Tennessee College of Law, where he served as editor of the Tennessee Law Review. He received his B.S. and M.B.A. degrees from East Tennessee State University.

**PHONE**
615.254.8801

**EMAIL**
jjennings@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- ERISA Trust Funds
- Labor Unions

## EDUCATION

- University of Tennessee College of Law (J.D., 1974)
  - Editor, *Tennessee Law Review*
- East Tennessee State University, (M.B.A., 1966)
- East Tennessee State University (B.S., 1964)

## EXPERIENCE

Mr. Jennings provides ongoing representation to health and pension funds in connection with litigation concerning:

- Collection of employer delinquencies
- Denial of benefits
- Claims for subrogation/reimbursement to health funds from participants
- Breach of fiduciary duty claims
- Claims against service providers due to errors or omissions, prohibited transactions and breach of fiduciary liability
- Claims against hospitals, drug companies and other providers for excessive claims or costs
- Withdrawal liability
- Federal and state securities violations
- Consumer fraud

This representation of multiemployer funds involves the wide range of subjects encompassed by ERISA, Taft-Hartley, the IRC, HIPAA and PPACA.

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Eastern District of Tennessee
- Georgia
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 11th Circuit Court of Appeals
- U.S. Court of Appeals Federal Circuit
- U.S. Supreme Court
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- Best Lawyers in America – Labor and Employment Law (2004 – present)
- AV-Rated by Martindale Hubbell (1975 – present)

*Memberships*

- Tennessee Bar Association
- State Bar of Georgia

## COMMUNITY INVOLVEMENT

- Cecil D. Branstetter Scholarship Fund
- Laborers' Care Foundation



SJG

STRANCH, JENNINGS & GARVEY PLLC



# Hon. John (Jack) Garvey

FOUNDING MEMBER

**Judge (ret.) Garvey has been practicing law for 35 years in St. Louis. He began his career in private practice, then moved to the city's prosecuting attorney office, where he tried 23 cases to verdict. He was then elected to the St. Louis Board of Aldermen, where he served for four years while also practicing as a trial attorney before joining a trial law firm. While in private practice, he tried 50 cases to verdict.**

In 1998, Judge Garvey was appointed to the associate circuit court bench, where he served five years until he was elevated to a circuit court position and served for an additional 13 years. During his time on the bench, he presided over 200 jury trials, and served as the chief criminal judge, presiding juvenile court judge and assistant presiding judge, as well as the chief judge of the 22nd Judicial Circuit mass tort docket.

Following his return to private practice in 2015, Judge Garvey has been involved as plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline, St. Louis City Circuit #1322-CC00079; co-lead counsel in the opioids litigation of Jefferson County v. Williams, #20JE-CC00029; and local counsel in Roundup cases.

In addition to his litigation work, he has been appointed several times as a special master on discovery matters by St. Louis city and county courts. In addition, Judge Garvey was appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs in 2022.

Judge Garvey obtained his B.A. in urban affairs in 1983 from St. Louis University, and earned his J.D. in 1986 from Rutgers University School of Law. He is an adjunct professor of law at Washington University School of Law and St. Louis University School of Law.

Judge Garvey resides in South St. Louis with his wife, Kathy, a retired registered nurse. They have four children who also live in St. Louis. He enjoys running, reading and grilling.

## PHONE
314.374.6306

## EMAIL
jgarvey@stranchlaw.com

## LOCATION
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS
- Class Action
- Mass Tort
- Personal Injury
- Product Liability

## EDUCATION
- Rutgers University School of Law (J.D., 1986)
- St. Louis University (B.A., 1983)
  – Captain of the School's Rugby Team (1980-1983)

## BAR ADMISSIONS
- Missouri
- U.S. District Court Eastern District of Missouri
- U.S. District Court Western District of Missouri
- U.S. District Court Southern District of Illinois

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Adjunct Faculty Member of the Year, St. Louis University Law School (2006)
- Person of the Year, Missouri Coalition Against Domestic Violence (2000)
- Pro Bono Legal Professional of the Year, St. Louis University Civil Justice Clinic (2007)
- Honored at the 2023 Missouri Lawyers Association for his role In re: National Prescription Opiate Litigation settlement, which won first place in the Top Settlements category

*Memberships*
- Bar Association of Metropolitan St. Louis

## COMMUNITY INVOLVEMENT
- Adjunct Professor of Law, Washington University Law School – Evidence and Trial Advocacy (2001 – 2015)
- Adjunct Professor of Law, St. Louis University – Trial Advocacy (2005 – 2015)
- President of the board of directors, St. Louis Public Library (2004 – 2008)
- Alderman, 14th Ward of the City of St. Louis (1991 – 1995)

## PRESENTATIONS
- "Evidence and Managing Trials," Judicial College of Missouri, August and October 2023
- "Trends in Mass Torts," HarrisMartin MDL Conference: The Current Mass Tort Landscape (March 2022)
- "Opioid Case Against the Pharmacies," HarrisMartin MDL Conference: Critical Developments in Mass Torts, MDLs, and Game-Changing Jurisprudence (May 2019)





# Michael G. Stewart

FOUNDING MEMBER

**Mike Stewart is a member of the firm's complex litigation practice, representing citizens who have suffered injuries or lost money because of the actions of powerful interests. He has litigated cases that have recovered millions of dollars for defrauded investors, persons injured by defective products and consumers cheated by improper sales practices. He writes and speaks on a variety of legal and public interest topics.**

A former member of the Tennessee General Assembly, Mr. Stewart aggressively fought for citizens, at one point calling to attention the state's inadequate gun background check laws by offering an assault rifle for sale at a sidewalk lemonade stand.

Mr. Stewart was elected unanimously by his fellow Democratic members to serve as their Caucus Chairman during the 109th, 110th and 111th General Assemblies. During his tenure, Democrats regained seats held by Republicans in all three of Tennessee's Grand Divisions – West, Middle and East Tennessee.

Before attending law school, Mr. Stewart served as an officer in the United States Army, with service in the Korean Demilitarized Zone and in Operation Desert Storm.

Mr. Stewart and his wife, Ruth, have three children, Will, Joseph and Eve. Ruth is a physician and an Associate Dean at Meharry Medical College. They live in East Nashville.

**PHONE**
615.254.8801

**EMAIL**
mstewart@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Actions and Complex Litigation
- Civil Litigation

## EDUCATION

- University of Tennessee College of Law (J.D., *cum laude*, 1994)
  - Student Materials Editor, *Tennessee Law Review*
  - National Moot Court Team
  - Vinson & Elkins Award for Excellence in Moot Court Brief Writing
- University of Pennsylvania (B.A., 1987)

## EXPERIENCE

- Represented a class of shareholders in antitrust litigation against many of the nation's largest private equity firms in a suit alleging collusion on large buyout deals. Total settlements exceeded half-a-billion dollars. Dahl v. Bain Capital Partners (D. Mass).

- Represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.).

- Represented a consumer seriously injured by emissions from a residential air cleaner, resulting in a significant settlement. Bearden v. Honeywell International, Inc. (M.D. Tenn.).

- Represented a class of shareholders alleging damages from inaccurate financial statements issued by a manufacturer of cellular phone cameras, resulting in a multi-million-dollar settlement. Omnivision Technologies, Inc. Litigation (N.D. Cal.).

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Best Lawyers in America (2008)
- National Trial Lawyers, Top 100 (2019)
- U.S. Eighth Army Distinguished Leader Award

*Memberships*
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS & PUBLISHED WORKS

- Tennessee Bar Association Litigation Forum CLE – "Legislative Update"

- Nashville Bar Association CLE, "Deposition Ethics: Strategies for Taking and Defending Depositions Without Running Afoul of the Model Rules of Professional Conduct"

- "Paul Krugman Unwittingly Fulfills Fiscal Fantasies for Republicans," The Hill (Nov. 18, 2017)

- "Memo to Democratic Donors: the Path to Power Passes Through the States," The Hill (Dec. 22, 2016)

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee House Democratic Caucus
- Campaign Treasurer, Mayor Bill Purcell
- Past Member, Metro Nashville Emergency Communications Board
- Past President, Lockeland Springs Neighborhood Association
- Member, East End United Methodist Church





# Karla M. Campbell

OF COUNSEL

**Karla Campbell is a dedicated advocate of employee rights, with a wide range of experience in civil litigation, appellate practice, labor, employment and ERISA. A fluent Spanish-speaker, she has helped the firm expand its range of services to clients experiencing employment issues, such as improper pay, harassment and discrimination, and wrongful termination. In addition to her general civil and appellate practice, Ms. Campbell is also active in providing labor and ERISA services to union-side and individual clients.**

Prior to joining the firm, Ms. Campbell was a litigation attorney in Washington, D.C. She was the first law clerk selected to serve with the Hon. Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals. In addition, she holds a certificate in Refugee and Humanitarian Emergencies, and proudly served as a Peace Corps Volunteer in Ecuador for three years.

Ms. Campbell is a 2002 graduate of the University of Virginia. She earned her J.D. degree in 2008 from Georgetown University Law Center, where she served as the article selection editor of the Georgetown Immigration Law Journal. She is a member of the American, Tennessee and Nashville Bar Associations; the board of directors of the AFL-CIO Lawyers Coordinating Committee; the American Constitution Society, Nashville Lawyers Chapter; and the Lawyers Association for Women, Marion Griffin Chapter.

## PHONE
615.254.8801

## EMAIL
kcampbell@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Appellate Practice
- Civil Litigation
- Employment Law
- ERISA Trust Funds
- Labor Law

## EDUCATION
- Georgetown University Law Center (J.D., 2008)
  - Article Selection Editor, *Georgetown Immigration Law Journal*
- University of Virginia (B.A., *highest distinction*, 2002)

## CLERKSHIP
- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

## BAR ADMISSIONS
- Tennessee
- Ohio

## EXPERIENCE
Representative Cases:
- Successfully argued for claimants' direct access to the courts in certain ERISA cases, an issue of first impression in the U.S. 6th Circuit Court of Appeals, in Hitchcock v. Cumberland University.
- Negotiated the first community benefits agreement in Tennessee around the Nashville Major League Soccer stadium on behalf of community groups (2018).
- Successfully argued that Google and Cognizant Technology Solutions U.S. Corp. jointly employ YouTube Music content operations workers. The NLRB Region 16 director ruled in March 2023 that Google LLC, whose parent company is Alphabet, has control over benefits, employee hours, supervision and direction of work. The Alphabet Workers Union filed a petition for a representation election in October 2022.

## PROFESSIONAL HONORS & ACTIVITIES
Memberships
- American Bar Association
- Nashville Bar Association
- Tennessee Bar Association
- Former board member, AFL-CIO Lawyers Coordinating Committee
- Former board member, American Constitution Society, Nashville Lawyers Chapter
- Former board member, Lawyers Association for Women, Marion Griffin Chapter

## PUBLISHED WORKS
- The Convergence of U.S. Immigration Policies: A Two-Factor Economic Model, 21 Geo. Immigr. L.J. 663, 2007

## LANGUAGES
- English
- Spanish



STRANCH,
JENNINGS
& GARVEY PLLC



# R. Christopher Gilreath

MEMBER

Christopher Gilreath co-leads the personal injury practice group at Stranch, Jennings & Garvey. He handles catastrophic injury and death cases, including trucking wrecks, medical malpractice, defective products and other serious injury situations. He has also represented individuals in select multi-jurisdiction cases.

**PHONE**
615.254.8801

**EMAIL**
cgilreath@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Mr. Gilreath has served as lead or co-counsel in numerous cases, including:

- *Knowles et al v. State of Tennessee.* Represented the family of John Snapp, killed during a collision with a tractor operated by the State of Tennessee, achieving a maximum verdict despite his advanced age;

- *Jordan Long v. Shelby Co.* Healthcare Corp. Served as co-counsel in a birth trauma medical malpractice case for a child suffering cerebral palsy during delivery, securing a verdict of $33.5 million;

- *Christopher Myles v. Franklin Limestone.* Represented an employee with catastrophic injuries, including paraplegia, after a mine cave-in, securing maximum compensation that included home conversion, vehicle alteration and lifetime medical care;

- *FedEx Ground Package System.* Represented employee delivery drivers across Tennessee misclassified as independent contractors, securing state-wide reclassification and compensation;

- *Jeannie Townsend et al v. Flowmaster et al.* Represented multiple families in catastrophic injury and death cases against event organizers when a drag race car sped into a crowd during an outdoor festival, forcing changes to how events are held;

- *Pantuso v. Wright Medical Technology.* Served as co-counsel for a victim of a defective hip implant from Utah in a lead case that established the law in Tennessee for choice of venue for Wright Medical titanium hip implant failures nationwide, leading to multi-state coordinated litigation that secured compensation for hundreds of injured victims;

- *Sarah Espinoza v. Lyft, Inc.* Served as co-counsel in a catastrophic injury case involving a young flight attendant injured during a Lyft ride, which included enhanced damages for increased risk of miscarriage during anticipated future pregnancies.

A 1994 graduate of Rhodes College, Mr. Gilreath worked on the U.S. Senate Budget Committee in Washington, D.C., before receiving his J.D. in 1997 from Cumberland School of Law, with an emphasis on jury litigation and multi-jurisdictional procedure. While at Rhodes, he earned the 1994 Algernon Sydney-Sullivan Award for outstanding contribution to the college. At Cumberland Law School, he earned the American Jurisprudence Award for Complex Litigation and served on the Cumberland Honor Court.

A second-generation trial lawyer, Mr. Gilreath grew up watching his father, Sidney Gilreath, represent injured victims in serious cases. In 2005, Mr. Gilreath was named managing attorney of the Memphis office of Gilreath & Associates, representing clients state-wide. He joined Stranch, Jennings & Garvey in early 2024.

