## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**FANNIE AND ALBERT TARTT,**
individually and on behalf of all others
similarly situated,

        Plaintiffs,

        v.

**BIO-LAB, INC.,** and **KIK
CONSUMER PRODUCTS INC.,**

        Defendants.

**CASE NO.** 1:24-cv-04407-SEG

## <u>NOTICE OF FILING PROOF OF SERVICE</u>

Plaintiffs file this Notice of Filing Proof of Service of the Civil Action File

Sheet, Summons, Plaintiff's Amended Class Action Complaint on KIK

International LLC, which is attached as Exhibit A.

Dated:  December 2, 2024.

        Respectfully submitted,

        */s/ J. Cameron Tribble*
        Roy E. Barnes
        Georgia Bar No. 039000
        J. Cameron Tribble
        Georgia Bar No. 754759
        John R. Bevis
        Georgia Bar No. 056110
        Kristen Tullos Oliver
        Georgia Bar No. 941093
        **BARNES LAW GROUP, LLC**
        31 Atlanta Street

Marietta, GA 30060
Telephone: (770-227-6375
Facsimile: (770) 227-6373
E-Mail: roy@barneslawgroup.com
E-Mail: bevis@barneslawgroup.com
E-Mail: ctribble@barneslawgroup.com
E-Mail: ktullos@barneslawgroup.com

Adam J. Levitt*
Daniel R. Flynn*
Anna Claire Skinner
Georgia Bar No. 797021
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
E-Mail: alevitt@dicellolevitt.com
E-Mail: dflynn@dicellolevitt.com
E-Mail: askinner@dicellolevitt.com

L. Chris Stewart
Georgia Bar No. 142289
Justin Miller
Georgia Bar No. 001307
**STEWART MILLER SIMMONS
TRIAL ATTORNEYS**
55 Ivan Allen Jr. Blvd, Suite 700
Atlanta, GA 30308
E-Mail: cstewart@smstrial.com
E-Mail: jmiller@smstrial.com

Robert S. Libman*
Roisin Duffy-Gideon*
**MINER, BARNHILL & GALLAND,
P.C.**
325 N. LaSalle St., Ste. 350
Chicago, IL 60654
Telephone: (312) 751-1170
E-Mail: rlibman@lawmbg.com
E-Mail: rduffy@lawmbg.com

2

Edward J. Manzke*
Shawn Collins*
**THE COLLINS LAW FIRM, PC**
1770 Park St., Ste. 200
Naperville, IL 60563
Telephone: (630) 527-1595
E-Mail: shawn@collinslaw.com
E-Mail: ejmanzke@collinslaw.com

*Pro Hac Vice forthcoming.*

**Counsel for Plaintiffs and the
Proposed Class**

Exhibit A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:24-cv-04407-SEG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **KIK International LLC c/o The Corporation Trust Company, Registered Agent**
was recieved by me on  **11/20/2024:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **The Corporation Trust Company**, who is designated by law to accept service of process on
behalf of **KIK International LLC c/o The Corporation Trust Company, Registered Agent** at **1209 N Orange St,
Wilmington, DE 19801** on **11/21/2024 at 10:41 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 210.00** for services, for a total of **$ 210.00**.

I declare under penalty of perjury that this information is true.

Date:  11/21/2024

_____
*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St
Wilmington, DE 19802**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, FIRST AMENDED CLASS ACTION COMPLAINT; SUMMONS IN A CIVIL ACTION,  to The
Corporation Trust Company, Registered Agent with identity confirmed by subject stating their name. The individual
accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 25-35
years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.  I confirmed that Nadia Bellamy is authorized to
accept service.**




Tracking #: **0149682224**

## <u>CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE</u>

Pursuant to Local Rule 5.1C, ND Ga. I hereby certify that on this date I electronically filed the foregoing **NOTICE OF FILING PROOF OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 2nd day of December, 2024.

Respectfully submitted,

*/s/ J. Cameron Tribble*
Roy E. Barnes
Georgia Bar No. 039000
J. Cameron Tribble
Georgia Bar No. 754759
John R. Bevis
Georgia Bar No. 056110
Kristen Tullos Oliver
Georgia Bar No. 941093
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Telephone: (770-227-6375
Facsimile: (770) 227-6373
E-Mail: roy@barneslawgroup.com
E-Mail: bevis@barneslawgroup.com
E-Mail: ctribble@barneslawgroup.com
E-Mail: ktullos@barneslawgroup.com

4