# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Bio-Lab Class Actions | CIVIL ACTION FILE No. 1:24-CV-4407-SEG |

## ORDER LIFTING RESTRICTIONS ON MEDIA

Certain counsel seek an order permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom on December 5, 2024 at 10:00 A.M. in Courtroom 2306, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Accordingly:

1.      Counsel may use portable computers, cellular telephones, and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4.

2.      Specifically, the following attorneys are permitted to bring electronic devices, including one each of cellular telephones, a portable computer and an

electronic tablet computer (such as an iPad), to Courtroom 2306 on December 5, 2024:

- Roy E. Barnes
- James Bilsborrow
- M.J. Blakely
- Michael A. Caplan
- Jason Carter
- Mark P. Chalos
- Christopher L. Coffin
- Michael L. Eber
- Felicia H. Ellsworth
- Daniel Rock Flynn
- MaryBeth V. Gibson
- Jean Sutton Martin
- Roger Orlando
- Frank Petosa
- Serena Premjee
- Rene Rocha
- Alan E. Schoenfeld
- L. Chris Stewart
- James Gerard Stranch
- Lynn Toops
- J. Cameron Tribble
- Jane D. "Danny" Vincent

3. Counsel are prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4. Counsel shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.

IT IS SO ORDERED, this 3rd day of December, 2024.

_____
Sarah E. Geraghty
United States District Judge