UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: BIO-LAB CLASS ACTIONS | CIVIL ACTION NO. 1:24-CV-4407-SEG |

## NOTICE OF FILING PROPOSED PRETRIAL ORDER REGARDING PLAINTIFFS' COUNSEL'S TIME AND EXPENSE SUBMISSIONS

Plaintiffs file this Notice of Filing Proposed Pretrial Order regarding Plaintiffs' Counsel's Time and Expense Submissions, which is attached as Exhibit A.

Dated: January 10, 2025.

Respectfully submitted,

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
ctribble@barneslawgroup.com

*Interim Liaison Counsel*

Daniel R. Flynn*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com

Jason J. Carter
Ga. Bar No. 141669
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street, Suite 3900
Atlanta, Georgia 3030
Telephone: (404) 881-4100
carter@bmelaw.com

Jean Sutton Martin*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com

L. Chris Stewart
Ga. Bar No. 142289
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Boulevard, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 529-3476
cstewart@smstrial.com

*Interim Co-Lead Class Counsel*

**Pro Hac Vice*

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, ND Ga. I hereby certify that on this date I electronically filed the foregoing **NOTICE OF FILING PROPOSED PRETRIAL ORDER REGARDING PLAINTIFFS' COUNSEL'S TIME AND EXPENSE SUBMISSIONS** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 10th day of January, 2025.

> Respectfully submitted,
>
> */s/ J. Cameron Tribble*
> J. Cameron Tribble
> Georgia Bar No. 754759
> **BARNES LAW GROUP, LLC**
> 31 Atlanta Street
> Marietta, GA 30060
> Telephone: (770-227-6375
> Facsimile: (770) 227-6373
> E-Mail: ctribble@barneslawgroup.com