EXHIBIT B



**Jeffrey W. Cown, Director**

**EPD Director's Office**
2 Martin Luther King, Jr. Drive
Suite 1456, East Tower
Atlanta, Georgia 30334
404-656-4713

09/12/2023

Mr. Travis Gladish
Director of Process Safety
Bio-Lab, Inc.
1700 Old Covington Hwy SW
Conyers, GA 30012

        RE: Proposed Consent Order
           Bio-Lab, Inc.
           NPDES Permit No. GA0046779
           Conyers, Rockdale County

Dear Mr. Gladish:

  The above referenced permit expired on June 30, 2023. The enclosed Consent Order (Order) contains provisions for the continued operation of the above referenced facility until a new permit can be issued by EPD. If you accept the terms of this Order, please send the signed Order immediately via e-mail to Sarita Banjade at Sarita.Banjade@dnr.ga.gov and return the hard copy to the following address:

       Georgia Environmental Protection Division
         Watershed Compliance Program
    2 Martin Luther King, Jr. Drive, Suite 1470A East
          Atlanta, Georgia 30334

  We urge your prompt attention to this matter. If you have any questions, please contact Eric Anderson at 470-610-4322 or Eric.Anderson1@dnr.ga.gov.

            Sincerely,

            *Jeffrey W. Cown*

            Jeffrey W. Cown
            Director

Attachments: Proposed Consent Order

cc: Travis Gladish; tgladish@kikcorp.com
   Mr. Dexter Porter; dexter.porter@biolabinc.com