# EXHIBIT C

# Tier 2 Online Submission Report
### E-Plan - University of Texas at Dallas
### Reporting period : From January 1, 2023 to December 31, 2023

| | | | |
|---|---|---|---|
| **Facility Name** | Bio-Lab, Inc. | **Facility ID** | 7433956 |
| **Company Name** | Bio-Lab Inc | **Facility Email** | msmith1@kikcorp.com |
| **Department Name** | MANUFACTURING FACILITY | **Mailing Address** | 1700 Old Covington Hwy. , Conyers , GA - 30012 |
| **Physical Address** | 1700 Old Covington Hwy. , Conyers,  Rockdale county , GA - 30012 , USA | **Latitude / Longitude** | 33.671111 / -84.045278 |
| **Max. No. of Occupants** | 350     [x] Manned   [ ] Unmanned | **Emergency 24-Hour Phone Number** | 770-235-9592 |
| **NAICS** | 325998 - All Other Miscellaneous Chemical Product and Preparation Manufacturing | **Dun & Bradstreet** | 003286218 - |
| **TRI Facility ID** | | **RMP Facility ID** | |
| **Fire District** | | | |

**Subject to Emergency Planning under Section 302 of EPCRA (40 CFR part 355)?**     [ ] Yes  [x] No

**Subject to Chemical Accident Prevention under Section 112(r) of CAA (40 CFR part 68, Risk Management Program)?**     [ ] Yes  [x] No

**Facility Note**     SDS are housed on site to specify hazards not otherwise classified.

| Contact Information | Name (Title) | Phone | Email | Address |
|---|---|---|---|---|
| Emergency Contact | Michael  Smith (VP EHS) | 7702359592 (24-hour) 7702359592 (Mobile - Cell) | msmith1@kikcorp.com | 1700 Old Covington Hwy, Conyers, Rockdale, , GA - 30013, USA |
| Emergency Contact | Dexter  Porter (Assistant Plant Manager) | 404-787-1185 (24-hour) 404-787-1185 (Work) | dexter.porter@biolabinc.com | 1700 Old Covington Highway SW, Conyers, Rockdale, , GA - 30012, USA |
| Facility Phone | Bio-Lab Inc. | 770-483-2600 (FP) | Tgladish@kikcorp.com | , , , ,  - , USA |
| Owner / Operator | Porter  Dexter (Assistant General Manager) | 4047871185 (24-hour) 770-483-2600 x 309599 (Work) | dexter.porter@biolabinc.com | 1700 Old Covington Highway SW, Conyers, Rockdale, , GA - 30012, USA |
| Tier II Information Contact | Michael  Smith (VP EHS) | 7702359592 (24-hour) 7702359592 (Mobile - Cell) | msmith1@kikcorp.com | 1700 Old Covington Hwy, Conyers, Rockdale, , GA - 30013, USA |

## Chemical Inventory Information

| Chemical Description | Physical Hazards | Health Hazards | Inventory | Mixture components | Storage locations and codes (Non- Confidential) |
|---|---|---|---|---|---|
| CAS   Trade Secret [ ] Chem. Name 50 PCT PBTC Pure [ ] Mixture [X] Solid [ ] Liquid [X] Gas [ ] | Explosive [ ] Flammable (gases, aerosols, liquids, or solids) [ ] | Acute toxicity (any route of exposure) [ ] Skin corrosion or irritation [ ] | 928,698 Max. Daily Amount 696,523 Avg. Daily Amount | | 1) Plant 9 Section B: Type Tote bin, Pressure Ambient |