EXHIBIT D

# UPDATES REGARDING BIOLAB'S CONYERS FACILITY

[(https://www.kikcorp.com/)](https://www.kikcorp.com/)

**October 4, 2024 – 9:00 AM**

"Since Sunday, BioLab's senior team has been onsite working diligently as part of the Unified Command response team of first responders under the leadership of the Rockdale Fire Department to address a fire at a warehouse at our Conyers facility. We are incredibly grateful to all of the first responders and thankful that no injuries have been reported at the site.

This has been a complex process that has required careful planning and execution, under the oversight of the Unified Command, to ensure the health and safety of the communities surrounding our Conyers facility.

The first priority was to extinguish the fire at the warehouse, which stored raw chemicals and components. The fire and the water used to extinguish it resulted in smoke emanating from the facility. Additionally, when the chemicals stored in our facility come into contact with water, they slowly release chlorine – as they are intended to do when sanitizing a swimming pool. This release, and the water that was needed to control it, have contributed to the ongoing visible haze over our facility.

Right now, our focus is neutralizing the wet chemical product to mitigate the continued reaction. We have deployed two specialist hazmat crews from Mississippi and Louisiana to support the remediation efforts, engaged two water management companies, and have also engaged technical chemical experts. Air emissions are being actively monitored at the site and in the community by state, local and federal authorities. We are also working to remove any debris carried off-site by the wind, and activated a team tasked with collecting debris.

In the meantime, we recognize that members of our community have had questions and concerns. We are partnering closely with government agencies, and residents can also find updates on their websites below:

1. Rockdale County: www.rockdalecountyga.gov/updates-on-bio-fire-9-29-24
2. Georgia Emergency Management: www.gema.georgia.gov/rockdale-county-biolab-fire-1
3. U.S. EPA: www.epa.gov/ga/conyers-ga-biolab-fire

Importantly, BioLab has a number of initiatives underway to support the community, of which we are a part:

1. We are standing up a local Community Assistance Center, which will provide a central in-person location for individuals to walk in and receive information about accessing available services.

2. Our donations to local organizations thus far include Rockdale Emergency Fund and United Way of Greater Atlanta to support them in their efforts to assist local residents.
3. We are working to identify ways to support local businesses here in Conyers over the course of this situation.

We are engaged with residents, government officials, and other community stakeholders to identify other ways to assist the community to ensure that local residents and businesses have the support they need. Our community's input is incredibly important to us, and we are committed to using every resource necessary to making this right."

**October 2, 2024 – 8:00 PM**

"We remain fully focused on remediating the situation at our Conyers facility, and we are incredibly grateful for the efforts of the Unified Command and first responders. Since our last update, working as part of the Unified Command, we have continued to make progress in mitigating the situation at our facility, and we deeply regret the impact of the incident on our community. Our executive leadership team is on the ground and engaging directly with local representatives and stakeholders on how we can best provide support; we will make further updates in this regard."

**September 30, 2024 – 9:00 PM**

"Our top priority remains ensuring the community's safety. We are grateful to the partnership with first responders and local and federal authorities as we together work non-stop to remediate the ongoing situation at our Conyers, Georgia facility. We have made significant progress throughout the day, assisted by the deployment of out-of-state specialist support, and note Rockdale County's announcement tonight ending the shelter in place advisory effective immediately. Air emissions are being actively monitored at the site and in the community by state, local, and federal authorities and we are supporting the efforts of local authorities as part of the Unified Command response to the incident."

**September 30, 2024 – 9:00 AM**

"Our top priority is ensuring the community's safety, and our teams are working around-the-clock to respond to the ongoing situation at our facility in Conyers, Georgia. We continue to work collaboratively with first responders and local authorities and have deployed specialized teams from out of state to the site to bolster and support their efforts. We are all focused on remediating the situation as rapidly as possible."

**September 29, 2024**

"We are actively responding to an occurrence at our facility in Conyers, Georgia. Our employees are accounted for with no injuries reported. Our team is on the scene, working with first responders and local authorities to assess and contain the situation. As

always, the safety of our community remains our top priority."

Media inquiries can be sent to Kekst CNC at KekstBioLab@kekstcnc.com (mailto:KekstBioLab@kekstcnc.com).



As one of North America's largest independent manufacturers of consumer products, KIK helps a large portfolio of brands and retailers bring their products to life.

© 2024 KIK Consumer Products Inc. All Rights Reserved.

## SITEMAP

Home (https://www.kikcorp.com/)
Our Products (https://www.kikcorp.com/our-products/)
Our Company (https://www.kikcorp.com/our-company/)
Careers (https://www.kikcorp.com/careers/)
Contact Us (https://www.kikcorp.com/contact-us/)
News & Events (https://www.kikcorp.com/news-and-events/)

 (https://www.linkedin.com/company/kik-consumer-products/about/)

## LINKS

SDS (Pool) (https://kik-sds.thewercs.com/?searchpage=NAPOOL&location=BIOLAB%20CORPORATE%20EN_FR_US)
Ingredients (https://www.kikcorp.com/ingredients/)
Privacy Policy (https://www.kikcorp.com/privacy-policy/)
Supplier Central (https://www.kikcorp.com/supplier-central/)
SDS (Household) (https://kik-sds.thewercs.com/?searchpage=NALBL&location=KIKCORP)
Terms of Use (https://www.kikcorp.com/terms-of-use)
Safety & Sustainability (https://www.kikcorp.com/safety-and-sustainability/)
Combatting Forced and Child Labour (https://www.kikcorp.com/wp-content/uploads/2024/06/KIK-ForcedLabor-052824.pdf)
CA Transparency in Supply Chains Act Declaration (https://www.kikcorp.com/wp-content/uploads/2024/07/KIK-TRANSPARENCY-IN-SUPPLY-CHAINS-July-2024.pdf)
EPA Approved Disinfectants (https://www.kikcorp.com/epa-approved-disinfectants/)
Supplier Terms and Conditions (https://www.kikcorp.com/supplier-terms-and-

conditions/)
Supplier Code of Conduct
(https://www.kikcorp.com/supplier-code-of-
conduct/)
Anthem MRF
(https://www.anthem.com/machine-readable-
file/search/)