EXHIBIT E



