EXHIBIT F

KIK CONSUMER PRODUCTS

ENVIRONMENT, HEALTH, AND SAFETY POLICY STATEMENT

It is KIK Consumer Products' belief that all environmental, health, safety and sustainability risks can be managed. All reasonable efforts will be made to promote the sustainable use of natural resources, to reduce health and safety risks, and to reduce the environmental impact of all of KIK's activities.

Our business is committed to employee well-being and pollution prevention as defined by the following priorities:

- Compliance with all Company policies and relevant legislation.
- Ongoing monitoring, assessment and control of security, safety and health risks as well as the environmental impacts associated with our manufacturing process.
- Training to ensure employee awareness of the security, safety and health risks, as well as, environmental impacts of their work activities and the requirements of this policy.
- Management of health risks and resource consumption to the minimum levels practical.
- Reduction of waste generation and emissions to the air, water, and land.
- Implementation of new technologies and practices, when available and economically viable, which enable us to improve our environmental, health, and safety performance.
- Regular communication to all employees of our environmental, health, safety and sustainability targets and progress.

All KIK employees have a responsibility for individual and collective actions to improve our environment, health, safety, security and sustainability performance. We are committed to continuous improvement in these areas by working together with government representatives, customers, consumers, and the communities in which we live and work.

Michael Sload
Chief Executive Officer

September 2022

KIK CONSUMER PRODUCTS

TO: All Employees

FROM: Michael Sload, CEO

DATE: October 11, 2023

RE: Safety As Our Highest Priority

I am writing to you all today to emphasize a fundamental principle that lies at the core of our organization's values - an unwavering commitment to safety.

Over the summer, we saw an increase in unsafe behavior at work which in some cases led to accidents. In every area of our operations, safety is critical and is our highest priority above everything else. We will never compromise on the well-being of our employees. . I want each and every one of you to return home safely every day, and it is our collective responsibility to ensure that is the case.

We must continue to embed a safety culture in everything we do and would like to remind everyone of the following requirements:

1. **Vigilance:** It is essential that everyone always remain vigilant in their work environment. If you see something that appears unsafe, could be unsafe or could be improved you must speak up.
2. **Reporting:** To protect your colleagues, you have a duty to report all accidents, near-misses, and safety concerns. These reports are to promote learning and improvement and are an important way we keep each other safe. All employees must report safety concerns, near misses, accidents and injuries immediately to their leadership or EHS Committee.
3. **Accountability:** Safety is everyone's responsibility. We are currently working on programs to launch in 2024 that will recognize those who consistently uphold our safety standards. We will also take appropriate disciplinary actions in situations where people are working in an unsafe manner.

In conclusion, I want you to know that safety is a fundamental value that guides every decision we take. Your well-being is of paramount importance to us, and we will support our team in any way we can. Thank you for your dedication to our company and its values as we will build a stronger future together.


