EXHIBIT G




