EXHIBIT H



| Delivery # | 88163885 | PO # | |
|---|---|---|---|
| Order # | 4501058884 | Carrier # TFXE | Store # |

Ship To: BIOLAB INC A KIK CUSTOM PRODUCTS CO
PLNT D796 ROCKDALE CONYERS GA
1601 ROCKDALE INDUSTRIAL BLVD NW
CONYERS GA 30012-3901

PRO #

NC BRANDS — Mursatt Chemical, BioLab, Inc., 10, Regalcrest Court, Woodbridge, ON, L4L 8P3, CA

7 17108 07395 8