EXHIBIT I

May 2004
Conyers Plant Chemical Fire (29 injured, evacuation & interstate closure)
September 2010
Bio-Lab Parent Settles with EPA & DOJ for $26m, including $785,000 for penalties incurred at Conyers Plant
June 2015
Centerbridge buys KIK in LBO for $1.65b
June 2016
Conyers Plant Chemical Fire (evacuation)
September 2016
KIK Takes on $235m in Debt to Acquire Prestone Products Corp.
May 2018
KIK Refinances and Restructures $1.7b in Debt
August 2020
Westlake Plant Chemical Fire (shelter-in-place order & interstate closure)
September 2020
Two Back-to-Back Chemical Reactions at Conyers Plant (evacuation & interstate closure)
December 2020
KIK Refinances & Restructures $1.9b; Centerbridge Forces KIK to Issue $484m Dividend
December 2021
KIK Funds Reconstruction of Lake Charles Plant with $170m in Debt
March 2023
Westlake Plant Chlorine Leak (shelter-in-place)
June 2024
KIK Sells Prestone Products for $850m, Restructures $1.9b in Debt, Issues $450-550m in Dividends to Centerbridge
July 2024
Fire (shelter-in-place order & interstate closure)
September 2024
Chemical Fire (evacuation, shelter-in-place, multiple road closures)

