IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**JOINT MOTION TO**
**ADJOURN STATUS CONFERENCE**

Plaintiffs, Defendants Bio-Lab, Inc., KIK International, LLC, KIK Custom Products, Inc., and KIK US Holdings, LLC (collectively, the "Bio-Lab and KIK Defendants"), and Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") (collectively, the "Parties"), pursuant to this Court's December 23, 2024 Order [Doc. 135], submit the following Joint Motion to Adjourn the January 29, 2025 Status Conference in lieu of a Notice of Proposed Agenda, and in support, state as follows.

1. The Parties have met and conferred about a proposed agenda for the January 29, 2025 Status Conference.

2. After meeting and conferring, the only open agenda item is a proposed Case Management Schedule.

3. Plaintiffs sent a draft of their proposed schedule on January 17, 2025, and Defendants are diligently working through Plaintiffs' proposal and will continue

1

to confer with Plaintiffs in the hopes of reaching agreement.

4. The Parties respectfully suggest that a hearing prior to the Parties' meaningful opportunity to meet and confer on Plaintiffs' proposed schedule may not be an efficient use of the Court's time.

5. Accordingly, the Parties propose to continue to meet and confer and, no later than February 3, submit either a joint proposed schedule or separate proposals.

WHEREFORE, the Parties request that the Court adjourn the January 29, 2025 Status Conference and provide dates after February 10, 2025 on which the Court is available to reschedule the Status Conference.

Dated: January 27, 2025

Respectfully submitted,

/s/ Michael A. Caplan
Michael A. Caplan
Ga. Bar No. 601039
Michael L. Eber
Ga. Bar No. 859338
Jessica Arnold Caleb
Ga. Bar No. 141507
Emily C. Snow
Ga. Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com

/s/ J. Cameron Tribble
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
ctribble@barneslawgroup.com

*Interim Liaison Counsel*

Daniel R. Flynn*
**DICELLO LEVITT LLP**
Ten North Dearborn Street,
Sixth Floor

jarnold@caplancobb.com
esnow@caplancobb.com

Alan E. Schoenfeld*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

*Counsel for Bio-Lab and KIK Defendants*

Kimberly Branscome**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
kbrascome@paulweiss.com

Yahonnes Cleary**
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
ycleary@paulweiss.com

Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com

Jason J. Carter
Ga. Bar No. 141669
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street, Suite 3900
Atlanta, Georgia 3030
Telephone: (404) 881-4100
carter@bmelaw.com

Jean Sutton Martin*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com

L. Chris Stewart
Ga. Bar No. 142289
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Boulevard, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 529-3476
cstewart@smstrial.com

*Interim Co-Lead Class Counsel*

**Pro Hac Vice*

3

Christopher S. Anulewicz
Georgia Bar No. 020914
**BRADLEY ARANT BOULT CUMMINGS LLP**
1230 Peachtree Street NE
Atlanta, GA 30309
Tel.: (404) 868-2100
canulewicz@bradley.com

R. Thomas Warburton
Georgia Bar No. 218175
**BRADLEY ARANT BOULT CUMMINGS LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Tel.: (205) 521-8987
twarburton@bradley.com

*Counsel for Centerbridge Defendants*

*\*Pro hac vice*
*\*\*Pro hac vice applications forthcoming*

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, ND Ga. I hereby certify that on this date I electronically filed the foregoing **JOINT MOTION TO ADJOURN STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 27th day of January, 2025.

                                      Respectfully submitted,

                                      */s/ J. Cameron Tribble*
                                      J. Cameron Tribble
                                      Georgia Bar No. 754759
                                      **BARNES LAW GROUP, LLC**
                                      31 Atlanta Street
                                      Marietta, GA 30060
                                      Telephone: (770-227-6375
                                      Facsimile: (770) 227-6373
                                      E-Mail: ctribble@barneslawgroup.com