**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE BIO-LAB CLASS
ACTIONS

Case No.  1:24-cv-04407-SEG

## **ORDER**

The Status Conference scheduled for January 29, 2025 at 10:00 a.m. in Courtroom 2306 is adjourned. The parties are directed to file their joint proposed schedule or separate proposals no later than February 3, 2025. The Court will provide dates after February 10, 2025 on which the Court is available to reschedule the Status Conference.

**SO ORDERED**, this 28th day of January, 2025.

_____
SARAH E. GERAGHTY
United States District Judge