IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: BIO-LAB CLASS ACTIONS | ) ) ) ) ) CASE NO: 1:24-CV-4407-SEG |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as counsel for Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondence, notices, and the like be served on him at:

R. Thomas Warburton
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Direct Number: 205-521-8987
Direct Facsimile: 205-488-6987
Email: twarburton@bradley.com

Dated: January 31, 2025

                        Respectfully submitted,

                        */s/ R. Thomas Warburton*
                        R. Thomas Warburton
                        Georgia State Bar No: 218175
                        Bradley Arant Boult Cummings LLP
                        1819 Fifth Avenue North

                                        Birmingham, AL 35203
                                        (205) 521-8987
                                        twarburton@bradley.com

**OF COUNSEL:**
Yahonnes Cleary
Kimberly Branscome
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
ycleary@paulweiss.com
kbranscome@paulweiss.com

R. Thomas Warburton
Georgia Bar No: 218175
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8987
twarburton@bradley.com

Christopher S. Anulewicz
Georgia Bar No: 020914
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE
20th Floor
Atlanta, GA 30309
(404)868-2100
canulewicz@bradley.com

***Attorneys for Centerbridge Defendants***

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to Local Rule 5.1C, ND GA., I hereby certify that on this date I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This _31st  day of January, 2025.

Respectfully submitted,

*/s/ R. Thomas Warburton*
R. Thomas Warburton
