# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: BIO-LAB CLASS ACTIONS | ) ) ) ) ) CASE NO: 1:24-CV-4407-SEG |

## NOTICE OF APPEARANCE

The undersigned attorney hereby gives notice of his appearance as counsel for Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") and requests that, pursuant to the applicable Federal Rules of Civil Procedure, all future pleadings, correspondence, notices, and the like be served on him at:

Christopher S. Anulewicz
BRADLEY ARANT BOULT CUMMINGS LLP
1230 Peachtree Street NE
20th Floor
Atlanta, GA 30309
Direct Number: 404-868-2030
Direct Facsimile: 404-868-2010
Email: canulewicz@bradley.com

Dated: January 31, 2025

Respectfully submitted,

 */s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia State Bar No: 020914
Bradley Arant Boult Cummings LLP

1

                                        1230 Peachtree Street NE
                                        20th Floor
                                        Atlanta, GA 30309
                                        (404)868-2030
                                        canulewicz@bradley.com

**OF COUNSEL:**
Yahonnes Cleary
Kimberly Branscome
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
ycleary@paulweiss.com
kbranscome@paulweiss.com

R. Thomas Warburton
Georgia Bar No: 218175
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8987
twarburton@bradley.com

Christopher S. Anulewicz
Georgia Bar No: 020914
Bradley Arant Boult Cummings LLP
1230 Peachtree Street NE
20th Floor
Atlanta, GA 30309
(404)868-2030
canulewicz@bradley.com

***Attorneys for Centerbridge Defendants***

## **CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1C, ND GA., I hereby certify that on this date I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This _31st_ day of January, 2025.

                                                              Respectfully submitted,

                                                              */s/ Christopher S. Anulewicz*
                                                              Christopher S. Anulewicz