IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**CENTERBRIDGE DEFENDANTS' NOTICE OF FILING
PROPOSED CASE MANAGEMENT SCHEDULE**

Pursuant to the Court's Order dated January 28, 2025, Dkt. 149, Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") submit this Notice of Filing Proposed Case Management Schedule. The Proposed Case Management Schedule is attached to this filing.

Respectfully submitted this 3rd day of February, 2025.

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*/s/ Kimberly Branscome*
Kimberly Branscome, *pro hac vice pending*
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
Email: kbranscome@paulweiss.com

Yahonnes Cleary, *pro hac vice pending*
1285 Avenue of the Americas

BRADLEY ARANT BOULT
CUMMINGS LLP

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914
Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
Tel.: (404) 868-2100
Email: canulewicz@bradley.com

R. Thomas Warburton

1

New York, NY 10019-6064  
Tel.: (212) 373-3000  
Email: ycleary@paulweiss.com

Ga. Bar No. 218175  
One Federal Place  
Birmingham, AL 35203-2119  
Tel.: (205) 521-8987  
Email: twarburton@bradley.com

*Counsel for Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **NOTICE OF FILING PROPOSED CASE MANAGEMENT SCHEDULE** with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 3rd day of February, 2025.

/s/ R. Thomas Warburton
R. Thomas Warburton