# THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

## THE CENTERBRIDGE DEFENDANTS' PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to the Court's Order dated January 28, 2025, Dkt. 149, Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") submit below their Proposed Case Management Schedule. The Centerbridge Defendants' proposed case management schedule is substantially similar to the proposed schedule being filed separately by Plaintiffs and Defendants Bio-Lab, Inc., KIK International, LLC, KIK Custom Products, Inc., and KIK US Holdings, LLC (collectively, the "Bio-Lab and KIK Defendants"). However, the Centerbridge Defendants' proposed schedule adjusts certain dates (indicated in **bold** text) to account for the Centerbridge Defendants' expected filing, on February 24, 2025, of a motion to dismiss *all claims* asserted against the Centerbridge Defendants in the Consolidated Class Action Complaint pursuant to Fed. R. Civ. Proc. 12(b)(2) and 12(b)(6).

Based on the parties' meet and confer, the Bio-Lab and KIK Defendants

1

do not oppose the Centerbridge Defendants' proposed case management schedule.

The Centerbridge Defendants hereby request leave to file a brief statement of no more than 3 pages in support of their Proposed Case Management Schedule in advance of the Third Status Conference scheduled for February 18, 2025 along with the parties' proposed agenda.

*[Remainder of page intentionally left blank.]*

| ACTION | DEADLINE[1] |
|---|---|
| Amended Complaint Filed | Friday, January 10, 2025 |
| Motion to Dismiss | Monday, February 24, 2025 |
| Response to MTD | Monday, March 24, 2025 (4 weeks) |
| Reply to MTD | Monday, April 14, 2025 (3 weeks) |
| Rule 26(f) Early Planning Conference | Wednesday, March 12, 2025 (16 days from MTD) |
| Joint Preliminary Report & Discovery Plan | Wednesday, March 26, 2025 (30 days from MTD) |
| **First Day to Serve Initial Document Requests (Plaintiffs, Bio-Lab and KIK Defendants Only)** | **Wednesday, March 26, 2025 (30 days from MTD)** |
| Deadline to submit confidentiality order and ESI protocol | Wednesday, March 26, 2025 |
| **Rule 26(a)(1) Initial Disclosures (Plaintiffs, Bio-Lab and KIK Defendants Only)** | **Wednesday, March 26, 2025 (30 days after MTD)** |
| Responses and Objections to Initial Document Requests | Monday, May 12, 2025 (45 days from service of requests) |
| Answer to Complaint | 30 days following decision on MTD |
| Rolling Production in Response to Initial Document Requests Begins | Monday, June 16, 2025 |
| **Discovery Opens (all parties)** | **30 days following Answer** |
| **Rule 26(a)(1) Initial Disclosures (Centerbridge Defendants)** | **30 days following Answer** |
| Discovery Disputes | Pursuant to Standing Order IV(I) |
| Written Fact Discovery Substantially Complete | Six months following commencement of discovery |
| Initial Fact Discovery Cutoff | Friday, January 16, 2026 |

---

[1] The parties reserve the right to seek modification of the proposed dates as the case progresses, including to allow sufficient time for the Court's resolution of any Rule 12 motions.

| ACTION | DEADLINE[1] |
|---|---|
| Expert Disclosure | Friday, February 27, 2026 |
| Rebuttal Expert Disclosure | Friday, March 27, 2026 |
| Expert Depos Complete | Friday, May 8, 2026 |
| In Person Conference after Discovery | Within 14 days of close of discovery |
| Daubert Motions | Friday, June 12, 2026 |
| Daubert Response | 4 weeks after motion is filed and served |
| Daubert Reply | 4 weeks after response is filed and served |
| Class Cert. Motion | Friday, June 12, 2026 |
| Response to Class Cert. | 4 weeks after motion is filed and served |
| Reply for Class Cert. | 4 weeks after response is filed and served |
| Limited discovery period following order on class cert. | From order on class cert. until 60 days after order on class cert. |
| Motion for Summary Judgment | 60 days after order on class cert. |
| Response to MSJ | 30 days after motion is filed and served |
| Reply To MSJ | 21 days after opposition is filed and served |
| Proposed Consolidated PTO | 30 days after Court's order on MSJ |

Respectfully submitted this 3rd day of February, 2025.

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| */s/ Kimberly Branscome* <br> Kimberly Branscome, *pro hac vice pending* <br> 2029 Century Park East, Suite 2000 <br> Los Angeles, CA 90067-3006 <br> Tel.: (310) 982-4350 <br> Email: kbranscome@paulweiss.com <br><br> Yahonnes Cleary, *pro hac vice pending* <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Tel.: (212) 373-3000 <br> Email: ycleary@paulweiss.com | */s/Christopher S. Anulewicz* <br> Christopher S. Anulewicz <br> GA Bar No. 020914 <br> Promenade Tower <br> 1230 Peachtree Street NE, 20th Floor <br> Atlanta, GA 30309 <br> Tel.: (404) 868-2100 <br> Email: canulewicz@bradley.com <br><br> R. Thomas Warburton <br> Ga. Bar No. 218175 <br> One Federal Place <br> Birmingham, AL 35203-2119 <br> Tel.: (205) 521-8987 <br> Email:  twarburton@bradley.com |

*Counsel for Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP*