## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| *In Re*: BioLab Class Actions | Civ. A. No.<br>1:24-CV-4407-SEG |

## NOTICE OF PROPOSED AGENDA FOR
## <u>STATUS CONFERENCE</u>

Plaintiffs, Defendants Bio-Lab, Inc., KIK International, LLC, KIK Custom Products, Inc., and KIK US Holdings, LLC (collectively, the "Bio-Lab and KIK Defendants"), and Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") (together, "Parties"), pursuant to this Court's February 4, 2025 Minute Order, submit the following Notice of Proposed Agenda for the February 18, 2025 Status Conference.

**Agenda Item 1: Case Management Schedule.**

The Parties have met and conferred regarding a case management schedule. Plaintiffs and the Bio-Lab and KIK Defendants reached an agreement on a proposed case management schedule. Plaintiffs and the Bio-Lab and KIK Defendants filed a Notice of Proposed Scheduling Order on February 3, 2024 [Doc. 156]. Plaintiffs and the Centerbridge Defendants met and conferred on a proposed case management schedule but could not reach an agreement. The Centerbridge Defendants filed a separate Notice of Filing Proposed Case Management Schedule on February 3, 2024

1

[Doc. 157]. Pursuant to this Court's February 4, 2025 Minute Order, Plaintiffs and the Centerbridge Defendants will file statements setting forth their respective positions on a case management schedule on February 14, 2025.

**Agenda Item 2: Progress and Procedural Update.**

*<u>Site Inspection</u>*

As discussed at the last status conference, following this Court's entry of the Parties' Proposed Stipulated Order Regarding Environmental Sampling and the Inspection of Evidence on November 21, 2024 [Doc. 129] ("Sampling Order"), a visual inspection of the property located at 1630 and 1650 Old Covington Highway, Conyers, Georgia ("Facility"), was conducted on November 20, 2024.

At the December 5, 2024 status conference, Plaintiffs requested permission to conduct a visual inspection of other buildings at the Facility. Pursuant to this Court's ruling at that status conference, Plaintiffs conducted a visual inspection of Plants 9, 14, and 22 on December 6, 2024.

On November 27, 2024, Plaintiffs submitted a sampling plan to the U.S. Chemical Safety and Hazard Investigation Board ("CSB"). The sampling plan described the samples to be collected from the remains of Building 12 located at the Facility. At the time of the December 5 status conference, the Parties were awaiting CSB approval of the sampling plan. The CSB approved the sampling plan in an email to the Parties on the afternoon of December 6, 2024. Plaintiffs and Plaintiffs'

experts conducted the sampling pursuant to the CSB-approved sampling plan on December 16, 2024.

### *Amended Consolidated Complaint*

Pursuant to this Court's November 15, 2024 Order [Doc. 112], Plaintiffs filed a Consolidated Class Action Complaint on January 10, 2025 [Doc. 138]. Defendants are required to respond within 45 days of January 10, 2025 [Doc. 112].

### *Time and Expense Protocol*

Pursuant to this Court's December 23, 2024 Order [Doc. 135], Plaintiffs filed a Proposed Pretrial Order Regarding Plaintiffs' Counsel's Time and Expense Submissions. This Court entered the Order Regarding Plaintiffs' Counsel's Time and Expense Submissions on January 27, 2025 [Doc. 147].

### *Coordination with State Court Actions*

As discussed at the last status conference, the Parties are aware of thirteen other actions (including at least five styled as class actions) pending in the state courts of Rockdale and Gwinnett counties ("State Court Actions"). Plaintiffs have been discussing with plaintiffs' counsel in the State Court Actions potential ways to coordinate the litigation, including discovery.

Dated: February 14, 2025

Respectfully submitted,

/s/ Michael A. Caplan
Michael A. Caplan
Ga. Bar No. 601039
Michael L. Eber
Ga. Bar No. 859338
Jessica Arnold Caleb
Ga. Bar No. 141507
Emily C. Snow
Ga. Bar No. 837411
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com

Alan E. Schoenfeld*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com

Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

/s/ J. Cameron Tribble
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
ktullos@barneslawgroup.com

*Interim Liaison Counsel*

Daniel R. Flynn*
**DICELLO LEVITT LLP**
Ten North Dearborn Street,
Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com

Jason J. Carter
Ga. Bar No. 141669
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street,
Suite 3900
Atlanta, Georgia 3030
Telephone: (404) 881-4100
carter@bmelaw.com

4

felicia.ellsworth@wilmerhale.com

*Counsel for Bio-Lab and KIK Defendants*

Christopher S. Anulewicz
GA Bar No. 020914
R. Thomas Warburton
Ga. Bar No. 218175
**BRADLEY ARANT BOULT CUMMINGS LLP**
Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
Tel.: (404) 868-2100
canulewicz@bradley.com
twarburton@bradley.com

Kimberly Branscome*
**PAUL ,WEISS, RIFKIND, WHARTON & GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
kbranscome@paulweiss.com

Yahonnes Cleary*
**PAUL ,WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
ycleary@paulweiss.com

*Counsel for Centerbridge Defendants*

*\*Pro hac vice*

Jean Sutton Martin*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
jeanmartin@ForThePeople.com

L. Chris Stewart
Ga. Bar No. 142289
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Boulevard, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 529-3476
cstewart@smstrial.com

*Interim Co-Lead Class Counsel*

**\****Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.1C, ND Ga. I hereby certify that on this date I electronically filed the foregoing **NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 14th day of February, 2025.

*/s/ Jason J. Carter*
