# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

## CENTERBRIDGE DEFENDANTS' NOTICE OF FILING STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT SCHEDULE

Pursuant to the Court's February 4, 2025 Minute Order, Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants") submit this Notice of Filing Statement in Support of their Proposed Case Management Schedule filed on February 3, 2025, Dkt. 157.

Respectfully submitted this 14th day of February, 2025.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*/s/ Kimberly Branscome*
Kimberly Branscome, *pro hac vice*
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
Email: kbranscome@paulweiss.com

Yahonnes Cleary, *pro hac vice*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Email: ycleary@paulweiss.com

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914
Email: canulewicz@bradley.com
R. Thomas Warburton
Ga. Bar No. 218175
Email:  twarburton@bradley.com
Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
Tel.: (404) 868-2100

1

*Counsel for Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing **NOTICE OF FILING STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT SCHEDULE** with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 14th day of February, 2025.

<u>/s/ R. Thomas Warburton</u>
R. Thomas Warburton