IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**CENTERBRIDGE DEFENDANTS' STATEMENT IN SUPPORT OF PROPOSED CASE MANAGEMENT SCHEDULE**

Pursuant to the Court's Order dated January 28, 2025, Dkt. 149, the parties filed proposed case management schedules on February 3, 2025, Dkts. 156, 157. The Centerbridge Defendants respectfully request that the Court enter their proposed case management schedule, which defers fact discovery as to the Centerbridge Defendants to account for their anticipated filing—*in less than two weeks*—of a motion to dismiss all claims asserted against them in the Consolidated Class Action Complaint.

The initial complaint in this action was filed on September 30, 2024, naming as defendants Bio-Lab, Inc. and KIK Consumer Products. Dkt. 1. It was not until January 10, 2025, more than three months later when Plaintiffs filed a Consolidated Class Action Complaint (the "Complaint"), that they named the Centerbridge Defendants. Dkt. 138. In the interim period, the Plaintiffs amended the complaint, and the Court held multiple status conferences and hearings amongst the existing parties, consolidated multiple

1

actions before this Court, appointed interim and lead counsel for Plaintiffs, and set deadlines for the filing of a consolidated complaint and for motions to dismiss the consolidated complaint. *See, e.g.*, Dkts. 55, 134. Although not yet a party to this action at the time the motion to dismiss deadline was set, the Centerbridge Defendants intend to adhere to that deadline and to file a motion to dismiss all claims asserted against them in the Complaint pursuant to Rule 12(b)(2) and Rule 12(b)(6) on February 24.[1] Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), the deadlines for the Centerbridge Defendants to answer the Complaint and for the commencement of discovery are tolled until resolution of their pre-answer motion to dismiss.[2]

The Centerbridge Defendants' proposed case management schedule, which defers discovery as to them until resolution of their motions to dismiss is consistent with the plain language of these rules, and with basic principles of judicial economy. The Centerbridge Defendants' motions to dismiss, if granted, will result in the dismissal of all claims asserted against them. In

---

[1] One or both Centerbridge Defendants may assert additional grounds for dismissal. For example, as of the time of this filing, Defendant Centerbridge Capital Partners III, L.P. has not been properly served. Plaintiffs instead appear to have mistakenly served "Centerbridge Partners DCE III, L.P.," which is not a defendant in this action. *See* Dkt. 144.

[2] *See* Fed. R. Civ. P. 12(a)(4)(A) (service of a Rule 12 motion extends the deadline to answer the complaint until after disposition of the motion); L.R. 26.2(A) ("The discovery period shall commence thirty days after the appearance of the first defendant by answer to the complaint, unless the parties mutually consent to begin earlier."); *see also Duby* v. *Captain D's, LLC*, 2024 WL 5324437, at *2 (N.D. Ga. Mar. 20, 2024) (discussing interaction of Fed. R. Civ. P. 12(a)(4) and L.R. 26.2(A)), *adopted*, 2024 WL 5330073 (N.D. Ga. June 17, 2024).

that event, the time and expense committed by the parties and the Court to discovery and discovery disputes involving the Centerbridge Defendants necessarily will have been wasted.[3]

These same principles of judicial economy and efficiency support deferral of the deadline for the Centerbridge Defendants' initial disclosures. Although Local Rule 26.1(A) sets a deadline of 30 days after the filing of a motion to dismiss for making initial disclosures, courts in this District routinely extend that deadline in cases in a similar procedural posture as this one, including where the defendants would be filing Rule 12(b) motions to dismiss that may dispose of or narrow the claims.[4]

In light of the Centerbridge Defendants' forthcoming motion to dismiss, applicable procedural rules, and principles of judicial economy, the Centerbridge Defendants respectfully request that the Court adopt their proposed case management schedule. Dkt. 157.[5]

---

[3] *See Chudasama* v. *Mazda Motor Corp.*, 123 F.3d 1353, 1367–68 (11th Cir. 1997).

[4] *See, e.g.*, *Bowen* v. *Mann et al.*, No. 15-CV-02218-ELR, ECF No. 9 (N.D. Ga. Aug. 11, 2015); *Watkins* v. *Capital City Bank & Guarantee et al.*, No. 19-CV-04345-ELR, ECF. No. 16, Slip. Op. at 2 (N.D. Ga. Nov. 12, 2019); *In re: Equifax Inc. Securities Litigation*, No. 17-CV-03463-TWT, ECF No. 68 (N.D. Ga. July 19, 2018); *In re: ARC Airbag Inflators Prods. Liab. Litig.*, No. 22-MD-03051-ELR, ECF. No. 71 (N.D. Ga. Apr. 24, 2023).

[5] Although the Bio-Lab and KIK Defendants joined in the filing of Plaintiffs' Proposed Case Management Schedule, they took no position on the applicability of the dates proposed therein to the Centerbridge Defendants, *see* Dkt. 156 at 1 n.1, and do not oppose the Centerbridge Defendants' proposed schedule. Similarly, the Centerbridge Defendants take no position on the agreement between Plaintiffs and the Bio-Lab and KIK Defendants to engage in certain limited written discovery prior to resolution of any motions to dismiss filed by the Bio-Lab and KIK Defendants.

Respectfully submitted this 14th day of February, 2025.

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| */s/ Kimberly Branscome* <br> Kimberly Branscome, *pro hac vice* <br> 2029 Century Park East, Suite 2000 <br> Los Angeles, CA 90067-3006 <br> Tel.: (310) 982-4350 <br> Email: kbranscome@paulweiss.com <br><br> Yahonnes Cleary, *pro hac vice* <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Tel.: (212) 373-3000 <br> Email: ycleary@paulweiss.com | */s/ Christopher S. Anulewicz* <br> Christopher S. Anulewicz <br> GA Bar No. 020914 <br> Email: canulewicz@bradley.com <br> R. Thomas Warburton <br> Ga. Bar No. 218175 <br> Email: twarburton@bradley.com <br> Promenade Tower <br> 1230 Peachtree Street NE, 20th Floor <br> Atlanta, GA 30309 <br> Tel.: (404) 868-2100 |

*Counsel for Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P.*