IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In Re*: Bio-Lab Class Actions | Case No. 1:24-CV-04407-SEG |

### BIO-LAB AND KIK DEFENDANTS' PARTIAL MOTION TO DISMISS OR IN THE ALTERNATIVE TO STRIKE

Defendants Bio-Lab, Inc., KIK International LLC, KIK U.S. Holdings LLC, and KIK Custom Products Inc. (collectively, "KIK," and collectively with Bio-Lab, the "Bio-Lab and KIK Defendants") move to dismiss Plaintiffs' Consolidated Class Action Complaint under Federal Rule of Civil Procedure 12(b)(6) or, in the Alternative, to Strike under Federal Rule of Civil Procedure 12(f).  In support of this motion, the Bio-Lab and KIK Defendants rely on their Memorandum in Support of Partial Motion to Dismiss or in the Alternative to Strike, which is filed with this motion.

Respectfully submitted, this 24th day of February, 2025.

| | |
|---|---|
| ALAN E. SCHOENFELD* | */s/ Michael A. Caplan* |
| THOMAS K. BREDAR** | Michael A. Caplan |
| **WILMER CUTLER PICKERING** | Ga. Bar No. 601039 |
| **HALE AND DORR LLP** | Michael L. Eber |

1

7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
thomas.bredar@wilmerhale.com

FELICIA H. ELLSWORTH*
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

ROBIN C. BURRELL**
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
robin.burrell@wilmerhale.com

Ga. Bar No. 859338
Emily C. Snow
Ga. Bar No. 837411
Alan M. Long
Ga. Bar No. 367326
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com
along@caplancobb.com

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*

*\*Admitted pro hac vice*
*\*\*Motion for admission pro hac vice pending*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), I hereby certify that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

This 24th day of February, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 24th day of February, 2025.

/s/ *Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*