IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**THE CENTERBRIDGE DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (together, the "Centerbridge Defendants") hereby move to dismiss all claims asserted against them in Plaintiffs' Consolidated Class Action Complaint based on a lack of personal jurisdiction and failure to state a claim upon which relief may be granted. For the reasons shown in their contemporaneously filed Memorandum, the Centerbridge Defendants respectfully request that the Court dismiss all claims asserted against them in Plaintiffs' Consolidated Class Action Complaint with prejudice.

1

Respectfully submitted this 24th day of February, 2025.

                    BRADLEY ARANT BOULT CUMMINGS LLP

                    */s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914
canulewicz@bradley.com
R. Thomas Warburton
GA Bar No. 218175
twarburton@bradley.com
1230 Peachtree Street NE
Atlanta, GA 30309
Tel.: (404) 868-2100

          – and –

Kimberly Branscome, *pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
kbranscome@paulweiss.com

Yahonnes Cleary, *pro hac vice*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
ycleary@paulweiss.com

*Counsel for Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P.*

2

## **LOCAL RULE 5.1 CERTIFICATION**

I hereby certify that the foregoing has been prepared in Century Schoolbook 13-point font in accordance with Local Rule 5.1.

This 24th day of February, 2025.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 24th day of February, 2025.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914
