# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *In Re*: BioLab Class Actions | Civ. A. No.<br>1:24-CV-4407-SEG |

## ORDER

Before the Court is the Motion to Extend Deadline for ESI Protocol and Protective Order. For good cause shown, the Court hereby **GRANTS** the Motion. It is **ORDERED** that the deadline to submit the ESI Protocol and Protective Order is extended to and including April 9, 2025.

**SO ORDERED** this 26th day of March, 2025.

_____
SARAH E. GERAGHTY
United States District Judge