IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**DECLARATION OF R. THOMAS WARBURTON IN SUPPORT OF THE CENTERBRIDGE DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**

I, R. Thomas Warburton, under penalty of perjury, declare as follows:

1.  I am a Partner at the firm Bradley Arant Boult Cummings LLP, which represents Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants") in this action. I am duly licensed to practice in the courts of the state of Georgia. This declaration is based on my personal knowledge, unless otherwise stated, and if called as a witness I could and would testify competently to the facts stated herein.

2.  Attached as **Exhibit 1** is a true and correct copy of the August 4, 2015 Moody's publication titled "Rating Action: Moody's affirms KIK's B3 CFR; rates new term loan and unsecured notes B2 and Caa2," cited in paragraph 183 of the Complaint.

1

3. Attached as **Exhibit 2** is a true and correct copy of the August 7, 2015 Standard & Poor's Rating Services ("S&P") report titled "Kronos Acquisition Holdings Inc. Assigned 'B-' Preliminary Rating; New Debt Rated; Outlook Stable," quoted in paragraphs 183 and 185 of the Complaint.

4. Attached as **Exhibit 3** is a true and correct copy of the December 27, 2018 S&P report titled "Kronos Acquisition Holdings Inc. Downgraded To 'CCC+' From 'B-' On Proposed Acquisition Of N.C. Brands L.P.," quoted in paragraph 190 of the Complaint.

5. Attached as **Exhibit 4** is a true and correct copy of the December 21, 2021 Moody's publication titled "Rating Action: Moody's assigns B2 to Kronos' proposed $170 million term loan," cited in paragraph 128 and quoted in paragraph 207 of the Complaint.

6. Attached as **Exhibit 5** is a true and correct copy of the October 28, 2022 S&P report titled "Kronos Acquisition Holdings Inc. Outlook Revised To Stable From Negative On Successful Pricing Actions; Ratings Affirmed," quoted in paragraph 169 of the Complaint.

7. Attached as **Exhibit 6** is a true and correct copy of the January 22, 2025 slip opinion in *Palma* v. *Sterigenics U.S., LLC*, 24STCV06677 (Cal. Super. Ct. Jan. 22, 2025).

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of April, 2025 in Birmingham, Alabama.

*/s/ R. Thomas Warburton*
R. Thomas Warburton
GA Bar No. 218175
