# Exhibit 2

# Kronos Acquisition Holdings Inc. Assigned 'B-' Pr

**disclosure.spglobal.com**/ratings/en/regulatory/article/-/view/type/HTML/id/1431559

07-Aug-2015 | 17:47 EDT

## Kronos Acquisition Holdings Inc. Assigned 'B-' Preliminary Rating; New Debt Rated; Outlook Stable

- Kronos Acquisition Holdings Inc. was created to acquire KIK Custom Products Inc. for about US$1.6 billion.
- We are assigning our preliminary 'B-' long-term corporate credit rating ratings to Kronos based on the proposed leveraged buyout.
- At the same time, we are assigning our preliminary 'B-' issue-level rating to the company's proposed US$850 million senior secured term loan, and our preliminary 'CCC' issue-level rating to the proposed US$390 million senior unsecured notes.
- We base our assessment on a "weak" business risk profile, reflecting KIK's improving revenue diversity that supports its steady market positions, and a "highly leveraged" financial risk profile that reflects financial sponsor ownership and credit metrics that commensurate with the category.
- The stable outlook reflects our expectation that the leveraged buyout will increase fully adjusted debt leverage to about 8x in the next two years, with modest free operating cash flow that could be used for debt reduction.

TORONTO (Standard & Poor's) Aug. 7, 2015--Standard & Poor's Ratings Services today said it assigned its preliminary 'B-' long-term corporate credit rating to Kronos Acquisition Holdings Inc. The outlook is stable. At the same time, Standard & Poor's assigned its preliminary 'B-' issue-level rating to the company's proposed US$850 million senior secured term loan, and its 'CCC' issue-level rating to the proposed US$390 million senior unsecured notes.

"The ratings reflect our view of the proposed leveraged buyout," said Standard & Poor's credit analyst Donald Marleau.

Kronos was created to acquire KIK Custom Products Inc. for about US$1.6 billion. The ratings reflect our view of the proposed leveraged buyout. Upon the transaction's closing, we will finalize the ratings on Kronos and withdraw our ratings on KIK.

The ratings on Kronos reflect Standard & Poor's view of the company's "weak" business risk profile and "highly leveraged" financial risk profile, which result in an anchor score of 'b/b-'. We select the lower anchor based on weaker cash flow and leverage ratios for the range of anchor outcomes. For analytical purposes, we base our rating conclusions on the operations and financials of the consolidated entity, which includes the core operating subsidiary, KIK.

The stable outlook on Kronos reflects Standard & Poor's expectation that the leveraged buyout will increase fully adjusted debt leverage to about 8x in the next two years, and the company will generate modest free operating cash flow that it could use for debt reduction.

Considering its heavy debt load, we could lower the ratings on Kronos if the company generates sustained negative free cash flows (excluding growth capital expenditures) such that it is unable to cover its fixed charges.

We are unlikely to raise the ratings over the next two years, given our expectation of high debt leverage and the company's ownership by a financial sponsor. We could, however, raise our ratings if Kronos reduces fully adjusted debt leverage to below 6x and improves EBITDA interest coverage to 2.5x-3x.

RELATED CRITERIA AND RESEARCH

Related Criteria

Complete ratings information is available to subscribers of RatingsDirect at www.globalcreditportal.com and at www.spcapitaliq.com. All ratings affected by this rating action can be found on Standard & Poor's public Web site at www.standardandpoors.com. Use the Ratings search box located in the left column.

No content (including ratings, credit-related analyses and data, valuations, model, software, or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced, or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees, or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness, or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED, OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses, and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment, and experience of the user, its management, employees, advisors, and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Rating-related publications may be published for a variety of reasons that are not necessarily dependent on action by rating committees, including, but not limited to, the publication of a periodic update on a credit rating and related analyses.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw, or suspend such acknowledgement at any time and in

its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal, or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.spglobal.com/ratings (free of charge), and www.ratingsdirect.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.spglobal.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned. No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact S&P Global Ratings, Client Services, 55 Water Street, New York, NY 10041; (1) 212-438-7280 or by e-mail to: research_request@spglobal.com.

## Contact the analysts:

- ### Donald Marleau, CFA

  Primary Credit Analyst, Toronto

  P.(1) 416-507-2526

  E.donald.marleau@standardandpoors.com

- ### Nayeem Islam

  Secondary Contact, Toronto

  P.(416) 507-2576

  E.nayeem.islam@standardandpoors.com