# Exhibit 3

# Kronos Acquisition Holdings Inc. Downgraded To 'C

**disclosure.spglobal.com**/ratings/en/regulatory/article/-/view/type/HTML/id/2148322

27-Dec-2018 | 11:40 EST

## Kronos Acquisition Holdings Inc. Downgraded To 'CCC+' From 'B-' On Proposed Acquisition Of N.C. Brands L.P.

- Concord, Ont.-based Kronos Acquisition Holdings Inc. announced the acquisition agreement to acquire N.C. Brands L.P. and NCI Holdings Inc. for approximately US$170 million; the acquisition will be fully debt funded and we expect credit measures to deteriorate following the acquisition.
- Specifically, we expect S&P Global Ratings-adjusted debt-to-EBITDA to remain elevated at 9.0x-9.5x and interest coverage to be in the low-1x area in 2019. We view the company's capital structure to be unsustainable in the long term.
- As a result, we lowered our issuer credit rating on Kronos to 'CCC+' from 'B-'.
- We also lowered our issue-level rating on the company's senior secured term loan to 'CCC+' from 'B-'. The '3' recovery rating on the debt is unchanged. In addition, we lowered our issue-level rating on company's senior unsecured notes to 'CCC-' from 'CCC'. The '6' recovery rating on the notes is unchanged.
- The stable outlook reflects our expectation that, despite high leverage and weak coverage ratios, Kronos has sufficient liquidity to sustain its operations over the next 12 months.

TORONTO (S&P Global Ratings) Dec. 27, 2018--S&P Global Ratings today took the rating actions listed above. Kronos Acquisition Holdings Inc. announced its acquisition agreement to acquire N.C Brands L.P., North America's largest specialty pool and spa chemical provider, and holding company NCI Holdings Inc., for approximately US$170 million, subject to significant closing conditions. We expect a proposed US$170 million privately placed term loan B to fully fund the transaction. The proposed acquisition will result in deterioration of adjusted debt-to-EBITDA to 9.0x-9.5x and interest coverage in low-1x area for 2019, in line with our downside trigger. Although the acquisition adds niche and complementary products to Kronos' existing pool business and has an attractive earnings profile, it is not sufficient to offset the increase in debt, which was already elevated following the company's household segment acquisitions (about US$ 100 million) in 2018.

The downgrade reflects our assessment that Kronos' debt burden is unsustainable over the long term and incorporates the softness in the company's operating performance for 2018, which we believe may continue through 2019. Although the company generated low single-digit revenue growth for year-to-date September 2018, the company's EBITDA remained flat year-over-year. The company's track record across its various business segments remain lackluster as it continues to face headwinds from factors such as higher input and freight costs over which it has limited control. Price increases that Kronos secured from its customers have not completely offset the impact of the cost increases for 2018 given the time lag in passing them on. In our view, Kronos has partial pricing powers and is not able to fully recover raw material and freight cost increase in the short term, which leads to lower margins than those of its peers.

The stable outlook reflects our view that despite high leverage and tight EBITDA interest coverage Kronos will maintain adequate liquidity through its ABL facility. Based on our forecast, we expect the company to have stable EBITDA and generate sufficient cash flows to cover fixed charges (cash interest and capex).

We would lower the ratings if Kronos' liquidity position deteriorated such that the company was not able to service its fixed charges of interest and minimum capital expenditures. This could occur if the company's availability under its ABL facility decreased significantly due to a material drop in EBITDA.

Although unlikely in the next 12 months, we could raise the ratings if the company's leverage and EBITDA interest coverage improved to below 8.0x and close to 2x, respectively.


RELATED CRITERIA

Certain terms used in this report, particularly certain adjectives used to
express our view on rating relevant factors, have specific meanings ascribed
to them in our criteria, and should therefore be read in conjunction with such
criteria. Please see Ratings Criteria at www.standardandpoors.com for further
information. Complete ratings information is available to subscribers of
RatingsDirect at www.capitaliq.com. All ratings affected by this rating action
can be found on S&P Global Ratings' public website at
www.standardandpoors.com. Use the Ratings search box located in the left
column.

No content (including ratings, credit-related analyses and data, valuations, model, software, or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced, or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees, or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness, or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED, OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses, and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment, and experience of the user, its management, employees, advisors, and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or

independent verification of any information it receives. Rating-related publications may be published for a variety of reasons that are not necessarily dependent on action by rating committees, including, but not limited to, the publication of a periodic update on a credit rating and related analyses.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw, or suspend such acknowledgement at any time and in its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal, or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.spglobal.com/ratings (free of charge), and www.ratingsdirect.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.spglobal.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned. No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact S&P Global Ratings, Client Services, 55 Water Street, New York, NY 10041; (1) 212-438-7280 or by e-mail to: research_request@spglobal.com.

## Contact the analysts:

- ## Aniki Saha-Yannopoulos, CFA, PhD

  Primary Credit Analyst, Toronto

  P.(1) 416-507-2579

  E.aniki.saha-yannopoulos@spglobal.com

- **Archana S Rao**

  Secondary Contact, Toronto

  P.+ 1 (416) 507 2568

  E.archana.rao@spglobal.com