# Exhibit 5

# Kronos Acquisition Holdings Inc. Outlook Revised

disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/2909880

28-Oct-2022 | 11:27 EDT

## Kronos Acquisition Holdings Inc. Outlook Revised To Stable From Negative On Successful Pricing Actions; Ratings Affirmed

- Concord, Ont.-based Kronos Acquisition Holdings Inc.'s profitability improved during the third quarter of 2022 because of successful pricing actions through the first half of fiscal 2022. In addition, the company appears on target to commence production at its Lake Charles facility for the 2023 pool season.
- As a result, we now expect higher EBITDA in fiscal 2023 and that Kronos will sustain a debt-to-EBITDA ratio of about 7.0x over the next 12 months.
- Therefore, S&P Global Ratings revised the outlook on Kronos to stable from negative. At the same time, S&P Global Ratings affirmed its 'B-' issuer credit rating on Kronos.
- We also affirmed our issue-level ratings on the company's senior secured and unsecured debt. The recovery ratings on the debt are unchanged.
- The stable outlook reflects our expectation that Kronos will sustain an adjusted debt-to-EBITDA ratio of about 7x over the next 12 months, supported by its improved EBITDA. We believe the company's operations would benefit from successful pricing pass-through amid a cost-inflationary environment and deepened supply-chain disruptions.

TORONTO (S&P Global Ratings) Oct. 28, 2022--S&P Global Ratings today took the rating actions listed above. EBITDA generation from successful pricing pass-through will result in improved credit measures over the next 12 months. The outlook revision reflects our view of Kronos' ability to maintain profitability amid a tough cost environment. Demand for the company's products has remained steady through 2022. However, similar to industry peers, Kronos faced significant cost headwinds specifically for raw materials and in-bound freight. The cost pressures were further exacerbated due to Kronos' trichloroisocyanuric acid (trichlor) manufacturing facility at Lake Charles being inoperative. In response to the elevated cost environment, Kronos has realized price increases close to US$175 million year-to-date fiscal 2022 , and we expect additional gains in upcoming quarters through 2023. Furthermore, we believe that as the new and expanded Lake Charles facility becomes fully operational in early 2023 (given progress to-date), it should meaningfully ease the company's cost burden. As a result, we now expect Kronos will sustain a debt-to-EBITDA ratio in the 7.0x-7.5x range in fiscal 2023 down from about 9.0x in fiscal 2021. We also expect Kronos will maintain steady EBITDA interest coverage in the 2.0x area through 2023.

We expect cost inflation pressures on margins will slowly ease with the reopening of the Lake Charles facility. During fiscal 2021 Kronos experienced deterioration in its EBITDA margin (S&P Global Ratings-adjusted) of about 400 basis points because its inability to increase prices outpaced the continued high-cost inflation in raw material and transportation costs. We expect Kronos' operating performance will remain susceptible to volatility in input costs, a rising interest-rate environment, and unexpected costs related to capacity expansion plans. The higher costs in the company's pool business will remain as long as Kronos must purchase trichlor at a premium from third parties. However, as the Lake Charles facility rebuilding transitions to pre-commissioning phase, we expect cost savings from in-sourced trichlor. Once these costs subside, we expect EBITDA margins will normalize in the 13.5%-14.0% range for fiscal 2023. We also expect Kronos will be able to adequately absorb potential volatility in input costs and maintain its EBITDA and margins once Lake Charles' capacity utilization is close to normalized utilization.

There is an adequate liquidity cushion through availability, but free operating cash flow will remain temporarily stressed for fiscal 2022. Throughout this year, Kronos will continue to rebuild and repair its Lake Charles facility. The revised capital expenditure (capex) to make the facility fully operational is expected to be 25%-30% above the company's initial expectation of US$195 million. For fiscal year-end 2022, we expect the company will spend about US$200 million-US$225 million in capital investments, of which about US$80 million, until second quarter, has been spent on the Lake Charles rebuilding. For the remainder of fiscal 2022, we also expect that slightly higher working capital requirements spurred by increased inventory levels, required to offset supply-chain disruptions. This will stress the free operating cash flow which we expect to remain negative in the US$40 million-US$50 million range for fiscal 2022. Once the Lake Charles facility is fully operational in fiscal 2023, the free operating cash flow should turn positive.

