IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**<u>CENTERBRIDGE DEFENDANTS' REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 7.1(E) and Section V(C) of this Court's Standing Order Regarding Civil Litigation, Dkt. 38, Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants") respectfully request oral argument on their Motion to Dismiss the Consolidated Class Action Complaint, (the "Motion"), Dkt. 177.  Given the seriousness of the issues raised by the Centerbridge Defendants' jurisdictional and merits arguments, and that the Motion would be case-dispositive as to the Centerbridge Defendants, oral argument may be helpful to the Court in resolving the Motion.  To the extent helpful to the Court, the Centerbridge Defendants anticipate that oral argument would focus on whether the factual allegations in the Complaint plausibly allege alter ego relationships amongst the Defendants, or state a *prima facie* case for personal jurisdiction over the Centerbridge Defendants, and whether they support imposing direct tort liability on the Centerbridge Defendants under applicable law.

Respectfully submitted this 14th day of April, 2025.

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | BRADLEY ARANT BOULT CUMMINGS LLP |
| */s/ Kimberly Branscome* <br> Kimberly Branscome, *pro hac vice* <br> 2029 Century Park East, Suite 2000 <br> Los Angeles, CA 90067-3006 <br> Tel.: (310) 982-4350 <br> Email: kbranscome@paulweiss.com <br><br> Yahonnes Cleary, *pro hac vice* <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Tel.: (212) 373-3000 <br> Email: ycleary@paulweiss.com | */s/ R. Thomas Warburton* <br> R. Thomas Warburton <br> Ga. Bar No. 218175 <br> Email: twarburton@bradley.com <br> Christopher S. Anulewicz <br> GA Bar No. 020914 <br> Email: canulewicz@bradley.com <br> Promenade Tower <br> 1230 Peachtree Street NE, 20th Floor <br> Atlanta, GA 30309 <br> Tel.: (404) 868-2100 |

*Counsel for Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **REQUEST FOR ORAL ARGUMENT** has been prepared in accordance with the font type requirements of Local Rule 5.1, using 13-point Century Schoolbook font.

This 14th day of April, 2025.

*/s/ R. Thomas Warburton*
R. Thomas Warburton
Ga. Bar No. 218175

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **REQUEST FOR ORAL ARGUMENT** with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 14th day of April, 2025.

>*/s/ R. Thomas Warburton*
>R. Thomas Warburton
>Ga. Bar No. 218175