**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**CENTERBRIDGE DEFENDANTS' MOTION
TO ALLOW ELECTRONIC DEVICES**

Counsel for Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants") respectfully request the Court's permission to enter the Richard B. Russell Federal Building & United States Courthouse with electronic devices for the Fourth Status Conference scheduled on Thursday, May 29, 2025, at 10:00am EDT, before Judge Sarah E. Geraghty, in Courtroom 2307. These devices may include laptop computers, iPhones, Androids, and/or other smartphone devices.

The following Counsel for the Centerbridge Defendants request such permission: Yahonnes Cleary and Aaron Mattis, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP.

1

Respectfully submitted this 15th day of May, 2025.

          BRADLEY ARANT BOULT
          CUMMINGS LLP

          */s/ Christopher S. Anulewicz*
          Christopher S. Anulewicz
          GA Bar No. 020914
          Email: canulewicz@bradley.com
          R. Thomas Warburton
          Ga. Bar No. 218175
          Email: twarburton@bradley.com
          Promenade Tower
          1230 Peachtree Street NE, 20th Floor
          Atlanta, GA 30309
          Tel.: (404) 868-2100

          PAUL, WEISS, RIFKIND,
          WHARTON & GARRISON LLP

          Kimberly Branscome, *pro hac vice*
          2029 Century Park East, Suite 2000
          Los Angeles, CA 90067-3006
          Tel.: (310) 982-4350
          Email: kbranscome@paulweiss.com

          Yahonnes Cleary, *pro hac vice*
          1285 Avenue of the Americas
          New York, NY 10019-6064
          Tel.: (212) 373-3000
          Email: ycleary@paulweiss.com


    *Counsel for Defendants Centerbridge*
    *Partners, L.P. and Centerbridge Capital*
    *Partners III, L.P.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type requirements of Local Rule 5.1, using 13-point Century Schoolbook font.

This 15th day of May, 2025.

*/s/  Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing document with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 15th day of May, 2025.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914