IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**ORDER GRANTING CENTERBRIDGE DEFENDANTS' MOTION
TO ALLOW ELECTRONIC DEVICES**

THIS MATTER comes before this Court on the Motion to Allow Electronic Devices filed by Defendants Centerbridge Partners, L.P. and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants").

**IT IS HEREBY ORDERED** that:

On behalf of the Centerbridge Defendants, the following counsel are granted permission to enter the courthouse building with computer laptops and/or mobile telephones that may contain cameras, including iPhones, Androids, and/or other smartphone devices: Yahonnes Cleary and Aaron Mattis, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Proper identification will be required upon entering the security station.

1

**SO ORDERED**, this \_\_\_\_ day of May, 2025

_____
Sarah E. Geraghty
United States District Judge

2