**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE BIO-LAB CLASS ACTIONS | Case No. 1:24-cv-04407-SEG |

**NOTICE OF PROPOSED AGENDA FOR
<u>STATUS CONFERENCE</u>**

Plaintiffs, Defendants Bio-Lab, Inc., KIK International, LLC, KIK Custom Products, Inc., and KIK US Holdings, LLC (collectively, the "Bio-Lab and KIK Defendants"), and Defendants Centerbridge Partners, LP and Centerbridge Capital Partners III, LP (collectively, the "Centerbridge Defendants") (together, "Parties"), pursuant to this Court's March 24, 2025 Minute Order, submit the following Notice of Proposed Agenda for the May 29, 2025 Status Conference.

**Agenda Item 1: Oral argument on the Centerbridge Defendants' Motion to Dismiss the Consolidated Class Action Complaint.**

**Agenda Item 2: Mediation.**

Plaintiffs and the Bio-Lab and KIK Defendants have tentatively scheduled a mediation on June 26, 2025 with Mediator John W. Perry, Jr.

**Agenda Item 3: Discovery Update.**

<u>*Requests for Production of Documents and Initial Disclosures*</u>

Pursuant to the Scheduling Order entered by this Court on February 28, 2025

1

[Dkt. 184], Plaintiffs and the Bio-Lab and KIK Defendants exchanged initial Requests for Production of Documents and Initial Disclosures on March 26, 2025. [Dkts. 194, 196]. Plaintiffs and the Bio-Lab and KIK Defendants served written responses to the respective Requests for Production of Documents on May 12, 2025. [Dkts. 210, 211]. Rolling production of documents by the Plaintiffs and the Bio-Lab and KIK Defendants is scheduled to start by June 16, 2025.

Plaintiffs and the Bio-Lab and KIK Defendants have met and conferred on issues as they have arisen in an effort to avoid burdening the Court with discovery disputes. The parties will raise any issues with the Court if the parties reach an impasse in these discussions.

**Agenda Item 4: Coordination with State Court Actions.**

A number of other actions are pending in Georgia state courts ("State Court Actions"). Several of the State Court Actions have been consolidated in a single matter in the Superior Court of Rockdale County in the action styled *In re Bio-Lab, Inc. Litigation*, Case No. 2024-CV-2330, several are coordinated with that action for purposes of pretrial proceedings, and others are currently pending separately. Plaintiffs have continued to discuss with plaintiffs' counsel in the State Court Actions potential ways to coordinate the litigation, including discovery.

Dated: May 23, 2025

Respectfully submitted,

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039
Michael L. Eber
Ga. Bar No. 859338
Jessica Arnold Caleb
Ga. Bar No. 141507
Emily C. Snow
Ga. Bar No. 837411
Alan M. Long
Ga. Bar No. 367326
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com
jarnold@caplancobb.com
esnow@caplancobb.com
along@caplancobb.com

Alan E. Schoenfeld*
Thomas K. Bredar*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
thomas.bredar@wilmerhale.com

Felicia H. Ellsworth*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6000

*/s/ J. Cameron Tribble*
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Telephone: (770) 227-6375
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com
ktullos@barneslawgroup.com

*Interim Liaison Counsel*

Daniel R. Flynn*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
dflynn@dicellolevitt.com

Jason J. Carter
Ga. Bar No. 141669
**BONDURANT MIXSON & ELMORE, LLP**
1201 West Peachtree Street, Suite 3900
Atlanta, Georgia 3030
Telephone: (404) 881-4100
carter@bmelaw.com

Jean Sutton Martin*
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908

3

<div style="columns:2">

Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com

Robin C. Burrell*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington DC, 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
robin.burrell@wilmerhale.com

*Counsel for Bio-Lab and KIK Defendants*

/s/ *Christopher S. Anulewicz*
Christopher S. Anulewicz
GA Bar No. 020914
R. Thomas Warburton
Ga. Bar No. 218175
**BRADLEY ARANT BOULT CUMMINGS LLP**
Promenade Tower
1230 Peachtree Street NE, 20th Floor
Atlanta, GA 30309
Tel.: (404) 868-2100
canulewicz@bradley.com
twarburton@bradley.com

Kimberly Branscome*
**PAUL ,WEISS, RIFKIND, WHARTON & GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
kbranscome@paulweiss.com

Yahonnes Cleary*
**PAUL ,WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

jeanmartin@ForThePeople.com

L. Chris Stewart
Ga. Bar No. 142289
**STEWART MILLER SIMMONS TRIAL ATTORNEYS**
55 Ivan Allen Jr. Boulevard, Suite 700
Atlanta, Georgia 30308
Telephone: (404) 529-3476
cstewart@smstrial.com

*Interim Co-Lead Class Counsel*

**Pro Hac Vice*

</div>

4

Tel.: (212) 373-3000
ycleary@paulweiss.com

*Counsel for Centerbridge Defendants*

\**Pro hac vice*

## CERTIFICATE OF SERVICE

Pursuant to Rule 5.1C, ND Ga. I hereby certify that on this date, I electronically filed the foregoing **NOTICE OF PROPOSED AGENDA FOR STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 23rd day of May, 2025.

                    **THE BARNES LAW GROUP, LLC**

                    */s/J. Cameron Tribble*
                    J. Cameron Tribble
                    Georgia Bar No. 754759
                    31 Atlanta Street
                    Marietta, Georgia 30060
                    Telephone: (770) 227-6375
                    roy@barneslawgroup.com
                    bevis@barneslawgroup.com
                    ctribble@barneslawgroup.com
                    ktullos@barneslawgroup.com

                    *Interim Liaison Counsel*