# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-04407-SEG and 1:24-cv-04916-SEG
### In re Bio-Lab Class Actions
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 05/29/2025.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 01:30                              DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Jason Carter representing Plaintiffs<br>Daniel Flynn representing Plaintiffs<br>Jean Martin representing Plaintiffs<br>L.Chris Stewart representing Plaintiffs<br>March Chalos representing Plaintiffs<br>Shayna Sacks representing Rockdale County Plaintiff<br>Felicia Ellsworth representing Defendants<br>Michael Caplan representing Defendants<br>Yahonnes Cleary representing Centerbridge Defendants<br>Reed Thomas Warburton representing Centerbridge Defendants |
| PROCEEDING CATEGORY: | Status Conference and Motion Hearing (Non-evidentiary) |
| MOTIONS RULED ON: | [177] Motion to Dismiss for Failure to State a Claim – After hearing argument from the Centerbridge Defendants and Plaintiffs, the Court took the Centerbridge Defendants' motion under advisement. Written order to follow. |
| MINUTE TEXT: | The Court held a fourth status conference. The parties addressed the items on their proposed agenda. After hearing from the parties concerning a discovery dispute, the Court DIRECTED the parties to confer by June 5 on the issue and contact the courtroom deputy if they are unable to resolve the dispute. |
| HEARING STATUS: | Hearing Concluded |