# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-04407-SEG and 1:24-cv-04916-SEG
### In re Bio-Lab Class Actions
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 09/09/2025.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 2:10 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 00:10                     DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Jason Carter representing Plaintiffs |
| | Daniel Flynn representing Plaintiffs |
| | L.Chris Stewart representing Plaintiffs |
| | Jane Vincent representing Plaintiffs |
| | Michael Blakely representing Plaintiffs |
| | James Tribble representing Plaintiffs |
| | Shayna Sacks representing Rockdale County Plaintiff |
| | Felicia Ellsworth representing Defendants |
| | Michael Caplan representing Defendants |
| | Yahonnes Cleary representing Centerbridge Defendants |
| | Reed Thomas Warburton representing Centerbridge Defendants |
| PROCEEDING CATEGORY: | Status Conference (Non-evidentiary) |
| MINUTE TEXT: | The Court held a fifth status conference. The parties addressed the items on their proposed agenda. |
| HEARING STATUS: | Hearing Concluded |