EXHIBIT

B

Business | Deals

# Centerbridge-Backed Comet Cleaner Maker Kik Said to Explore Sale

     



*Source: Westend61/Getty Images*

By Crystal Tse, Kiel Porter, and Kamaron Leach
October 5, 2022 at 5:13 PM EDT

 This article is for **subscribers only**.

Kik Consumer Products Inc., the maker of household and pool-cleaning products, is exploring a sale that could value it at as much as $4 billion, according to people with knowledge of the matter.

The company is working with an adviser on the potential sale, the people said, asking not to be identified discussing private information. Kik is owned by private equity firm Centerbridge Partners, which acquired it in 2015 for an undisclosed price, according to a statement at the time.

The company has earnings before interest, taxes, depreciation and amortization of about $400 million a year, one of the people said.

A final decision on pursuing a sale hasn't been made and Centerbridge could decide to keep the Lawrenceville, Georgia-based company, the people said.

A Centerbridge spokesperson declined to comment. A representative for Kik didn't immediately respond to a request for comment.

Kik makes Comet bleach and other products such as pool cleaners and antifreeze and automotive fluids under the Prestone brand. The company has about $2 billion in annual sales and has more than 2,500 employees, according to a statement. In July, it appointed its president, Michael Sload, as chief executive officer.

The company had grown through acquisition including a 2019 deal for NC Brands LP, a pool and spa chemicals business, according to its website.

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ☒

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

©2025 Bloomberg L.P. All Rights Reserved.