# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| *In Re*: Bio-Lab Class Actions | Case No. 1:24-CV-04407-SEG |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the Bio-Lab and KIK Defendants respectfully request that this Court extend their deadline to respond to Plaintiffs' Motion to Compel Discovery (Doc. 229) by one week, through and including October 8, 2025. Plaintiffs consent to this extension.

The Bio-Lab and KIK Defendants have been engaged in discussions with Plaintiffs, and it appears probable the Motion to Compel Discovery can be resolved by the parties without further involvement by the Court. A modest extension will permit the parties to continue these discussions.

For these reasons, and because Plaintiffs consent to the extension the Bio-Lab and KIK Defendants seek, the Bio-Lab and KIK Defendants respectfully request that the Court grant this Motion and extend the deadline to respond to Plaintiffs' Motion to Compel Discovery through and including October 8, 2025. A Proposed Order granting this Motion is attached.

Respectfully submitted this 30th day of September, 2025.

| | |
|---|---|
| Alan E. Schoenfeld<br>Thomas K. Bredar<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 230-8800<br>Fax: (212) 230-8888<br>alan.schoenfeld@wilmerhale.com<br>thomas.bredar@wilmerhale.com<br><br>Felicia H. Ellsworth<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>felicia.ellsworth@wilmerhale.com<br><br>Robin C. Burrell<br>**WILMER CUTLER PICKERING**<br>   **HALE AND DORR LLP**<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br>robin.burrell@wilmerhale.com | */s/ Michael A. Caplan*<br>Michael A. Caplan<br>Ga. Bar No. 601039<br>Michael L. Eber<br>Ga. Bar No. 859338<br>Emily C. Snow<br>Ga. Bar No. 837411<br>Alan M. Long<br>Ga. Bar No. 367326<br>**CAPLAN COBB LLC**<br>75 Fourteenth Street NE, Suite 2700<br>Atlanta, Georgia 30309<br>Tel: (404) 596-5600<br>Fax: (404) 596-5604<br>mcaplan@caplancobb.com<br>meber@caplancobb.com<br>jarnold@caplancobb.com<br>esnow@caplancobb.com<br>along@caplancobb.com |

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1(D), I hereby certify that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

This 30th day of September, 2025.

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 30th day of September, 2025.

/s/ Michael A. Caplan
Michael A. Caplan
Ga. Bar No. 601039

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*