IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| *In Re*: Bio-Lab Class Actions | Case No. 1:24-CV-04407-SEG |

**[PROPOSED] ORDER**

For good cause shown, the Court **GRANTS** the Bio-Lab and KIK Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Discovery. The Bio-Lab and KIK Defendants shall have through and including October 8, 2025 to respond to Plaintiffs' Motion to Compel Discovery (Doc. 229).

IT IS SO ORDERED, this _____ day of September, 2025.

_____
Honorable Sarah E. Geraghty
United States District Judge