# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| *In Re*: Bio-Lab Class Actions | Case No. 1:24-CV-04407-SEG |

## ORDER

For good cause shown, the Court **GRANTS** the Bio-Lab and KIK Defendants' Consent Motion for Extension of Time to Respond to Plaintiffs' Motion to Compel Discovery. The Bio-Lab and KIK Defendants shall have through and including October 15, 2025 to respond to Plaintiffs' Motion to Compel Discovery (Doc. 229).

IT IS SO ORDERED, this 9th day of October, 2025.

_____
Sarah E. Geraghty
United States District Judge