# EXHIBIT A

## AFFIDAVIT OF ANNEMARGARET CONNOLLY

I, Annemargaret Connolly, declare as follows:

1.      I am a partner at the law firm of Weil, Gotshal & Manges LLP ("Weil").

2.      In 2022, Weil retained Ramboll US Consulting, Inc. ("Ramboll") on behalf of its client, KIK Consumer Products, Inc. ("KIK"), to act as a consultant under Weil's direction and to provide services to aid Weil in rendering legal advice in connection with a contemplated transaction.

3.      Weil relied on Ramboll's expertise to understand the environmental condition of certain facilities owned and operated by KIK.

4.      As noted in the scope of work section of the 2022 engagement letter between Weil, KIK, and Ramboll, Ramboll was retained to conduct a review to identify environmental issues that were reasonably likely to result in liabilities or compliance costs in excess of $250,000.

5.      At the direction of Weil, Ramboll conducted an on-site environmental review of most of the manufacturing sites operated by KIK at the time.  For each site, Ramboll reviewed historical information, prior environmental reports, and information from regulatory databases.  Ramboll also conducted site visits and employee interviews.  Ramboll prepared a report with its findings.

6.      Weil required Ramboll's expertise to understand the environmental condition of certain facilities and retained Ramboll under privilege to conduct a review to identify potentially significant environmental issues.  Weil engaged Ramboll to perform specialized consulting services for the purpose of helping Weil gather information that it needed to provide legal advice to KIK.  Weil directed the work Ramboll conducted.

7.      Weil, KIK, and Ramboll understood that the work conducted by Ramboll was done under privilege, was confidential, and was done under Weil's direction to aid Weil in rendering legal advice.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 13, 2025.

_/s/ Annemargaret Connolly_
Annemargaret Connolly