# EXHIBIT B



ENVIRONMENT
& HEALTH

**Privileged and Confidential**
**Prepared at the Request of Counsel**

KIK Custom Products
c/o Annemargaret Connolly
Weil, Gotshal & Manges LLP
2001 M Street NW, Suite 600
Washington, DC 20005



Date  September 16, 2022

Ramboll
3 Carlisle Road
Suite 210
Westford, MA 01886
USA

T  +1 978 449 0300
F  +1 978 449 0301
www.ramboll.com

Page 1





## SCOPE OF WORK

Ramboll proposes to conduct on-site environmental reviews of each of the manufacturing sites (with limited exceptions, as identified below) and complete a desktop environmental review of all other current sites (e.g., warehouses, R&D facilities) and any known former sites.

The objective of Ramboll's review will be to identify environmental issues that are reasonable likely to result in liabilities or compliance costs in excess of $250,000 (termed herein as "potentially significant" issues).

The scope of work will include the tasks described below. Prior to commencing work on the following tasks, Ramboll will participate in a management call to confirm the universe of sites owned and operated by the Company, discuss known and potential environmental and high-level health and safety issues, reserves/accruals, logistics for Task 1, and other high-level matters to ensure Ramboll's review process is as efficient as possible.



Page 3



Page 4









