# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-cv-04407-SEG and 1:24-cv-04916-SEG
### In re Bio-Lab Class Actions
### Honorable Sarah E. Geraghty

---

Minute Sheet for proceedings held In Open Court on 06/30/2026.

TIME COURT COMMENCED: 2:00 P.M.
TIME COURT CONCLUDED: 3:27 P.M.          COURT REPORTER: Melissa Brock
TIME IN COURT: 01:27                      DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEYS PRESENT: | Daniel Flynn representing Plaintiffs<br>L.Chris Stewart representing Plaintiffs<br>Jane Vincent representing Plaintiffs<br>James Tribble representing Plaintiffs<br>Shayna Sacks representing Rockdale County Plaintiff<br>Veronica N. Vazquez Santiago representing Rockdale County Plaintiff<br>Felicia Ellsworth representing Defendants<br>Michael Caplan representing Defendants<br>Yahonnes Cleary representing Centerbridge Defendants<br>Reed Thomas Warburton representing Centerbridge Defendants |
| PROCEEDING CATEGORY: | 7th Status Conference (Non-evidentiary) |
| MINUTE TEXT: | The Court held a sixth status conference at which the parties addressed the items on their proposed agendas and a discovery dispute between the Plaintiffs and Centerbridge Defendants. |
| HEARING STATUS: | Hearing Concluded |