In addition to his legal career, Mr. Gilreath is a longtime supporter of Tennessee's civil justice system. After serving as a Knox County Election Commissioner and helping oversee impartial voting systems, he has litigated numerous election dispute cases and regularly serves as counsel in election protection efforts in battleground states during presidential election cycles. He was elected Chair of the American Association for Justice New Lawyers' Division, served on the association's Board of Governors and Executive Committee, and continues to mentor young lawyers.

Mr. Gilreath lives in Memphis and enjoys live music, being active, cooking and traveling. He continues to help his two sons with school, career and sports activities and decisions, and mentors adults facing difficult life circumstances.

## PRACTICE AREAS
- Personal Injury
  - Car Crashes
  - Catastrophic Injury
  - Defective Medical Products
  - Trucking Wrecks

## EDUCATION
- Cumberland School of Law, Samford University (J.D., 1997)
- Rhodes College (B.A., 1994)

## BAR ADMISSIONS
- Tennessee
- District of Columbia
- Arkansas
- U.S. District Court for the Eastern District of Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. District Court for the Western District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. Supreme Court

## PROFESSIONAL HONORS & ACTIVITIES
Awards
- AV Preeminent Rating and Ethical and Judicial Recognition by Martindale Hubbell
- Soaring Eagle Award, New Lawyers Division of the American Association of JusticeMemberships

Memberships
- Memphis Bar Association
- Tennessee Trial Lawyers Association, Board of Governors
- Southern Trial Lawyers Association
- American Association for Justice
  - Served as Chair of the New Lawyers Division (2005-2006)
  - Served as Chair of the Compliance Committee for the Board of Governors (2009-2011)
  - Served on the Executive, Public Education, Election and Budget Committees

## PRESENTATIONS AND PUBLISHED WORKS
- Southern Trial Lawyers Association, "Strategic Use of Collaborative Partnerships" (Feb. 10, 2015)
- Southern Trial Lawyers Association, "Party Crasher – Applying One State's Law in Another Venue" (February 2017)
- Tennessee Trial Lawyers Association, "Medical Device Cases – Screen Them Differently" (2019 Winter Magazine)
- Southern Trial Lawyers Association, "Handling Medical Device Cases" (October 2021)

## SJG
STRANCH, JENNINGS & GARVEY
PLLC



# Isaac Kimes

MEMBER

**Isaac Kimes is a trial lawyer who has devoted his career to representing individuals harmed by other parties, including corporations and government entities. Mr. Kimes co-leads the personal injury practice group at Stranch, Jennings & Garvey.**

**Before joining Stranch, Jennings & Garvey (previously Branstetter, Stranch & Jennings) in 2022, Mr. Kimes was an attorney with a regional personal injury firm, where he tried cases to jury verdict in state and federal court. Mr. Kimes has also served as an advisor in the Tennessee Senate. Prior to law school, he was an organizer with a non-profit organization focused on reforming criminal justice policy.**

Mr. Kimes obtained his B.S. in Justice Studies from Arizona State University in 2007. In 2008, he was honored as an outstanding alumnus for his work on criminal justice policy. A 2012 graduate of The University of Memphis Law School, Mr. Kimes served on The University of Memphis Law Review as Symposium Editor.

Mr. Kimes resides in the Nashville area with his family. In his free time, he enjoys grilling in his backyard and watching his beloved Tottenham Hotspur and Seattle Seahawks.

## PHONE
615.254.8801

## EMAIL
Ikimes@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Personal Injury
- Trucking Wrecks
- Medical Malpractice
- Nursing Home Abuse and Neglect
- Complex and Mass Torts Litigation
- Product Liability

## EDUCATION
- The University of Memphis, Cecil C. Humphreys School of Law (J.D., 2012)
- Arizona State University (B.S., 2007)

## BAR ADMISSIONS
- Tennessee
- Missouri
- U.S. District Court Middle District of Tennessee

## EXPERIENCE
Representative Cases:
- Davidson County Circuit Court bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022)
- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021)
- Davidson County General Sessions bench trial verdict in favor of dog sitting business that had been sued for negligence resulting in a dog's injury (March 2020)
- Millions of dollars secured for his clients in settlements since 2012

## PROFESSIONAL HONORS & ACTIVITIES

Honors
- Mid-South Super Lawyers (2023, 2024)
- Tennessee Bar Association Leadership Law Class of 2023 graduate
- Mid-South Super Lawyers Rising Star (2021 – 2022)

Memberships
- Belmont University College of Law American Inn of Court, Barrister (2023-2024)
- Nashville Bar Association
- Tennessee Bar Association
- Former board member, AFL-CIO Lawyers Coordinating Committee
- Former board member, American Constitution Society, Nashville Lawyers Chapter
- Former board member, Lawyers Association for Women, Marion Griffin Chapter

## SEMINARS & PUBLISHED WORKS

Published Works
- Note, Unfettered Clawbacks – Why Section 304 of the Sarbanes-Oxley Act Requires a Personal Misconduct Standard, 42 U. MEM. L. REV. 797, cited in Lee A. Harris, Cases and Materials on Corporations and Other Business Entities: A Practical Approach 267 (2011)
- Bolder Advocacy Guides on Tennessee Campaign Finance, Tennessee Voter Registration, and Tennessee Lobbying Disclosure (June 2017)
- Tennessee Promise Needs Change, Clarksville Leaf Chronicle, by State Sen. Lee Harris and Isaac Kimes (April 13, 2016)

Seminars
- "Personal Injury and Economic Deterrence," Law and Economics, Western Kentucky University (March 2020, March 2022)
- "Citizen Lobbying," Vanderbilt University (March 2020)
- "Legislation in the Context of Mass Incarceration," Project MI (June 2017)
- "Legislation for Educators," Nashville Teacher Residency (April 2017)
- "Legislation for Healthcare Professionals," Health Policy Practicum course at The University of Memphis Law School (February 2017)

## COMMUNITY INVOLVEMENT
- Board of Advisors, YMCA Donelson-Hermitage (2024 - 2027 term)
- President, Shelby County Government Community Fund (appointed in 2023)
- Treasurer, Tennessee Voter Project PAC (2017 – present)
- Board Member, Inglewood Neighborhood Association, Nashville, (2016 – 2019)
- Volunteer Coach and Referee, East Nash Soccer, Nashville (2016 – 2018)
- Alumnus, Tennessee Bureau of Investigation Citizen's Academy (Class of 2017)
- Volunteer Coach, Stratford High School Girls Varsity Soccer, Nashville (2016)



STRANCH, JENNINGS & GARVEY



# Nathan R. Ring

**MEMBER**

**Nate Ring oversees the firm's Las Vegas office. He concentrates his practice in the areas of labor, employment, ERISA and election law. He has represented working people and their unions across Nevada, Oregon and Washington.**

Mr. Ring serves as counsel to the Nevada State AFL-CIO, Southern Nevada Building Trades Unions, the Building and Construction Trades Council of Northern Nevada, and numerous local unions. He has also served as counsel for numerous union-affiliated political action committees. He represents clients in federal and state trial and appellate courts, before administrative agencies, in arbitrations and mediations, and in the negotiation of collective bargaining agreements.

Mr. Ring earned his B.A. in public affairs in 2007 from Wayne State University in Detroit, Michigan. During his undergraduate studies, he managed and worked on Democratic political campaigns and interned for United States Senator Debbie Stabenow. He graduated *cum laude* in 2010 from the University of Nevada, Las Vegas, William S. Boyd School of Law. During law school, he served as an elected officer of the Student Bar Association and as a law clerk for the UAW legal department. He was awarded the Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School.

Following law school, Mr. Ring clerked for a Nevada District Court Judge, then began his practice of law in the representation of labor unions and employee benefit trust funds. In 2015, he received the Go-to Guy Award from the Nevada State AFL-CIO for advice and counsel provided to the state federation and its affiliates during the legislative session. He is a member of the AFL-CIO Union Lawyers Alliance, and was recognized as a Super Lawyers Rising Star in Labor and Employment Law from 2014 - 2020.

A native of Michigan, Mr. Ring resides in Las Vegas with his wife, Nevada Senate Majority Leader Nicole Cannizzaro and their sons, Case and Cole. When not practicing law, he enjoys spending time with his family, watching sports and playing an occasional round of golf.

**PHONE**
725.235.9750

**EMAIL**
nring@stranchlaw.com

**LOCATION**
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102

## PRACTICE AREAS

- Labor
- Employment
- ERISA Trust Funds
- Election Law

## EDUCATION

- University of Nevada, Las Vegas, William S. Boyd School of Law (J.D., *cum laude*, 2010)
  - Competitor, Conrad Duberstein Bankruptcy Moot Court Competition
  - Secretary, Student Bar Association
- Wayne State University (B.A., Public Affairs, 2007)

## EXPERIENCE

- Lehman v. Nelson, 943 F.3d 891 (9th Cir. 2019): Represented a Taft-Hartley Pension Plan and argued before the Ninth Circuit in a matter of first impression under the Pension Protection Act of 2006.
- Glazing Health & Welfare Fund v. Lamek, 896 F.3d 908 (9th Cir. 2018): Represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.
- Lehman v. Nelson, 862 F.3d 1203 (9th Cir. 2017): Represented a Taft-Hartley Pension Plan in a successful Ninth Circuit appeal of a district court decision concerning contribution reciprocity under the Pension Protection Act of 2006.

- International Brotherhood of Teamsters, Airline Division v. Allegiant Air, LLC, 788 F.3d 1080 (9th Cir. 2015): Represented an international labor union and argued before the Ninth Circuit in an appeal raising an issue of first impression concerning bargaining under the Railway Labor Act.
- W.G. Clark Construction Co. v. Pacific NW Regional Council of Carpenters, 322 P.3d 1207 (Wash. 2014): Represented a Taft-Hartley Trust Fund as amici in a case that overturned prior Washington Supreme Court precedent, which held that ERISA Trust Funds could not recover contributions through state-required contractor bonds.
- Operating Engineers Pension Trust v. Thornton Concrete Pumping, 806 F.Supp.2d 1135 (D. Nev. 2011): Successfully represented Taft-Hartley Trust Funds in obtaining a district court judgment against a general contractor for its subcontractor's unpaid fringe benefit contributions under Nevada Revised Statutes 608.150.

## BAR ADMISSIONS

- Nevada
- Washington
- Oregon
- U.S. Ninth Circuit Court of Appeals
- U.S. District Court – District of Nevada
- U.S. District Court Western District of Washington
- U.S. District Court Eastern District of Washington
- U.S. District Court – District of Oregon

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Labor Partner of the Year Award from the Southern Nevada Building Trades Unions (2022)
- Super Lawyers Rising Star, Employment and Labor Law (2014 – 2020)
- Go-to Guy Award, Nevada State AFL-CIO (awarded by the executive secretary-treasurer for representation of the labor movement during the 2015 Nevada Legislative Session)
- Young Lawyers Division Fellow, ABA Labor & Employment Law Section (2012)
- Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School, William S. Boyd School of Law, UNLV (2010)

*Memberships*
- State Bar of Nevada
- Washington State Bar Association
- Oregon State Bar
- International Foundation of Employee Benefit Plans
- AFL-CIO Union Lawyers Alliance

## PRESENTATIONS

- "Strategize for Conscious Capital for Turbulent Times," Made in America Taft-Hartley Benefits Summit (2021)
- "LMRDA: An Overview," Southern Nevada Building Trade Unions Conference (2021)
- "Update on the Substance Abuse Epidemic and Controlling Behavioral Health Costs," Made in America Taft-Hartley Benefits Summit (2019)
- "Election Campaigns: Legal Overview," Nevada State AFL-CIO COPE Conference (2018)

**SJG**

STRANCH, JENNINGS & GARVEY
PLLC



# Marty Schubert

MEMBER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He also assists with matters relating to voting rights and ballot access, and previously served as the voter protection director for the Tennessee Democratic Party.**

Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated *cum laude* from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.