The stable outlook reflects our expectation that Kronos will sustain a debt-to-EBITDA ratio of about 7x over the next 12 months, supported by its improved EBITDA generation. We believe the company's operations would benefit from successful pricing pass-through amid an inflationary environment and deepening supply-chain disruptions.

We could lower the ratings on Kronos if adjusted EBITDA interest coverage approaches 1.5x because of decreased sales volume amid tight consumer spending and an inability to realize further decreases in raw material costs. We believe this would also result if leverage measures further increased and the capital structure became unsustainable along with a meaningful liquidity shortfall.

Although unlikely over the next 12 months, we could raise the ratings on Kronos if EBITDA improves and the company sustains debt levels such that its debt-to-EBITDA ratio strengthens sustainably below 6x. This could result from the company's ability to successfully

pass on any further price increases particularly in fiscal 2023, and the better-than-expected profitability improvement from reopening of the Lake Charles facility with some control over the excess raw material costs.

### ESG credit indicators: E-2, S-2, G-3

Governance factors are a moderately negative consideration in our credit rating analysis of Kronos Acquisition Holdings Inc., as is the case for most rated entities owned by private-equity sponsors. We believe the company's highly leveraged financial risk profile points to corporate decision-making that prioritizes the interests of the controlling owners. This also reflects the generally finite holding periods and a focus on maximizing shareholder returns.

### Related Criteria

Certain terms used in this report, particularly certain adjectives used to express our view on rating relevant factors, have specific meanings ascribed to them in our criteria, and should therefore be read in conjunction with such criteria. Please see Ratings Criteria at www.standardandpoors.com for further information. Complete ratings information is available to subscribers of RatingsDirect at www.capitaliq.com. All ratings affected by this rating action can be found on S&P Global Ratings' public website at www.standardandpoors.com. Use the Ratings search box located in the left column.

**European Endorsement Status**
Global-scale credit rating(s) issued by S&P Global Ratings' affiliates based in the following jurisdictions [To read more, visit Endorsement of Credit Ratings] have been endorsed into the EU and/or the UK in accordance with the relevant CRA regulations. Note: Endorsements for U.S. Public Finance global-scale credit ratings are done per request. To review the endorsement status by credit rating, visit the spglobal.com/ratings website and search for the rated entity.

No content (including ratings, credit-related analyses and data, valuations, model, software, or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced, or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees, or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness, or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR

DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED, OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses, and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment, and experience of the user, its management, employees, advisors, and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Rating-related publications may be published for a variety of reasons that are not necessarily dependent on action by rating committees, including, but not limited to, the publication of a periodic update on a credit rating and related analyses.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw, or suspend such acknowledgement at any time and in its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal, or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.spglobal.com/ratings (free of charge), and www.ratingsdirect.com (subscription), and

may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.spglobal.com/usratingsfees.

Any Passwords/user IDs issued by S&P to users are single user-dedicated and may ONLY be used by the individual to whom they have been assigned. No sharing of passwords/user IDs and no simultaneous access via the same password/user ID is permitted. To reprint, translate, or use the data or information other than as provided herein, contact S&P Global Ratings, Client Services, 55 Water Street, New York, NY 10041; (1) 212-438-7280 or by e-mail to: research_request@spglobal.com.

## Contact the analysts:

- **Monysh Bandeally**

    Primary Credit Analyst, Toronto

    P.+1 4165072559

    E.monysh.bandeally@spglobal.com

- **Aniki Saha-Yannopoulos, CFA, PhD**

    Secondary Contact, Toronto

    P.+ 1 (416) 507 2579

    E.aniki.saha-yannopoulos@spglobal.com