**PHONE**
615.254.8801

**EMAIL**
mschubert@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action Litigation
- Election Law

## EDUCATION
- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE
- Prosecuted class action lawsuits in 40+ states – both in state and federal courts – on behalf of consumers against their financial institutions
- Obtained fee refunds in excess of $100+ million for more than one million consumers charged improper overdraft and non-sufficient funds fees by their banks and credit unions

## BAR ADMISSIONS
- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES
*Memberships*
- Nashville Bar Association
- Tennessee Trial Lawyers Association (2019)

## PUBLISHED WORKS
- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES
- English
- Spanish

## COMMUNITY INVOLVEMENT
- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.



STRANCH, JENNINGS & GARVEY
PLLC

# NASHVILLE

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Kerry Dietz
ATTORNEY

### EDUCATION
- Belmont University College of Law (J.D., 2016)
  - Editor-in-Chief, *Belmont Law Review Volume 3*
- George Washington University (B.A., 2009)

### BAR ADMISSIONS
- Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. 6th Circuit Court of Appeals

### PRACTICE AREAS
- Civil Litigation
- Civil Rights Law
- Labor and Employment Law
- Wage and Hour

**PHONE**
615.254.8801
**EMAIL**
kdietz@stranchlaw.com



## Caleb Harbison
ATTORNEY

### EDUCATION
- Belmont University College of Law (J.D., 2022)
- Liberty University (M.A., 2017)
- East Tennessee State University (B.S., *magna cum laude*, 2016)

### CLERKSHIPS
- Hon. Monte Watkins in Davidson County
- Hughes & Coleman Law Firm
- Tennessee 2nd Judicial District
- Tennessee 10th Judicial District

### BAR ADMISSIONS
- Tennessee

### PRACTICE AREAS
- Complex Litigation
- Opioid Litigation
- Personal Injury

**PHONE**
615.254.8801
**EMAIL**
charbison@stranchlaw.com



## Michael Iadevaia
ATTORNEY

### EDUCATION
- Cornell Law School (J.D., *cum laude*, 2019)
  - Articles Editor, *Cornell Law Review*
  - General Mills Award for Exemplary Graduate Teaching
  - CALI Award for Excellence in Labor Law
  - First Place, College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition
- Cornell University, School of Industrial and Labor Relations (B.S., with honors, 2016)

### CLERKSHIP
- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals
- Federal District Court Judge

### BAR ADMISSIONS
- Tennessee (pending)
- New York
- District of Columbia
- U.S. District Court for the Middle District of Tennessee
- U.S. 6th Circuit Court of Appeals

### PRACTICE AREAS
- Labor Law
- Employment Law
- ERISA Trust Funds
- Appellate Practice
- Class Action Litigation and Complex Litigation

**PHONE**
615.254.8801
**EMAIL**
miadevaia@stranchlaw.com

# NASHVILLE

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Kyle C. Mallinak
ATTORNEY

### EDUCATION
- University of Virginia School of Law (J.D., 2013)
  - Editor, *Virginia Law Review*
  - Dean's Scholarship
  - Order of the Coif
  - Outstanding Student Award, National Association of Women Lawyers
- University of South Carolina (B.A., 2010)
  - Graduate of the South Carolina Honors College
  - McNair Scholar

### CLERKSHIPS
- Hon. Robert E. Payne of the U.S. District Court for the Eastern District of Virginia
- Hon. Eugene E. Siler of the U.S. 6th Circuit Court of Appeals

### BAR ADMISSIONS
- Colorado
- Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. District Court for the Eastern District of Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. District Court for the Western District of Tennessee

### PRACTICE AREAS
- Class Action Litigation and Complex Civil Litigation
- Consumer Rights Litigation
- General Civil Litigation
- Business Litigation

**PHONE**
615.254.8801
**EMAIL**
kmallinak@stranchlaw.com

---



## Nathan Martin
ATTORNEY

### EDUCATION
- Nashville School of Law (J.D., 2021)
- University of Tennessee (B.A., sociology with focus in criminal justice, 2000)

### BAR ADMISSIONS
- Tennessee

### PRACTICE AREAS
- Civil Litigation
- Class Action

**PHONE**
615.254.8801
**EMAIL**
nmartin@stranchlaw.com

---



## Andrew E. Mize
ATTORNEY

### EDUCATION
- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College (B.A., 2008)
- Culver Military Academy (2004)

### BAR ADMISSIONS
- Kentucky
- U.S. District Court for the Western District of Kentucky
- U.S. 6th Circuit Court of Appeals

### PRACTICE AREAS
- Civil Litigation
  - Class Actions
  - Labor Law
  - Personal Injury
  - Education and Special Education Law
  - Civil Rights
  - Administrative Law Matters
- Appellate Practice
- Criminal Law

**PHONE**
615.254.8801
**EMAIL**
amize@stranchlaw.com

# NASHVILLE

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Emily E. Schiller
ATTORNEY

### EDUCATION

- Washington University in St. Louis School of Law (J.D., 2021)
  – Online Content Editor, *Washington University Law Review*
  – Scholar in Law Scholarship Award
  – Washington Scholarship Award
  – Dean's Scholar Award
  – Dean's Leadership Award
- Tennessee Technological University (Dual Degrees: B.S. in Chemistry, *summa cum laude, in cursu honorum* | B.S. in Biology, *summa cum laude, in cursu honorum*, 2016)
  – Captain William Lafayette Anderson Scholarship
  – Joseph B. Hix Memorial Scholarship
  – Winchester History Scholarship
  – Minor in History

### BAR ADMISSIONS

- Tennessee

### PRACTICE AREAS

- Civil Rights
- Intellectual Property
- Class Action

**PHONE**
615.903.4041

**EMAIL**
eschiller@stranchlaw.com

---



## Jack Smith
ATTORNEY

### EDUCATION

- University of Tennessee College of Law (J.D., 2018)
- Acquisitions Editor, *Tennessee Law Review* and *Transactions: The Tennessee Journal of Business Law*
- Member of the Appellate Litigation Clinic, where he helped successfully appeal a Fourth Amendment search and seizure case before the Sixth Circuit, U.S. v. Christian (6th Cir. 2018)
- The Ohio State University (B.A., *magna cum laude*, 2014)

### BAR ADMISSIONS

- Tennessee
- U.S. District Court for the Middle District of Tennessee

### PRACTICE AREAS

- Class Action
- Mass Tort
- Personal Injury
- Wage and Hour
- Complex Litigation
- Wills and Estates
- Condemnation/Municipal Property Disputes

**PHONE**
615.254.8801

**EMAIL**
jsmith@stranchlaw.com

---



## K. Grace Stranch
ATTORNEY

### EDUCATION

- University of Tennessee College of Law (J.D., 2014)
  – American Constitution Society, Founder and President
  – Environmental Law Association, President
  – ENLACE, Event Coordinator
- Rhodes College (B.A., 2010)
  – International Honors Program

### BAR ADMISSIONS

- Tennessee

### PRACTICE AREAS

- Complex Litigation
- Constitutional Law
- Employment and Discrimination Law
- Environmental Law
- General Litigation
- Labor Law

**PHONE**
615.254.8801

**EMAIL**
graces@stranchlaw.com

# ST. LOUIS

Peabody Plaza, 701 Market Street, Suite 1510, St. Louis, MO 63101



## Colleen Garvey

ATTORNEY

### EDUCATION
- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

### CLERKSHIP
- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

### BAR ADMISSIONS
- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

### PRACTICE AREAS
- Mass Torts
- Personal Injury
- Class Action Litigation and Complex Litigation
- General Civil Litigation

**PHONE**
314.374.6306
**EMAIL**
cgarvey@stranchlaw.com

---



## Sam Gladney

OF COUNSEL

### EDUCATION
- University of Missouri – Kansas City School of Law (J.D., 2016)
- United States Military Academy at West Point (Bachelor of Applied Science, 2007)

### BAR ADMISSIONS
- Missouri

### PRACTICE AREAS
- Labor Law
- Employee Benefits
- Nonprofit Formation and Compliance
- Regulatory Affairs

**PHONE**
314.669.0976
**EMAIL**
sgladney@stranchlaw.com

---



## Ellen A. Thomas

ATTORNEY

### EDUCATION
- Saint Louis University School of Law (J.D., 2020)
- Saint Louis University (B.A., 2014)

### CLERKSHIP
- Simon Law Firm

### BAR ADMISSIONS
- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

### PRACTICE AREAS
- Mass Torts
- Personal Injury
- Class Action and Complex Litigation
- General Civil Litigation

**PHONE**
314.374.6306
**EMAIL**
ethomas@stranchlaw.com

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Bank Fees

**Some banks and credit unions routinely and improperly assess overdraft fees on customers' debit card transactions, even when those transactions do not overdraw customers' account balances, and charge multiple insufficient funds fees on single transactions. These deceptive practices result in significant and unforeseen costs for customers and violate state and federal fair business practice acts, as well as the terms of the account documents of these financial institutions. In addition to settling numerous overdraft fee disputes against banks and credit unions across the U.S., our firm has also obtained multi-million-dollar settlements against financial institutions for improper fee assessments.**

- **In re: Darty v. Scott Credit Union, No. 19L0798** (St. Clair County, Illinois, Circuit Court, July 13, 2022). Nearly $5.6 million class action settlement representing 94% of damages after contested certification of consumer classes alleging improper assessment of overdraft and NSF fees.

- **In re: Jones et al. v. Lake Michigan Credit Union, No. 20-000240-CK** (Washtenaw County, Michigan, Circuit Court, Oct. 12, 2022). $7.5 million class action settlement, including fee refunds and debt forgiveness, for consumers alleging assessment of improper bank fees class settlement.

- **In re: Stillgood Prods., LLC v. Wesbanco Bank, Inc., No. 4:21-cv-00018-SEB-DML** (S.D. Indiana, Dec. 16, 2022), ECF No. 58. $6.45 million class action settlement, including refunds of bank fees challenged by consumer classes and debt forgiveness.

- **In re: Perkins v. Vantage Credit Union, No. 21SL-CC03736** (St. Louis County, Missouri, Circuit Court, Aug. 25, 2023). Preliminary approval of nearly $6.1 million bank fee class settlement, including changes to future fee assessment practices.

- **In re: Lowe et al. v. NBT Bank, No. 3:19-cv-01400-MAD-ML** (N.D. New York, Sep. 30, 2022), ECF No. 104. $5.7 million bank fee class action settlement.

## ATTORNEYS IN THIS PRACTICE AREA

   

**Kyle C. Mallinak**  **Nathan Martin**  **Marty Schubert**  **J. Gerard Stranch IV**

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

## Car Crashes

According to the National Highway Traffic Safety Administration, there were an estimated 6.1 million police-reported traffic crashes in 2021 (the last year for which data is available), a 16 percent increase over the 5.25 million crashes that occurred in 2020. Individuals injured in 2021 as a result of traffic crashes increased by 9.4 percent over the 2.28 million injuries in 2020.

Car crashes were the second-leading cause of preventable death in the U.S. in 2021 for individuals between the ages of 1 and 54, according to the Centers for Disease Control and Prevention (CDC). Nearly 43,000 fatalities occurred in 2021, a 10 percent increase over 2020's approximately 39,000 fatalities.

Victims of another driver's negligence have the right to seek compensation for injury or death. For decades, our firm has successfully represented individuals who seek to recover damages from car crashes caused by other drivers.

- Davidson County Circuit Court (Nashville, Tennessee) jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021) (Regina Enochs v. Michah Bradley, Davidson County Circuit Court, Docket No. 19C235). Isaac Kimes, Stranch, Jennings & Garvey member, was First Chair Trial Lawyer.

- Davidson County Circuit Court (Nashville) bench trial verdict of $205,274.24 following zero offers made prior to trial (January 2022). (Frieda Woolridge v. Mid-Cumberland Human Resource Agency et al., Davidson County Circuit Court, Docket No. 19C482). Member Isaac Kimes was First Chair Trial Lawyer.

- $300,000 policy limits settlement on auto-wreck case (April 2023).

- $500,000 policy limits settlement on auto-wreck case (July 2023).

- $450,000 settlement on contested liability auto v. pedestrian case (July 2023).

- $200,000 settlement on auto-wreck case (September 2023).

- $755,000 settlement on premises liability case (November 2023).

- $650,000 settlement on contested liability trucking case (December 2023).

## ATTORNEYS IN THIS PRACTICE AREA

  

**Hon. John (Jack) Garvey**     **Isaac Kimes**     **J. Gerard Stranch IV**

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). Founding and Managing Member J. Gerard Stranch IV served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

- **In re: Alpha Corp. Securities litigation.** Founding and Managing Member J. Gerard Stranch IV was appointed as co-lead counsel. The case resulted in $161 million recovery for the class.

## ATTORNEYS IN THIS PRACTICE AREA

      

Colleen Garvey   Hon. John (Jack) Garvey   Michael Iadevaia   Kyle C. Mallinak   Nathan Martin   Andrew E. Mize   Emily E. Schiller

      

Marty Schubert   Jack Smith   Michael G. Stewart   J. Gerard Stranch IV   James G. Stranch III   K. Grace Stranch   Grayson Wells

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# ERISA Trust Funds

**Founding Member James G. (Jim) Stranch III and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA (Employee Retirement Income Security Act) litigation.**

**Our attorneys have represented clients and served as lead and co-lead counsel in a wide range of ERISA matters, including Taft-Hartley health and welfare funds JATC apprenticeship funds, defined contribution funds and defined benefit pension funds. In addition, we advise ERISA plan fiduciaries on a variety of administration and compliance issues; establish employee benefit trusts and plans; handle administrative claims and appeals for LTD, STD and other benefits; assist with Department of Labor audits, interpretations, investigations and enforcement; and numerous other issues.**

- **In re: Nortel Networks Corp. "ERISA" Litigation, No. 3:03-MD-1537** (M.D. Tenn.) (Nixon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Nortel Network Corp. for violation of duties owed under ERISA. Court approved a settlement that provided a minimum recovery of $21.5 million plus access to additional monies held by others.

- **In re: Qwest Savings and Investment Plan ERISA Litigation, No. 02-RB-464** (D. Colo.) (Blackburn). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Qwest Communications and the Trustee, Bankers Trust/Deutsche Bank, for violation of duties owed under ERISA. A settlement was reached which provided a $33 million cash payment from Qwest Communications to the plan for participants, a $4.5 million cash payment from Bankers Trust/Deutsche Bank to the plan for participants, a $20 million guarantee from Qwest Communications from a parallel securities action with the opportunity of more cash from the parallel securities action, and an undetermined amount of cash from a distribution through the U.S. Securities and Exchange Commission Fair Fund established pursuant to Section 308 of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §§7201 et seq.

- **In: re Global Crossing Ltd. ERISA Litigation, No. 02 Civ. 7453** (S.D. N.Y.) (Lynch). One of several counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Global Crossing for violation of duties owed under ERISA. The settlement reached provided a $79 million cash payment to the Plan for participants and allowed Plan to recover in parallel securities action.

- **In re: Xcel Energy, Inc. ERISA Litigation Civ. 02-2677** (D. Minn.) (Doty). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of duties owed under ERISA. Settlement reached that provided an $8.6 million cash payment to the Plan for participants, lifted stock restrictions in the Plan with a value between $38 million and $94 million, and allowed the Plan to recover in parallel securities action.

- **In re: Hitchcock v. Cumberland University 403(b) DC Plan, 851 F.3d 522** (6th Cir. 2017). As a result of this case, the university returned hundreds of thousands of dollars to employees' retirement accounts that it had wrongfully withheld. The firm succeeded in setting the precedent that plan participants can take legal claims, such as breach of fiduciary duty, straight to the courts, without having to exhaust administrative remedies through the plan, an issue of first impression in the Sixth Circuit.

- **In re: Delphi Corp. ERISA Litigation (Polito v. Delphi Corporation, et al.), No. 05-cv-71249** (E.D. Mich.). Lawsuit brought on behalf of participants in Delphi pension plans alleging that plan fiduciaries breached their duties and responsibilities under ERISA by, among other things, failing to investigate the prudence of an investment in Delphi stock and by making misrepresentations about the company's accounting practices for off-balance sheet financing and vendor rebates dating back to 1999.

- **In re: Providian Financial Corp. ERISA Litigation, No. C 01-5027** (N.D. C.A.) (Breyer). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of ERISA duties. Settlement provided an $8.6 million cash payment to the plan for participants, lifted company stock sales restrictions in the plan valued between $3.66 million and $5.85 million, and allowed plan to recover in a parallel securities action.

- **In re: Montana Power ERISA Litigation, No. 4:02-0099** (D. Mont.) (Haddon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Montana Power, Touch America and Northwestern Energy and against the Trustee, Northern Trust, for violation of duties owed under ERISA. Settlement was reached that provided a minimum recovery of $4.9 million plus access to additional monies held by others.

## ATTORNEYS IN THIS PRACTICE AREA

    

**Karla M. Campbell**     **Kerry Dietz**     **R. Jan Jennings**     **Nathan R. Ring**     **James G. Stranch III**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Labor Unions

**Since our firm was founded more than seven decades ago, we have provided dependable representation for union clients in all employer-employee relations legal matters. Our attorneys are experienced in issues concerning the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA. Our representation ranges from construction, industrial and public sector unions to district and joint councils, State Federations of Labor and Central Labor Councils.**

**Across the years, we have helped countless clients with union-related challenges, such as collective bargaining, contract negotiation, enforcement of labor-related claims via NLRB or federal court litigation, grievance mediation, restrictive covenant issues, severance agreements and numerous additional union matters.**

- **In re: Thompson v. North American Stainless LP.** Our firm helped expand Title VII retaliation protection with this case, which reached the U.S. Supreme Court. The court ruled that North American Stainless' firing of plaintiff employee Eric Thompson violated Title VII and that he could sue because he fell within the zone of interests protected by Title VII.

- **In re: International Brotherhood of Teamsters, Local 651 v. Philbeck, 5:10-cv-105-DCR** (E.D.KY 2018). The firm successfully litigated action requesting a temporary restraining order and permanent injunction by the local union to secure control of the Facebook page belonging to the union.

- **In re: Matthew Denholm, RD of NLRB Region 9 v. Smyrna Ready Mix Concrete, LLC, 5:20-cv-320-REW** (E.D.KY 2019). The firm successfully litigated NLRB charges, culminating in a complaint for injunctive relief, where the federal district court ordered the reinstatement of seven drivers and their plant manager and the reopening of a concrete plant.

- **In re: Zeon Chemicals, L.P. v. UFCW Local 72-D, 949 F.3d 980** (6th Cir. 2020). The firm successfully appealed a district court's reversal of the union's arbitration victory for an unjustly terminated member who was ordered reinstated with full back pay.

## ATTORNEYS IN THIS PRACTICE AREA











**Karla M. Campbell**   **Kerry Dietz**   **R. Jan Jennings**   **Nathan R. Ring**   **James G. Stranch III**

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Mass Tort

Mass tort lawsuits occur when numerous individuals have been injured or harmed by the same act of negligence of another party, from faulty prescription drugs or medical devices to toxic contamination or defective consumer products. These types of claims provide the compensation each plaintiff needs, rather than a settlement that is split with the other plaintiffs.

Stranch, Jennings & Garvey has the experience and resources to confront the corporations responsible for the harm inflicted on plaintiffs. Our attorneys are well-versed in the necessary strategies for negotiating and litigating mass tort lawsuits, and have successfully represented numerous clients in claims against companies and corporations. Our efforts have produced significant monetary recovery and/or benefits for plaintiffs from many jurisdictions.

- **In re: National Prescription Opiate Litigation.** Our firm's Founding and Managing Member J. Gerard Stranch IV was appointed as class counsel for the negotiation class in the multi-district national prescription opioid litigation (MDL 2804) in Cleveland, Ohio. Plaintiffs alleged that the manufacturers of prescription opioids grossly misrepresented the risks of long-term use of those drugs for persons with chronic pain, and distributors failed to properly monitor suspicious orders of those prescription drugs — all of which contributed to the current opioid epidemic. National settlements of up to $26 billion were reached in 2021 to resolve litigation brought by states and local political subdivisions against three pharmaceutical distributors (McKesson, Cardinal Health and AmerisourceBergen) and manufacturer Janssen Pharmaceuticals, Inc. and its parent company Johnson & Johnson. Hon. Judge (ret.) John "Jack" Garvey, the founding member who leads our St. Louis office, was instrumental in securing a settlement with these companies for Missouri's counties and cities in the amount of $183.2 million, as part of a $458 million overall settlement for the state.

## ATTORNEYS IN THIS PRACTICE AREA

    

**Colleen Garvey**   **Hon. John (Jack) Garvey**   **Caleb Harbison**   **Michael G. Stewart**   **J. Gerard Stranch IV**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

# Personal Injury

**For many years, our firm has effectively represented individuals who have been harmed or injured due to third-party carelessness or misconduct. These cases include medical negligence, faulty medical devices, dangerous medications, unsafe property conditions, automobile accidents, and numerous other acts of negligence or disregard for safety that have led to injury and death.**

**Stranch, Jennings & Garvey proudly works to preserve and restore the rights of clients who have experienced harm due to others' actions, and our firm seeks justice for and successfully obtains full and fair compensation for these victims and their families through litigation, mediation and arbitration.**

- **In re: Sullivan Baby Doe case** (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date.

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,** resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever.

- **In re: Orrick v. GlaxoSmithKline,** St. Louis City Circuit #1322-CC00079 (Paxil litigation).

- **In re: Jefferson County v. Williams,** #20JE-CC00029 (opioids litigation).

- Davidson County Circuit Court bench trial verdict of $205,274 following zero offers made prior to trial (January 2022).

- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021).

## ATTORNEYS IN THIS PRACTICE AREA

    

| Hon. John (Jack) Garvey | R. Christopher Gilreath | Isaac Kimes | J. Gerard Stranch IV | K. Grace Stranch |

# SJG

## STRANCH, JENNINGS & GARVEY
PLLC

# Privacy Litigation

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK, (N.D. California, 2016).** The firm served as counsel for plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Kentucky) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

- **In re: Monegato v. Fertility Centers of Illinois, PLLC, Case No. 2022 CH 00810** (Cook County Circuit Court). The firm served as class counsel in a case brought on behalf of approximately 80,000 individuals whose personal information was involved in a February 2021 data breach. A settlement with a total estimated value of $14.5 million was negotiated. Final approval was granted by the Cook County, Illinois Circuit Court in April 2023.

- **In re: Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tennessee) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **In re: Owens, et al. v. U.S. Radiology Specialists, et al., Case No. 22 CVS 17797** (Mecklenburg, North Carolina, Supreme Court). The firm served as plaintiffs' counsel in action brought on behalf of approximately 1.3 million individuals whose sensitive, personal information was potentially compromised in defendants' December 2021 data security incident. Along with co-counsel, the firm negotiated a $5,050,000 non-reversionary common fund settlement including pro rata cash payments, reimbursement of up to $5,000 for out-of-pocket expenses traceable to the data breach per person, compensation for lost time and verified fraud reimbursement. Preliminary approval pending.

Many more nationwide, including:

- **In re: Larson v. Aditi Consulting, LLC, Case No. 22-2-03572-2 SEA** (King County, Washington, Supreme Court) Final approval was granted July 14, 2023.

- **In re: Carr v. South Country Health Alliance, Case No. 74-CV-21-632** (Steele County, Minnesota District Court) Final approval was granted Nov. 6, 2023.

- **In re: Reese v. Teen Challenge Training Center, Inc., Case No. 210400093** (Philadelphia County, Pennsylvania Court of Common Pleas) **Final approval pending.**

- **In re: Joyner v. Behavioral Health Network, Inc., No. 2017CV00629** (Massachusetts Supreme Court) A non-reversionary common fund of $1,200,000 was established to provide credit monitoring, and cover claims of economic loss up to $10,000 and non-economic loss up to $1,000 for lost time for each of the approximately 133,237 class members.

## ATTORNEYS IN THIS PRACTICE AREA

     

**Colleen Garvey**    **Andrew E. Mize**    **Emily E. Schiller**    **Jack Smith**    **J. Gerard Stranch IV**    **Grayson Wells**



# Product Liability

**Our attorneys are well-versed in consumer protection laws and unfair trade practices acts, and have successfully advocated in state and federal courts for many notable cases throughout the U.S. These cases have resulted in multi-million-dollar recoveries for consumers who have been harmed by defective products, dangerous medications, misleading or improper advertising or marketing practices, fraud and other violations of the laws and acts. In addition, our attorneys have served as lead and co-lead counsel on numerous cases.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. California) (J. Breyer). The firm served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/ Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Montanez v. Gerber Childrenswear, LLC** (M.D. California). The firm represented consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in consumer action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

## ATTORNEYS IN THIS PRACTICE AREA









**Hon. John (Jack) Garvey**          **R. Christopher Gilreath**          **Isaac Kimes**          **J. Gerard Stranch IV**

# SJG

## STRANCH, JENNINGS & GARVEY
### PLLC

## Trucking Wrecks

According to the National Safety Council (NSC), 4,842 large trucks nationwide were involved in a fatal crash in 2020 (the last year for which data is available). According to the National Center for Statistics and Analysis (NCSA), an office of the National Highway Traffic Safety Administration (NHTSA), 831 truck occupants and nearly 5,000 other individuals were killed as a result of these crashes in 2020. Between 2017 and 2020, an average of more than 42,000 truck occupants and more than 151,000 other individuals were injured.

These numbers clearly reveal the prevalence of accidents involving large trucks and the damage they inflict on individuals and their families. Our firm has decades of experience in representing victims of trucking wrecks who seek compensation to cover physical and material damages.

ATTORNEYS IN THIS PRACTICE AREA






Hon. John (Jack) Garvey    R. Christopher Gilreath    Isaac Kimes    J. Gerard Stranch IV



# Wage and Hour Disputes

**For decades, our firm has represented working people with individual claims or as part of class action litigation regarding their employers' wage and hour compliance. Our attorneys have broad litigation experience on behalf of employees in nearly every industry sector, covering a wide range of violations — from unpaid overtime or "off-the-clock" work to independent contractors, improper wage deductions and exemption requirements. They are well-versed in the provisions of the Fair Labor Standards Act, along with other federal and state statutes, and stay on top of developing case law and changes in current laws.**

- **In re: Drummond et. al. v. C.E.C. Electrical Contractors, Inc., 98-1811-III** (Davidson Chancery, Tennessee). The firm served as lead counsel in a class action settlement by employees against their employer for wages and benefits due from a school construction contract between their employer and the Metropolitan-Davidson County Board of Education. A settlement was reached in which employees received 100% of their wages and benefits.

ATTORNEYS IN THIS PRACTICE AREA





**Nathan R. Ring**　　　　**J. Gerard Stranch IV**



# Worker Adjustment and Retraining Notification

**The Worker Adjustment and Retraining Notification (WARN) Act is a federal law that helps ensure advance notice to employees in cases of qualified plant closings and mass layoffs. Employers are required to provide written notice 60 days prior to the date of a mass layoff or plant closing, in addition to other requirements. Employees of companies who have not complied with the WARN Act are entitled to certain rights. Our firm has represented clients in numerous cases that have resulted in monetary settlements for employees whose employers did not comply with the law.**

- **In re: Kizer v. Summit Partners, Case No. 1:1-CV-38** (E.D. Tenn.) The firm served as lead counsel in class actions on behalf of employees of a closed Summit Partners facility located in Chattanooga, Tennessee. This case was successfully settled for $275,000.

- **In re: Owens v. Carrier Corp., Case No. 2:08-2331-SHM P** (W.D. Tenn.) The firm served as lead counsel in class action on behalf of former Carrier Corp. employees at the closed Collierville, Tennessee, plant. The case was successfully settled for $2.1 million on behalf of former employees after lead counsel successfully obtained class certification over plaintiffs' WARN Act claims.

- **In re: Sofa Express Inc., Case No. 07-924** (Bank. M.D. Tenn.) The firm served as lead counsel in class action on behalf of former Sofa Express, Inc. employees at company headquarters and a distribution center in Groveport, Ohio. The case was successfully settled for $398,000 on behalf of former employees.

- **In re: Robertson et. al v. DSE Inc., Case No. 8:13-cv-1931-T-AEP** (M.D. Fla.). The firm served as lead counsel in class action on behalf of former DSE Inc. employees at Florida and South Carolina manufacturing facilities. This case was successfully settled for more than $1 million on behalf of former employees.

## ATTORNEYS IN THIS PRACTICE AREA



**Michael Iadevaia**



**J. Gerard Stranch IV**

# Exhibit B-12

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

# COHEN & MALAD, LLP

## ATTORNEYS

One Indiana Square, Suite 1400  |  Indianapolis, IN 46204
317.636.6481  |  cohenandmalad.com

**Complex Litigation Resume**

**COHEN & MALAD,** LLP

ATTORNEYS

## CONTENTS

Introduction........................................................................................................3

Significant Class Actions....................................................................................3

Significant Mass Tort Litigation..........................................................................3

Significant Mass Medical Malpractice Actions....................................................4

Attorney Biographies…..…………………………………………………………..4

Antitrust Cases….………………………………………………………………....9

Consumer Protection Cases …………………………………………………10

Bank Fee Cases……………………………………………………………….13

Human Rights Cases………………………………………………………...........14

Health Care/Insurance Cases…………………….…...…………………….….15

Securities Fraud Cases……………………………………………………15

Mass Medical Malpractice Cases……………………………………………...16

Mass Tort Pharmaceutical Drug & Medical Device Cases…………………………17

COHEN & MALAD, LLP
A T T O R N E Y S

## Introduction

Cohen & Malad, LLP is a litigation firm founded in 1968 by a former Indiana Attorney General, a former United States Attorney and three other distinguished lawyers. With 30 experienced attorneys, we litigate cases across multiple practice areas including: class action, mass torts and individual personal injuries, business litigation, family law, as well as commercial litigation and appeals.

Cohen & Malad, LLP enjoys a reputation as one of Indiana's leading class action law firms. Over the last 55 years, the firm has served as class counsel in numerous local, statewide, multi-state, nationwide, and even international class actions. We have also served in leadership positions in numerous multidistrict litigation matters. Our personal injury and medical malpractice trial lawyers have handled high-profile cases against medical providers who subjected hundreds of their patients to unnecessary procedures, sometimes leading to deaths.

## Significant Class Actions
*Lead Counsel, Co-lead Counsel, or Executive Committee*

❖ *In re Holocaust Victim Assets Litigation;* Settlement of $1.25 billion for claims relating to conversion of bank accounts and property of victims of the Holocaust during the Nazi era.

❖ *Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.*, Settlements (including settlement after trial and judgment) of approximately $100 million in overcharges for motor vehicle and license fees.

❖ *In re Ready-Mixed Concrete Antitrust Litigation;* Settlements of over $60 million for price fixing claims.

❖ *In re Iowa Ready-Mix Concrete Antitrust Litigation;* Settlement of over $18 million for price fixing claims.

❖ *Moss v. Mary Beth Bonaventura, in her official capacity as Director of the Department of Child Services et al.* Settlement for underpayment of per diem subsidies owed to families who adopted special needs children out of foster care.

❖ *Bank Fee Litigation.* Litigation of hundreds of lawsuits against financial institutions for improper fee assessment and achieving dozens of settlements.

## Significant Mass Tort Litigation
*Leadership positions in federal multidistrict litigations and state court consolidations*

❖ *Gilead Tenofovir Cases, JCCP No. 5043, Superior Court for the County of San Francisco, California. Cohen & Malad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries.*

**COHEN & MALAD, LLP**

ATTORNEYS

❖ *In Re: Zofran (Ondansetron) Products Liability Litigation. Litigation on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect. Litigation is currently pending.*

❖ *In re: Fresenius Granuflo/Naturalyte Dialysate Products. Litigation on behalf of dialysis patients alleging Fresenius' dialysis products caused cardiac injuries and death. $250 million global settlement.*

❖ *Pain Pump Device Litigation. Cohen & Malad, LLP served in a National Coordinated Counsel role in litigation against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.*

❖ *In Re: Prempro Products Liability Litigation. Litigation on behalf of women who took the hormone replacement therapy drug Prempro manufactured by Wyeth and suffered strokes, heart attacks, endometrial tumors or breast cancers. Global settlement for more than $890 million to settle roughly 2,200 claims.*

## Significant Mass Medical Malpractice Actions
*Co-Lead counsel for mass litigation*

❖ *Mass tort medical malpractice cases involving over 280 claimants against an ENT physician settled for more than $59 million.*

❖ *Mass tort medical malpractice cases involving more than 260 claimants against a Northwest Indiana cardiology group settled for more than $67 million.*

## Our Attorneys

**Irwin B. Levin, Managing Partner**



Irwin joined Cohen & Malad, LLP in 1978 and concentrates his practice in the areas of class action, mass torts and commercial litigation. Irwin served on the Executive Committee in litigation against Swiss Banks on behalf of Holocaust victims around the world which culminated in a historic $1.25 billion settlement. He has also served as lead counsel in class action cases around the country since 1983 including two class action cases against the Indiana Bureau of Motor Vehicles, which settled for nearly $100 million, and was Co-Lead Counsel in two major antitrust cases against the concrete industry. Those cases settled for over $75 million. Irwin has also served in leadership in various MDL and mass tort cases such as Pain

4

COHEN & MALAD, LLP

ATTORNEYS

Pump and Hormone Therapy litigation. Irwin currently is counsel for dozens of Indiana cities and counties in litigation against companies responsible for the opioid epidemic.

### David J. Cutshaw



David's practice includes both class action and mass medical malpractice litigation. He served as co-lead counsel to successfully negotiate over $59 million in settlements for more than 280 plaintiffs against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. David acted as co-lead counsel in 263 claims against a Northwest Indiana cardiology group alleged to have unnecessarily implanted pacemakers and defibrillators and performed unnecessary cardiac vessel stenting. Those claims were recently settled for over $67 million. He has also tried numerous medical malpractice jury trials as first chair.

### Gregory L. Laker



Greg is the chair of the personal injury practice group and oversees the firm's dangerous drug and defective medical device litigation team. Greg and his team have held leadership positions in several multidistrict litigations including In re: Prem Pro Products Liability, Pain Pump Device Litigation, In re: Consolidated Fresenius Cases (Granuflo), In re: Testosterone Replacement Therapy Products Liability, and others. Greg also oversees the firm's sexual abuse litigation team and litigates cases involving molestation committed by perpetrators in institutional care facilities, sports and organizational groups, churches, schools, and doctor or medical offices.

### Richard E. Shevitz



Richard is the chair of the class action practice group and handles a wide variety of class action lawsuits, including claims against insurance companies, governmental entities, and manufacturers. He led the trial court proceedings and handled the appeal of a class action on behalf of drivers who had been overcharged for fuel prices by a publicly held trucking company, which resulted in a judgment of approximately $5 million which was upheld on appeal. He also played a key role in the historic class action litigation bringing Holocaust-era claims against Swiss banks, which resolved for $1.25 billion, as well as the prosecution of Holocaust-related claims against leading German industrial enterprises, which were resolved through a $5 billion fund.

**COHEN & MALAD, LLP**

ATTORNEYS

### Lynn A. Toops



Lynn is a partner in the class action group and focuses her practice on high-stakes consumer protection litigation. Lynn and her team are currently litigating hundreds of class actions against financial institutions across the country for the improper assessment of various fees and have returned over $100 million to well over one million consumers. Lynn is also a nationwide leader in data breach litigation and is currently litigating and settling dozens of those cases on behalf of consumers. Lynn also represents cities and counties across Indiana that are battling the opioid prescription epidemic via litigation against manufacturers and distributors of prescription opioids. Lynn also served in a leading role in litigation against the state of Indiana for failure to pay promised adoption subsidy payments to families who adopted special needs children out of the state's foster care program.

### Arend J. Abel

Arend's practice includes complex litigation and appeals. His clients range from governmental entities to businesses of all sizes, from Fortune 500 companies to sole proprietors. His legal career includes work for former Indiana attorney general Pamela Carter, for whom he served as special counsel. In that role, Arend briefed and argued two cases on the merits before the United States Supreme Court. He has also briefed and argued numerous cases before the Indiana State Supreme Court and State and Federal Trial and Appellate Courts. Arend supports the class action practice group via briefing on complex issues at the trial and appellate court level.



### Scott D. Gilchrist



Scott is a class action attorney and concentrates his practice on antitrust, securities fraud, and consumer protection matters. Scott was a principal attorney in two antitrust cases against suppliers of ready-mixed concrete on behalf of small businesses, farmers and individuals. In re: Ready Mixed Concrete Antitrust Litigation, which settled for nearly $60 million and In re: Iowa Ready Mix Concrete Antitrust Litigation, which settled for more than $18 million.

### Vess A. Miller

Vess is a class action attorney and focuses his practice on consumer protection matters. He uncovered hundreds of illegal charges made by the Indiana BMV and gave closing arguments at trial. After a ruling for drivers, that case settled for over $62 million in refunds. Vess has also successfully litigated predatory lending claims against payday lenders



that charged interest rates exceeding 1,000% APR. He defeated arbitration clauses that would have left consumer with no recovery, and successfully defended the wins at the Indiana Court of Appeals, the Indiana Supreme Court, and ultimately the United States Supreme Court.

**Gabriel A. Hawkins**



Gabriel is a class action and complex litigation attorney. He is an integral part of the firm's mass medical malpractice litigation team. He helped represent over 280 plaintiffs in lawsuits against former ENT surgeon Mark Weinberger who performed unnecessary sinus surgeries, negligent surgeries, and abandoned his patients. Weinberger was sentenced to seven years in jail for health care fraud. Gabriel's work contributed to the successful $59 million global settlement for these plaintiffs.

**Lisa M. La Fornara**

Lisa handles complex civil litigation, including class and representative actions, with a focus on consumer protection, financial services, and data security matters. Lisa has actively litigated hundreds of actions against financial institutions and has helped consumers recover tens of millions of dollars in improperly collected fee revenue. Lisa has helped achieve leading settlements in actions against companies that failed to protect their customers' most sensitive data, providing meaningful equitable and financial  relief for victims who experienced or are likely to experience identity theft and fraud. Lisa has also uncovered and obtained refunds for consumers who were systematically underpaid by their insurers following the total loss of their vehicles, and as well as represented whistleblowers in *qui tam* and False Claims Act cases involving fraud against the government.

**Natalie A. Lyons**



Natalie focuses on complex and class action matters. She has represented consumer and civil rights plaintiffs in federal and state class actions around the country—including two federal civil rights trials that resulted in merits wins for plaintiffs. She has litigated against the federal Departments of Homeland Security and Education, state correctional agencies, and an array of commercial defendants. She is presently litigating complicated class actions in state and federal courts under consumer protection laws, the Telephone Consumer Protection Act, and state contract and fraud laws.

Prior to joining Cohen & Malad, LLP, Natalie advocated on behalf of marginalized communities in litigation, direct representation and policy advocacy at the Southern Poverty Law Center (Montgomery, AL), Housing & Economic Rights Advocates (Oakland,

CA) and Equal Rights Advocates (San Francisco, CA). In her role as an advocate for racial and social justice, she has appeared on panels; authored reports, op-eds and white papers; and testified on behalf of legislation. Here in Indiana, she served on the 2017 Spirit & Place Festival panel: Liberty & Justice for All?

### Amina A. Thomas

Amina is a partner on the Class Action team. Amina focuses the majority of her practice on privacy actions involving data breaches and the unlawful collection or disclosure of personal information. As part of the Firm's data breach litigation team, Amina has helped obtain recovery for thousands of individuals who have had their personal information leaked or unauthorizedly disclosed due to insufficient data security measures.



Prior to joining Cohen & Malad, LLP, Amina had the honor of serving as a judicial law clerk to the Honorable Judge Melissa S. May at the Indiana Court of Appeals and to the Honorable Judge Heather A. Welch at the Indiana Commercial Court. Amina's clerkship experience has given her command of courtroom procedure and commercial litigation.

### Emily D. Kopp



Emily is class action attorney focused on complex litigation involving consumer protection matters. She litigates matters against financial institutions related to improperly collected fee revenue. Emily also represents consumers in data breach litigation against businesses who failed to properly safeguard sensitive client personal identifying information.

### Edward 'Ned' B. Mulligan V

Ned handles product liability matters in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles on several multidistrict litigations including, In re: Testosterone Replacement Therapy Products Liability Litigation, and In re: Consolidated Fresenius Cases (Granuflo). Ned is a named member of the Plaintiff Steering Committee for In re: Zofran (Ondansetron) Products Liability Litigation. Ned has also written articles regarding mass tort litigation for Trial Magazine.



**COHEN & MALAD,** LLP

ATTORNEYS

**Jonathon A. Knoll**



Jon is a product liability attorney in the firm's dangerous pharmaceutical drug and defective medical device practice group. He has served in mass tort leadership roles for Biomet Metal on Metal Hip Replacement System Litigation in Indiana state court, *Gilead Tenofovir Cases*, JCCP No. 5043, as well as the multidistrict litigation *In re: Consolidated Fresenius Cases* (Granuflo). Jon speaks nationally on various topics related to mass tort litigation and has also written articles regarding mass tort litigation for Trial Magazine.

**Laura C. Jeffs**

Laura is a class action and product liability attorney. Her work includes class action privacy claims involving data breaches and consumer protection claims. Laura represents people who have been injured by dangerous pharmaceutical and defective medical devices in litigation involving pain pump devices, hormone replacement therapy, transvaginal mesh implants, tainted steroid injections, talcum powder ovarian cancer claims, and tenofovir drug litigation.



**Mallory K. Schiller**



Mallory is a class action attorney with a focus on complex litigation at both state and federal levels. Her diverse legal background includes successfully representing clients in matters such as civil rights litigation, labor and employment litigation, commercial litigation, constitutional law, regulatory law, special education law, and contract disputes. Previously, Mallory has served as Assistant Attorney General in the Office of the Tennessee Attorney General and as a Federal judicial law clerk for the Eastern and Western Districts of Kentucky.

## Antitrust Cases

- ***In re Bromine Antitrust Litigation,*** U.S. District Court, Southern District of Indiana.
  Liaison Counsel for the class in price-fixing issue. Settlement valued at $9.175 million.

- ***In re Ready-Mixed Concrete Antitrust Litigation,*** U.S. District Court, Southern District of Indiana.
  Co-Lead Counsel in a consolidated class action alleging a price-fixing conspiracy among all of the major Ready-Mixed Concrete suppliers in the Indianapolis area. The total settlements provided for a recovery of $60 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

**COHEN & MALAD, LLP**

ATTORNEYS

- ***In re Iowa Ready-Mix Concrete Antitrust Litigation,*** U.S. District Court, District of Iowa.
  Co-lead counsel in class action alleging a price-fixing conspiracy among major suppliers of Ready-Mixed Concrete in northwest Iowa and the surrounding states. Settlements totaled $18.5 million, which allowed for a net distribution to class members of approximately 100% of their actual damages.

## Consumer Protection Cases

- ***Raab v. R. Scott Waddell, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,*** and ***Raab v. Kent W. Abernathy, in his official capacity as Commissioner of The Indiana Bureau of Motor Vehicles et al.,*** Marion County Indiana, Superior Court.
  Actions on behalf of Indiana drivers who had been systematically overcharged by the Indiana Bureau of Motor Vehicles for driver's licenses, registrations, and other fees. Achieved a combined total $100 million recovery providing either credits or refund checks to over 4 million drivers in amounts that equaled the agreed overcharge amounts.

- ***Moss v. Mary Beth Bonaventura, in her official capacity as Director of The Indiana Department of Child Services, et al.,*** LaPorte County Indiana, Superior Court.
  Action on behalf of Indiana families that adopted special needs children from out of DCS foster care and who were denied an adoption subsidy payment. Achieved settlement over $15 million providing checks to benefit over 1,880 special needs children, with the average settlement check near $5,000 and a substantial number exceeding $10,000.

- ***Coleman v. Sentry Insurance,*** United States District Court, Southern District of Illinois.
  Class action on behalf of insured for failure to honor premium discounted features of automobile insurance policy; Settled for $5.7 million cash fund, with direct payments to class members averaging over $550.

- ***Econo-Med Pharmacy v. Roche,*** United States District Court for the Southern District of Indiana. $17 million common fund recovery in TCPA class action.

- ***Plummer v. Nicor Energy Services Company,*** U.S. District Court, Southern District of Indiana.
  Class counsel in multistate class action on behalf of utility customers for deceptive charges on utility bills. Resolved for $12 million cash settlement.

- ***Price v. BP Products North America Inc.,*** U.S. District Court, Northern District of Illinois.
  Class counsel in multi-state class action on behalf of motorists that purchased contaminated gasoline recalled by BP. Achieved settlement of $7 million.

**COHEN & MALAD, LLP**
ATTORNEYS

- ***Wilmoth et al. v. Celadon Trucking Services***, Marion County Indiana, Superior Court.
  Appointed Class Counsel and obtained judgment, which was upheld on appeal, for approximately $5 million in favor of nationwide class of long-distance drivers who had compensation improperly withheld by Celadon from fuel purchases.

- ***Means v. River Valley Financial Bank, et al.***, Marion County Indiana, Superior Court.
  Action involving prepaid burial goods and services in Madison, Indiana. Cemetery owners and banks who served as the trustees for the prepaid burial funds violated the Indiana Pre-Need Act and other legal duties, which resulted in insufficient funds to provide class members' burial goods and services at death. Settlements valued at $4 million were achieved to ensure that thousands of class members' final wishes will be honored.

- ***Meadows v. Sandpoint Capital, LLC,*** and ***Edwards v. Apex 1 Processing, Inc.,*** Marion County Indiana, Circuit Court.
  Class actions brought against internet-based payday lenders. Settlement provided reimbursement for fees and expenses that exceeded amounts permitted by the Indiana payday loan act.

- ***Edwards v. Geneva-Roth Capital, Inc.,*** Marion County Indiana, Circuit Court. Class action brought against internet-based payday lenders. Achieved settlement over $1 million providing checks for over 6,000 individuals.

- ***Colon v. Trinity Homes, LLC and Beazer Homes Investment Corp,*** Hamilton County Indiana, Superior Court.
  Class counsel in statewide settlement providing for remediation of mold and moisture problems in over 2,000 homes. Settlement valued at over $30 million.

- ***Whiteman v. Time Warner Entertainment Company, L.P.,*** Marion County, Indiana, Superior Court.
  Successfully appealed to the Indiana Supreme Court challenging the application of the voluntary payment doctrine for class of cable subscribers. Following this victory, Cohen & Malad, LLP negotiated a multi-million-dollar settlement for class members.

- ***Hecht v. Comcast of Indianapolis,*** Marion County Indiana, Circuit Court.
  Represented a class of Comcast cable subscribers challenging arbitrarily determined late fees as unlawful liquidated damages. Obtained a multi-million-dollar settlement on the eve of trial.

- ***Littell et al. v. Tele-Communications, Inc. (AT&T) et al.,*** Morgan County, Indiana, Superior Court. Lead counsel in nationwide class action challenging late fee charges imposed by cable television companies. The total value of the nationwide settlement exceeded $106 million.

**COHEN & MALAD, LLP**
ATTORNEYS

- ***Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation,*** U.S. District Court, Southern District of Indiana.
  Court-appointed Liaison Counsel and Executive Committee Member in consolidated litigation involving international distribution of defective tires.

- ***Tuck v. Whirlpool et al.,*** Marion County, Indiana, Circuit Court.
  Appointed Class Counsel in nationwide class action regarding defective microwave hoods. Settlement achieved in excess of $7 million.

- ***Hackbarth et al. v. Carnival Cruise Lines,*** Circuit Court of Dade County, Florida.
  Class Counsel in nationwide action challenging cruise lines' billing practices. Settlement valued at approximately $20 million.

- ***Kenro, Inc. v. APO Health, Inc.,*** Marion County Indiana, Superior Court.
  Appointed Class Counsel in case alleging violations of the Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement negotiated to create a common fund of $4.5 million and provide benefits to class members of up to $500 for each unsolicited fax advertisement received.

- ***Shilesh Chaturvedi v. JTH Tax, Inc. d/b/a Liberty Tax Service,*** Court of Common Pleas, Allegheny County, Pennsylvania.
  Class Counsel in case involving Federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Settlement valued at $45 million.

- ***Kenro, Inc. and Gold Seal Termite and Pest Control Company v. PrimeTV, LLC, and DirecTV, Inc.,*** Marion County Indiana, Superior Court.
  Class Counsel in case involving the federal Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227. Following certification, the parties entered into nationwide settlement providing class members with benefits worth in excess of $500 million.

- ***Econo-Med Pharmacy, Inc. v. Roche Diagnostics Corp. et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in Telephone Consumer Protection Act case alleging medical device company sent unsolicited junk faxes to 60,000 U.S. pharmacies. Settlement for $17 million.

- ***McKenzie et. al. v. Allconnect, Inc.,*** U.S. District Court, Eastern District of Kentucky.
  Class action on behalf of consumers whose highly sensitive personally identifiable information was compromised as a result of a data breach. Settlement for $500,000, five (5) years of credit monitoring services, and monetary payments of $100 to each settlement class member.

**COHEN & MALAD, LLP**

ATTORNEYS

## Bank Fee Cases

- ***Hill v. Indiana Members Credit Union,*** Marion County Indiana, Superior Court.
  Class action on behalf of credit union members who were improperly assessed (1) non-sufficient funds fees on accounts that were never actually overdrawn; (2) multiple non-sufficient funds fees on a single transaction; (3) out of network ATM withdrawal fees; and (4) ATM balance inquiry fees. Settlement for $3 million.

- ***Plummer v. Centra Credit Union,*** Bartholomew County Indiana, Superior Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn. Settlement for $1.5 million.

- ***Terrell et. al. v. Fort Knox Federal Credit Union,*** Hardin County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that were previously authorized on a sufficient available balance and (2) multiple insufficient funds fees on a single transaction. Settlement for $4.5 million.

- ***Martin v. L&N Federal Credit Union,*** Jefferson County Kentucky, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that had sufficient funds to cover the transactions. Settlement for $2.575 million.

- ***Cauley v. Citizens National Bank,*** Sevier County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that did not actually overdraw checking accounts. Settlement for $500,000.

- ***Norwood v. The Camden National Bank,*** Cumberland County Maine, Business and Consumer Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never actually overdrawn and also on phantom transactions—where an accountholder never made a withdrawal request and where an account balance was never reduced. Settlement for $1.2 million.

- ***Tisdale v. Wilson Bank and Trust,*** Davidson County Tennessee, Chancery Court.
  Class action on behalf of consumers who were improperly assessed overdraft fees on transactions that were previously authorized on an account with sufficient funds. Settlement for $550,000.

COHEN & MALAD, LLP

ATTORNEYS

- ***Johnson et. al. v. Elements Financial Credit Union,*** Marion County Indiana, Commercial Court.
  Class action on behalf of consumers improperly assessed (1) overdraft fees on accounts that were never actually overdrawn; and (2) multiple insufficient funds fees on a single transaction. Settlement for $775,000.

- ***Holt v. Community America Credit Union,*** U.S. District Court, Western District of Missouri.
  Class action on behalf of consumers who were improperly assessed overdraft fees on accounts that were never overdrawn and multiple fees on a single item or transaction returned for insufficient funds. Settlement for $2.325 million.

- ***Hawley et. al. v. ORNL Federal Credit Union,*** Anderson County Tennessee, Circuit Court.
  Class action on behalf of consumers who were improperly assessed (1) overdraft fees on transactions that did not actually overdraw checking accounts; (2) overdraft fees on transactions made on the same day that a direct deposit should have been made available to cover the transaction subject to an overdraft fees; and (3) multiple non-sufficient funds fees on a single transaction. Settlement for $470,000.

- ***Graves v. Old Hickory Credit Union,*** Chancery Court of Tennessee.
  Action on behalf of credit union members charged overdraft fees on debit card and ATM transactions when the member's Available Balance was negative, but their Ledger Balance was positive. Settlement for $500,000.

## Human Rights Cases

- ***In re Holocaust Victims Assets Litigation,*** U.S. District Court, Eastern District of New York.
  Selected as one of ten firms from the U.S. to serve on the Executive Committee in the prosecution of a world-wide class action against three major Swiss banks to recover assets from the Nazi era. This litigation resulted in a $1.25 billion settlement in favor of Holocaust survivors.

- ***Kor v. Bayer AG,*** U.S. District Court, Southern District of Indiana.
  Action against an international pharmaceutical company for participating in medical experiments on concentration camp inmates during World War II. This action was resolved as part of a $5 billion settlement negotiated under the auspices of the governments of the U.S. and Germany and led to the creation of the *Foundation for Remembrance, Responsibility and the Future*.

- ***Vogel v. Degussa AG,*** U.S. District Court, District of New Jersey.
  Action against a German industrial enterprise for enslaving concentration camp inmates during World War II for commercial benefit. This action also was resolved in connection with the settlement which created the *Foundation for Remembrance, Responsibility and the Future*.

**COHEN & MALAD, LLP**

ATTORNEYS

## Health Care/Insurance Cases

- ***In re Indiana Construction Industry Trust,*** Marion County, Indiana, Circuit Court.
  Lead Counsel in action against an insolvent health benefits provider from Indiana and surrounding states. Recovered approximately $24 million for enrollees, providing nearly 100% recovery to victims.

- ***Coleman v. Sentry Insurance a Mutual Company,*** United States District Court, Southern District of Illinois.
  Class Counsel on behalf of 6,847 policy holders in 11 states against insurer for breaching refund feature of auto insurance policies, which resulted in recovery of $5,718,825.

- ***Davis v. National Foundation Life Insurance Co.,*** Jay County, Indiana, Circuit Court.
  Class Counsel in action involving insureds who were denied health insurance benefits as a result of National Foundations' inclusion and enforcement of pre-existing condition exclusionary riders in violation of Indiana law. The settlement provided over 85% recovery of the wrongfully denied benefits.

## Securities Fraud Cases

- ***Grant et al. v. Arthur Andersen et al.,*** Maricopa County Arizona, Superior Court.
  Lead counsel in class action arising from the collapse of the Baptist Foundation of Arizona, involving losses of approximately $560 million. Settlement achieved for $237 million.

- ***In re: Brightpoint Securities Litigation,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in securities fraud action that resulted in a $5.25 million settlement for shareholders.

- ***City of Austin Police Retirement System v. ITT Educational Services, Inc., et al,*** U.S. District Court, Southern District of Indiana.
  Co-lead counsel in action alleging misrepresentations by defendant and certain principals concerning enrollment and graduate placement, and a failure to disclose multiple federal investigations into defendant's operations and records.

- ***Beeson and Gregory v. PBC et al.,*** U.S. District Court, Southern District of Indiana.
  Class Counsel in a nationwide class action with ancillary proceedings in the District of Connecticut, and the Southern District of Florida. Multi-million-dollar settlement that returned 100% of losses to investors.

COHEN & MALAD, LLP

ATTORNEYS

- ***In re: Prudential Energy Income Securities Litigation,*** U.S. District Court, Eastern District of Louisiana.
  Counsel for objectors opposing a $37 million class action settlement. Objection successfully led to an improved $120 million settlement for 130,000 class members.

- ***In re: PSI Merger Shareholder Litigation,*** U.S. District Court, Southern District of Indiana.
  Obtained an injunction to require proper disclosure to shareholders in merger of Public Service Indiana Energy, Inc. and Cincinnati Gas & Electric.

- ***Dudley v. Ski World, Inc.,*** U.S. District Court, Southern District of Indiana.
  Class counsel for over 5,000 investors in Ski World stock. Multi-million-dollar settlement.

- ***Stein v. Marshall,*** U.S. District Court, District of Arizona.
  Class Counsel Committee member in action involving the initial public offering of Residential Resources, Inc. Nationwide settlement achieved on behalf of investors.

- ***Dominijanni v. Omni Capital Group, Ltd. et al.,*** U.S. District Court, Southern District of Florida.
  Co-lead counsel in securities fraud class action. Nationwide settlement on behalf of investors.

## Mass Medical Malpractice

- **Weinberger Litigation,** $59 million in settlements.
  This litigation involved 282 plaintiffs who were patients of former ENT surgeon Mark Weinberger of Merrillville, Indiana. This mass medical malpractice included complaints ranging from unnecessary sinus surgeries and negligently performed surgeries to patient abandonment. Weinberger fled the country after more than a dozen medical malpractice lawsuits were filed against him. He was also indicted on 22 counts of health care fraud and was later apprehended at the foot of the Italian Alps. Weinberger was ultimately sentenced to 7 years in prison for insurance fraud. Cohen & Malad, LLP attorneys served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated $59 million in settlements for the people Weinberger harmed.

- **Northwest Indiana Cardiology Group Litigation,** $67 million settlement.
  This litigation involved over 260 claimants who were patients of a cardiology practice in northwest Indiana. This mass tort medical malpractice included complaints of unnecessary heart surgeries, coronary artery stenting, peripheral stenting, and pacemaker and defibrillator implantations, as well as negligent credentialing claims. Cohen & Malad, LLP attorneys are served as Co-Counsel in these medical malpractice lawsuits and successfully negotiated a settlement of over $67 million.

**COHEN & MALAD, LLP**

ATTORNEYS

## Mass Tort Pharmaceutical Drug and Medical Device Litigation

- ***Gilead Tenofovir Cases,*** JCCP No. 5043 *(pending)*
  Cohen & Malad, LLP is currently representing patients against Gilead Sciences who were prescribed its TDF-based drugs to treat HIV, for pre-exposure prophylaxis (PrEP) to mitigate HIV risk, or to treat Hepatitis, and suffered serious kidney and bone injuries. Thousands of cases are pending in the Superior Court for the County of San Francisco, California.

- **Strattice Biologic Mesh** *(pending)*
  Cohen & Malad, LLP is representing patients against LifeCell Corporation and Allergen who suffered injuries, including revision or removal surgeries, after receiving a Strattice mesh product for hernia repairs. These cases are currently pending in New Jersey State Court.

- ***In Re: Zofran (Ondansetron) Products Liability Litigation,*** MDL No. 2657 (D. Mass) (pending)
  Cohen & Malad, LLP serves on the Plaintiff's Steering Committee, Narrative Committee, and Discovery, Briefing, and Science Committees in an action on behalf of women who took Zofran while pregnant and gave birth to a baby who suffered from a serious birth defect.

- ***In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation,*** MDL No. 2738 (D. N.J.) (pending)
  Cohen & Malad, LLP is currently representing women who used Johnson & Johnson's talcum powder products for feminine hygiene and were diagnosed with ovarian cancer. Thousands of cases are currently pending.

- ***In Re: National Prescription Opiate Litigation,*** MDL No. 2804 (N.D. Ohio) (pending)
  Cohen & Malad, LLP is currently representing dozens of Indiana cities and counties in litigation against the manufacturers and distributors of opioid pain medications. This litigation is focused on combating the prescription opioid epidemic and replenishing valuable resources for Indiana communities that have spent vital economic resources responding to public health and safety issues resulting from this epidemic.

- **Biomet Metal on Metal Hip Replacement System** (pending)
  Cohen & Malad, LLP is representing patients in Indiana state court who were implanted with a Biomet M2a metal on metal hip replacement system and suffered serious injuries such as significant pain, tissue destruction, bone destruction, and metallosis. In many cases, revision surgeries were necessary within just a few years of implantation.

- ***In Re: Zantac (Ranitidine) Products Liability Litigation,*** MDL No. 2924, (S.D. FL.) *(pending)*
  Cohen & Malad, LLP is representing patients who were diagnosed with cancer following the use of Zantac (ranitidine). The U.S. Food and Drug Administration issued a recall for all Zantac (ranitidine) drugs including over the counter and prescription formulas on April 1, 2020.

- ***In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Products Liability Litigation,*** MDL No. 2570 (S.D. Ind.) *(pending)*
  Cohen & Malad, LLP is representing patients alleging serious injury related to the use of Cook Medical's inferior vena cava (IVC) filters.

- ***In Re: Prempro Products Liability Litigation,*** MDL No. 1507
  Cohen & Malad, LLP litigated hundreds of claims against Wyeth, the manufacturer of Prempro, for women who took hormone replacement therapy drug Prempro and suffered stroke, heart attacks, endometrial tumors or breast cancers. Wyeth agreed to a global settlement for more than $890 million to settle roughly 2,200 claims.

- **Pain Pump Device Litigation**
  No MDL existed for this litigation. Cohen & Malad, LLP served in a National Coordinated Counsel role. Litigation was against pain pump manufacturers who marketed pain pumps to orthopedic surgeons for continuous intra-articular uses, despite the fact that intra-articular placement of the pain pump catheters was not approved by the FDA. The use of pain pumps in the joint space resulted in deterioration of cartilage, severe pain, loss of mobility or decreased range of motion and use of shoulder.

- **Yaz**
  Cohen & Malad, LLP represented hundreds of women in claims against Bayer over its Yaz and Yasmin birth control oral contraceptive. The drugs contained a synthetic version of estrogen, drospirenone, that was linked to increased risk for blood clots, stroke, and heart attack. As of Jan 2016, Bayer agreed to pay $2.04 billion to settle 10,000+ blood-clot injury claims.

- **Transvaginal Mesh**
  Cohen & Malad, LLP represented hundreds of women in claims against transvaginal mesh manufacturers Ethicon, C.R. Bard, Boston Scientific, and American Medical Systems. Mesh implants are synthetic material used to support organs in women who suffer from pelvic organ prolapse and stress urinary incontinence. The FDA received thousands of complaints from women who suffered serious personal injury including perforated organs, infection, severe pain, and erosion of the mesh.

- ***In Re: Testosterone Replacement Therapy Products Liability Litigation,*** MDL No. 2425 (N.D. Ill.)
  Cohen & Malad, LLP served on the discovery team in action on behalf of men who took drug manufacturers' testosterone replacement therapy products and suffered injuries such as blood clots, heart attacks, strokes and death.

- ***In Re: Consolidated Fresenius Cases (Granuflo),*** MICV2013-3400-O, Commonwealth of Massachusetts, Middlesex County
  Cohen & Malad, LLP served on the Plaintiff's Steering Committee, bellwether discovery program committee, and privilege log committee in an action on behalf of dialysis patients alleging the defendant's dialysis products caused cardiac injuries and death. There was a $250 million global settlement.

# Exhibit B-13

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)



# FIRM RESUME /

# BIOGRAPHY OF GARY M. KLINGER



Milberg Coleman Bryson Phillips Grossman ("Milberg") is an AV-rated international law firm with more than 100 attorneys and offices across the United States, the European Union, and South America. Combining decades of experience, Milberg was established through the merger of Milberg Phillips Grossman LLP, Sanders Phillips Grossman LLC, Greg Coleman Law PC, and Whitfield Bryson LLP.

Milberg prides itself on providing thoughtful and knowledgeable legal services to clients worldwide across multiple practice areas. The firm represents plaintiffs in the areas of antitrust, securities, financial fraud, consumer protection, automobile emissions claims, defective drugs and devices, environmental litigation, financial and insurance litigation, and cyber law and security.

For over 50 years, Milberg and its affiliates have been protecting victims' rights. We have recovered over $50 billion for our clients. Our attorneys possess a renowned depth of legal expertise, employ the highest ethical and legal standards, and pride ourselves on providing stellar service to our clients. We have repeatedly been recognized as leaders in the plaintiffs' bar and appointed to numerous leadership roles in prominent national mass torts and class actions.

> *Milberg challenges corporate wrongdoing through class action, mass tort, consumer and shareholder right services, both domestically and globally.*

In the United States, Milberg currently holds more than 100 court-appointed full- and co-leadership positions in state and federal courts across the country. Our firm has offices in California, Chicago, Florida, Georgia, Illinois, Kentucky, Louisiana, Mississippi, New Jersey, New York, North Carolina, South Carolina, Tennessee, Washington, Washington D.C., and Puerto Rico. Milberg's commitment to its clients reaches beyond the United States, litigating antitrust, securities, and consumer fraud actions in Europe and South America, with offices located in the United Kingdom, and the Netherlands. Milberg prides itself on providing excellent service worldwide.

The firm's lawyers have been regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, Time Magazine, Lawdragon, and Super Lawyers, among others.

> *"A powerhouse that compelled miscreant and recalcitrant businesses to pay billions of dollars to aggrieved shareholders and customers."*
> – THE NEW YORK TIMES

# PRACTICE AREAS

## SECURITIES FRAUD

Milberg pioneered the use of class action lawsuits to litigate claims involving investment products, securities, and the banking industry. Fifty years ago, the firm set the standard for case theories, organization, discovery, methods of settlement, and amounts recovered for clients. Milberg remains among the most influential securities litigators in the United States and internationally.

Milberg and its attorneys were appointed Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases throughout its history.

## ANTITRUST & COMPETITION LAW

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## FINANCIAL LITIGATION

For over fifty years, Milberg's Antitrust Practice Group has prosecuted complex antitrust class actions against defendants in the healthcare, technology, agriculture, and manufacturing industries engaged in price-fixing, monopolization and other violations of antitrust law and trade restraints.

## CONSUMER PROTECTION

Milberg's Consumer Protection Practice Group focuses on improving product safety and protecting those who have fallen victim to deceptive marketing and advertising of goods and services and/or purchased defective products. Milberg attorneys have served as Lead Counsel and Co-Lead Counsel in hundreds of federal, state, and multidistrict litigation cases alleging the sale of defective products, improper marketing of products, and violations of consumer protection statutes.

## DANGEROUS DRUGS & DEVICES

Milberg is a nationally renowned firm in mass torts, fighting some of the largest, wealthiest, and most influential pharmaceutical and device companies and corporate entities in the world. Our experienced team of attorneys has led or co-led numerous multidistrict litigations of defective drugs and medical devices.

## EMPLOYMENT & CIVIL RIGHTS

Milberg's Employment & Civil Rights attorneys focus on class actions and individual cases nationwide arising from discriminatory banking and housing practices, unpaid wages and sales commissions, improperly managed retirement benefits, workplace discrimination, and wrongful termination.

## ENVIRONMENTAL LITIGATION & TOXIC TORTS

Milberg's Environmental Litigation & Toxic Torts Practice Group focuses on representing clients in mass torts, class actions, multi-district litigation, regulatory enforcement, citizen suits, and other complex environmental and toxic tort matters. Milberg and its attorneys have held leadership roles in all facets of litigation in coordinated proceedings, with a particular focus on developing the building blocks to establish general causation, which is often the most difficult obstacle in an environmental or toxic tort case.

## STATE & LOCAL GOVERNMENTS

Milberg attorneys are dedicated to defending the Constitutional and statutory rights of individuals and businesses that are subjected to unlawful government exactions and fees by state and local governments or bodies.

## CYBERSECURITY & DATA PRIVACY

Milberg is a leader in the fields of cyber security, data breach litigation, and biometric data collection, litigating on behalf of clients — both large and small — to change data security practices so that large corporations respect and safeguard consumers' personal data.

## APPELLATE

Consisting of former appellate judges, experienced appellate advocates, and former law clerks who understand how best to present compelling arguments to judges on appeal and secure justice for our clients beyond the trial courts, Milberg's Appellate Practice Group boasts an impressive record of success on appeal in both state and federal courts.

# LEADERSHIP ROLES

In re: Google Play Consumer Antitrust Litigation

In re: Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation

In re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices & Products Liability Litigation

In re: Blackbaud Inc., Customer Data Breach Litigation

In re: Paragard IUD Products Liability Litigation

In re: Seresto Flea & Tick Collar, Marketing Sales Practices & Product Liability Litigation

In re: All-Clad Metalcrafters, LLC, Cookware Marketing and Sales Practices Litigation

In re: Allergan Biocell Textured Breast Implant Products Liability Litigation

In re: Zicam Cold Remedy Marketing, Sales Practices and Products Liability Litigation

In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation

In re: Ortho Evra Products Liability Litigation

In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation

In re: Kugel Mesh Hernia Patch Products Liability Litigation

In re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation

In re: Stand 'N Seal Products Liability Litigation

In re: Chantix (Varenicline) Products Liability Litigation

In re: Fosamax (alendronate Sodium) Products Liability Litigation

In re: Benicar (Olmesartan) Products Liability Litigation

In re: Onglyza (Saxagliptin) & Kombiglyze Xr (Saxagliptin & Metformin) Products Liability Litigation

In re: Risperdal and Invega Product Liability Cases

In re: Mirena IUS Levonorgestrel-Related Products Liability Litigation

In re: Incretin-based Therapies Product Liability Litigation

In re: Reglan/Metoclopromide

In re: Levaquin Products Liability Litigation

In re: Zimmer Nexgen Knee Implant Products Liability Litigation

In re: Fresenius Granuflo/NaturaLyte Dialysate Products Liability Litigation

In re: Propecia (Finasteride) Products Liability Litigation

In re: Transvaginal Mesh (In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation; In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation; In Re Boston Scientific, Inc., Pelvic Repair System Products Liability; In Re American Medical Systems, Pelvic Repair System Products Liability, and others)

In re: Fluoroquinolone Product Liability Litigation

In re: Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation

In re: Recalled Abbott Infant Formula Products Liability Litigation

Home Depot, U.S.A., Inc. v. Jackson

Webb v. Injured Workers Pharmacy, LLC

# NOTABLE RECOVERIES

### $4 Billion Settlement

In re: Prudential Insurance Co. Sales Practice Litigation

### $3.2 Billion Settlement

In re: Tyco International Ltd., Securities Litigation

### $1.14 Billion Settlement

In Re: Nortel Networks Corp. Securities Litigation

### $1 Billion-plus Trial Verdict

Vivendi Universal, S.A. Securities Litigation

### $1 Billion Settlement

NASDAQ Market-Makers Antitrust Litigation

### $1 Billion Settlement

W.R. Grace & Co.

### $1 Billion-plus Settlement

Merck & Co., Inc. Securities Litigation

### $775 Million Settlement

Washington Public Power Supply System Securities Litigation

### $586 Million Settlement

In re: Initial Public Offering Securities Litigation

# GARY M. KLINGER

**Gary M. Klinger** is a Senior Partner at Milberg. Mr. Klinger is recognized as one of the most respected class action attorneys in the United States, having been ranked by Chambers and Partners, and having been selected to Lawdragon's 500 Leading Litigators in America.[1] Law360 recently highlighted Mr. Klinger's work in the class action space.[2]

Mr. Klinger has extensive experience serving as leadership in numerous class actions, including as lead or co-lead counsel.[3] Mr. Klinger has also successfully litigated class actions through class certification. *E.g., Karpilovsky v. All Web Leads, Inc.*, No. 17 C 1307, 2018 WL 3108884, at *1 (N.D. Ill. 2018).

Mr. Klinger has settled and won court approval of more than one hundred (100) class actions in state and federal courts across the country as lead or co-lead counsel. Representative cases include:

- *Parris, et al., v. Meta Platforms, Inc.*, Case No.2023LA000672 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger serves as lead counsel and obtained a settlement of $64.5 million for 4 million consumers in a privacy class action);

- *Boone v. Snap, Inc.*, Case No. 2022LA000708 (18th Cir. DuPage Cty., Ill.) (where Mr. Klinger served as lead counsel and obtained a settlement of $35 million for 3 million consumers in a privacy class action);

- *In re: East Palestine Train Derailment*, No. 23-cv-00242 (N.D. Ohio) (where Mr. Klinger serves on the leadership team that obtained a settlement of $600 million in a complex class action).

---

[1]*See* https://chambers.com/lawyer/gary-klinger-usa-5:26875006; https://www.lawdragon.com/guides/2023-09-08-the-2024-lawdragon-500-leading-litigators-in-america.

[2] https://www.law360.com/articles/1854005/rising-star-milberg-s-gary-klinger.

[3] See, e.g., *Isiah v. LoanDepot, Inc.*, 8:24-cv-00136-DOC-JDE (C.D. Cal.) (where Mr. Klinger is co-lead counsel in a class action involving more than 17 million consumers); *In re MoveIt Customer Data Security Breach Litigation*, 1:23-md-03083 (D. Mass.) (where Mr. Klinger was appointed to the leadership committee in multi-district litigation that impacted more than 95 million consumers).

# LOCATIONS

### PUERTO RICO
1311 Avenida Juan Ponce de León
San Juan, Puerto Rico 00907

### CALIFORNIA
280 South Beverly Drive, Penthouse
Beverly Hills, California 90212

402 West Broadway, Suite 1760
San Diego, California 92101

### FLORIDA
201 Sevilla Avenue, Suite 200,
Coral Gables, Florida 33134

3833 Central Avenue
St. Petersburg, Florida 33713

### ILLINOIS
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606

### LOUISIANA
5301 Canal Boulevard
New Orleans, Louisiana 70124

### MICHIGAN
6905 Telegraph Road, Suite 115
Bloomfield Hills, Michigan 48301

### NEW JERSEY
1 Bridge Plaza North, Suite 675
Fort Lee, New Jersey 07024

### NEW YORK
100 Garden City Plaza, Suite 500
Garden City, New York 11530

405 E 50th Street
New York, New York 10022

### NORTH CAROLINA
900 West Morgan Street
Raleigh, North Carolina 27603

5 West Hargett Street, Suite 812
Raleigh, North Carolina 27601

### SOUTH CAROLINA
825 Lowcountry Blvd, Suite 101
Mount Pleasant, South Carolina 29464

### TENNESSEE
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929

### WASHINGTON
1420 Fifth Ave, Suite 2200
Seattle, Washington 98101

17410 133rd Avenue, Suite 301
Woodinville, Washington 98072

### WASHINGTON, D.C.
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015

### NETHERLANDS

### UNITED KINGDOM



# Exhibit B-14

*In re Bio-Lab Class Actions*, No. 24-cv-04407-SEG

The *Tartt* Group's Application for Interim Leadership Appointments

Pursuant to Rule 23(g)

## GIBSON CONSUMER LAW GROUP, LLC

MaryBeth V. Gibson is the founding member of Gibson Consumer Law Group, LLC in Atlanta, Georgia. MaryBeth graduated *cum laude* with a B.S. in Biochemistry from the University of Georgia and earned her *juris doctorate* from the University of Georgia School of Law graduating *cum laude*. MaryBeth practiced law in Atlanta initially for a large defense firm before creating a class action consumer practice at a litigation boutique. She opened her own firm in 2024 where she continues to represent class members in a variety of industries. MaryBeth specializes in complex civil litigation, including data privacy litigation, data breach and misuse, business litigation, consumer fraud, corporate fraud, and mass torts. MaryBeth regularly provides trusted advice on complex discovery matters involving ESI, records retention, preservation strategies and compliance with legal process. MaryBeth serves as Chair for the Consumer Privacy/Data Breach Litigation Group for the American Association for Justice and serves as Co-Chair of the Georgia State Bar e-Discovery and Use of Technology Section. MaryBeth has been selected to The Sedona Conference Working Group 1 Drafting Team on Privilege Logs and Electronic Document Retention and Production and is a co-author of the Commentary on Privilege logs, 25 Sedona Conf. J.221 (2024). She was also selected to and Working Group 11 Data Security and Privacy's Brainstorming Group for Data Security and Privacy in Healthcare and Brainstorming Group Exploring Greater Efficiencies in Data Breach and Privacy Class Action Litigation. MaryBeth is retained to act as Special-Counsel to law firms throughout the United States assisting in complex civil litigation. She has litigation and trial experience in state, federal and appellate courts, as well as mediation and arbitration experience.

MaryBeth has been appointed and serves in leadership positions in a number of multidistrict litigation and class action cases in the area of privacy and data breaches. Representative cases include the following:

- *Bracy v. Americold Logistics, LLC,* United States District Court for the Northern District of Georgia, Atlanta Division, Judge Thomas W. Thrash, Jr., Case No. 1:23-cv-05743-TWT (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *Kolstedt v. TMX Finance Corporate Services, Inc., et. al.,* United States District Court for the Southern District of Georgia, Savannah Division, Judge R. Stan Baker, Case No. 4:23-cv-00076-RSB-CLR, (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *Miller v. NextGen Healthcare, Inc.,* United States District Court for the Northern District of Georgia, Atlanta Division, Judge Thomas W. Thrash, Jr., Case No. 1:23-cv-02043 -TWT, (MaryBeth V. Gibson, Interim Co-Lead Counsel);
- *In Re: Overby Seawell Company Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, MDL No. 3056 (MaryBeth V. Gibson, Interim Co-Lead Class Counsel);
- *In Re: Marriott International Customer Data Security Breach Litigation*, United States District Court for the District of Maryland, Judge John Preston Bailey, MDL No. 2879 (MaryBeth V. Gibson, individual appointment by Judge Grimm to Plaintiffs' Steering Committee);

- *Baker, et al. v. ParkMobile, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division (data breach action), Judge Steven C. Jones, Case No.: 1:21-cv-02182 (MaryBeth Gibson, Co-Lead Counsel);
- *Harrington v. Elekta, Inc.*, United States District Court for the Northern District of Georgia, Judge Steven D. Grimberg, Case No. 1:21-cv-03997-SDG (MaryBeth V. Gibson, Interim Liaison Counsel);
- *Sherwood, et al. v Horizon Actuarial Services, LLC*, United States District Court for the Northern District of Georgia, Atlanta Division, Judge Eleanor L. Ross, Case No.: 1:22-cv-01495-ELR, (MaryBeth V. Gibson, Liaison Counsel);
- *Kleeberg, et al. v. St. Joseph's/Candler Health System, Inc.*, State Court of Chatham County, Judge Elizabeth Coolidge, Case No. STCV21-01638, (MaryBeth V. Gibson, Co-Lead Counsel);
- *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, Judge Thomas W. Thrash, Jr., MDL No. 2583 (MaryBeth V. Gibson, Plaintiffs' Steering Committee for Financial Institutions, Chair of Discovery Committee);
- *In Re: Equifax, Inc., Data Security Breach Litigation*, United States District Court for the Northern District of Georgia, Judge, Thomas W. Thrash, Jr., MDL No. 2800 (MaryBeth V. Gibson, Plaintiffs' Steering Committee); and,

MaryBeth's representative cases also include cases involving session replay, tracking and violations of wiretapping statutes:

- *In Re TikTok, Inc., Consumer Privacy Litigation,* United States District Court for the Northern District of Illinois, Judge Rebecca R. Pallmeyer, MDL No. 2948-A (MaryBeth V. Gibson, appointed to Plaintiffs' Sterring Committee);
- *In Re: BPS Direct, LLC, and Cabela's, LLC, Wiretapping,* United States District Court for the Eastern District of Pennsylvania, Judge J. Kearney, MDL No. 3074 (MaryBeth V. Gibson, appointed to Plaintiffs' Steering Committee);

MaryBeth also serves as class counsel in other cases involving complex litigation. Representative cases include the following:

- *Moussa Kouyate, individually and on behalf of all others similarly situated, v. NUK USA LLC, et. al.,* Civil Action No. 1:24-cv-04020, United States District Court for the Northern District of Georgia, Judge Sarah E. Geraghty (class action involving allegations of greenwashing) (MaryBeth V. Gibson, Class Counsel);
- *Tara Kulwicki, on behalf of herself and all others similarly situated, v. Cobbb Hospital, Inc., a/k/a Wellstar Cobb Hospital, Inc., and Wellstar Health System, Inc.,* Case No.: 1:24-cv-04658, United States District Court for the Northern District of Georgia, Judge Michael L. Brown (class action involving discriminatory practices and violations of Title VII) (MaryBeth V. Gibson, Class Counsel);

- *Tara Kulwicki, on behalf of herself and all others similarly situated, v. AETNA, Inc. and AETNA Life Insurance Company*, United States District Court for the District of Connecticut, Case No.: 3:22-cv-229, Judge Robert Chatigny, (class action involving disparate treatment in violation of the Affordable Care Act) (MaryBeth V. Gibson, Class Counsel);
- *Varela v. State Farm Mutual Automobile Insurance Company*, United States District Court for the District of Minnesota, Case No.: 1:0:22-cv-00970, Judge John R. Tunheim United States District Court for the District of Minnesota (involving application of typical negotiation reduction) (MaryBeth V. Gibson, Class Counsel);
- Class counsel to parties adverse to *Holiday Hospitality Franchising, LLC, Six Continents Hotels, Inc. d/b/a Intercontinental Hotels Group and IHG Owners Association, Inc. ("IHG")*, United States District Court for the Northern District of Georgia, consolidated for pre-trial matters before Judge Eleanor L. Ross, involving franchisee/franchisor dispute. *See Park 80 Hotels LLC, et al v. IHG*, Civil Action No. 2:21-cv-4650 -ELR, *PH Lodging Tomball, LLC v. IHG*, Civil Action No. 1:21-CV-5072- SDG, *Bensalem Loding Associates LLC v. IHG*, Civil Action No. 1:21-cv-5081-LMM, *Synergy Hotels, LLC v. IHG*, Civil Action No. 1:21-cv-5164-MHC (MaryBeth V. Gibson, Class Counsel);

MaryBeth also has served as class counsel in mass tort cases. Representative cases include the following:

- *In Re: Depuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Ohio, Judge David A. Katz, MDL No. 2197 (MaryBeth V. Gibson, Science Committee);
- *In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, United States District Court for the Northern District of Texas, Judge Ed Kinkeade, MDL No. 2244 (MaryBeth V. Gibson, Science Committee); and,
- *In Re Vioxx Products Liability Litigation,* United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon, MDL No. 1657 (MaryBeth V. Gibson, Counsel).

MaryBeth is a member of the Georgia Association for Women Lawyers, Inc. ("GAWL"), Women In eDiscovery, The State Bar of Georgia, The American Bar Association, The Atlanta Bar Association, and The Sandy Springs Bar Association. MaryBeth participates on various panels at conferences concerning data privacy and was recently a panelist at the 2023 NetDiligence Cyber Risk Summit. She has also been selected as Georgia Trend's Legal Elite: Georgia's Most Effective Lawyers.

MaryBeth is admitted to practice:

Georgia, 1990; Supreme Court of Georgia, 2022; U.S. District Court for the Northern District of Georgia, 1990; U.S. District Court for the Middle District of Georgia, 1991; U.S. District Court for the Southern District of Georgia, 2024; Eleventh Circuit Court of Appeals, 2016; Fourth Circuit Court of Appeals, 2021; Ninth Circuit Court of Appeals, 2022; Eighth Circuit Court of Appeals, 2023; and, Third Circuit Court of Appeals, 2024.