# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| *In Re:* Bio-Lab Class Actions | Civil Action No. 1:24-CV-4407-SEG |

## JOINT MOTION TO AMEND THE EXISTING JURISDICTIONAL DISCOVERY SCHEDULE

Plaintiffs; Defendants Centerbridge Partners, L.P., and Centerbridge Capital Partners III, L.P. (collectively, the "Centerbridge Defendants"); and Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK US Holdings LLC (collectively, the "Bio-Lab and KIK Defendants") (together, "Parties"), jointly request that the Court amend the existing jurisdictional discovery schedule set by the Court's April 3, 2026 Order on the Parties' Joint Status Report Regarding Jurisdictional Discovery [Dkt. 274], and the Court's April 13, 2026 Minute Entry [Dkt. 277]. In support, the Parties state as follows:

On February 24, 2025, the Centerbridge Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint [Dkt. 177]. On March 12, 2026, the Court entered an Order staying the Centerbridge Defendants' Motion to Dismiss to allow the Parties to engage in jurisdictional discovery (the "Order"). [Dkt. 270]. The Court further directed the Parties "to jointly submit a proposed schedule for

1

jurisdictional discovery, as well as any proposed amendments to the existing scheduling order in this case." *Id.* at 71.

On March 30, 2026, Plaintiffs served jurisdictional discovery requests on the Centerbridge Defendants. On April 3, 2026, the Court issued an Order setting deadlines for jurisdictional discovery, [Dkt. 274], and on April 13, 2026, the Court set deadlines for next steps following jurisdictional discovery, [Dkt. 277]. On April 30, 2026, the Centerbridge Defendants served responses and objections to Plaintiffs' jurisdictional discovery requests. Thereafter, the relevant parties have exchanged discovery conferral letters and met and conferred on multiple occasions to narrow or resolve their disputes related to the appropriate scope of the jurisdictional document requests.

On June 30, 2026, the Court held a status conference at which it heard argument from Plaintiffs and the Centerbridge Defendants on disputed jurisdictional document requests and provided the Court's guidance on the disputed requests. Since that time, Plaintiffs and the Centerbridge Defendants have continued to confer to further narrow any remaining disputes. They also have begun conferring on search parameters.

Since Plaintiffs and the Centerbridge Defendants are continuing to confer on the scope of Plaintiffs' jurisdictional discovery requests following the June 30, 2026 status conference, as well as on search parameters applicable to jurisdictional

discovery, the Parties respectfully request a four-week extension of the substantial completion deadline and related jurisdictional discovery deadlines, including Plaintiffs' deadline to provide notice of their intent whether to seek leave to amend the Complaint following jurisdictional discovery.

Specifically, the Parties respectfully request that the Court enter the following amended schedule:

| EVENT | CURRENT DEADLINE | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Deadline to begin rolling production in response to jurisdictional document requests | N/A | Wednesday, July 29, 2026 |
| Deadline to notify the Court of any remaining dispute regarding the jurisdictional document requests or search parameters | N/A | Friday, July 31, 2026 |
| Deadline for document production concerning jurisdictional discovery to be substantially complete | Wednesday, July 29, 2026 | Wednesday, August 26, 2026 |
| Close of jurisdictional discovery | Friday, August 28, 2026 | Friday, September 25, 2026 |
| Deadline for Plaintiffs to notify Centerbridge Defendants whether Plaintiffs will seek leave to amend their complaint | Tuesday, September 1, 2026 | Tuesday, September 29, 2026 |
| If not amending, deadline for Plaintiffs and Centerbridge Defendants to file either a joint or separate schedules for supplemental | Friday, September 4, 2026 | Friday, October 2, 2026 |

3

| | | |
|---|---|---|
| briefing with a proposed order attached | | |
| If amending, deadline for Plaintiffs to file their motion to amend the complaint, attaching the proposed amended complaint | Tuesday, September 15, 2026 | Tuesday, October 13, 2026 |

A proposed order is attached to this motion for the Court's convenience.

[*Signature Page Follows*]

4

Respectfully submitted this 17th day of July, 2026

/s/ Jason J. Carter
Jason J. Carter
Ga. Bar No. 141669
BONDURANT MIXSON & ELMORE, LLP
1201 West Peachtree Street, Suite 3900
Atlanta, Georgia 30309
(404) 881-4100
carter@bmelaw.com

L. Chris Stewart
Ga. Bar No. 142289
STEWART MILLER SIMMONS TRIAL
ATTORNEYS
55 Ivan Allen Jr. Boulevard, Suite 700
Atlanta, Georgia 30308
(404) 529-3476
cstewart@smstrial.com

Daniel R. Flynn
Admitted *Pro Hac Vice*
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
dflynn@dicellolevitt.com

Jean Sutton Martin
Admitted *Pro Hac Vice*
MORGAN & MORGAN
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
(813) 559-4908
jeanmartin@ForThePeople.com

*Counsel for Plaintiffs*

/s/ R. Thomas Warburton
R. Thomas Warburton
GA Bar No. 218175
twarburton@bradley.com
Christopher S. Anulewicz
GA Bar No. 020914
canulewicz@bradley.com
BRADLEY ARANT BOULT
CUMMINGS LLP
1230 Peachtree Street NE
Atlanta, GA 30309
Tel.: (404) 868-2100

Kimberly Branscome, *pro hac vice*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2029 Century Park East, Suite 2000
Los Angeles, CA 90067-3006
Tel.: (310) 982-4350
kbranscome@paulweiss.com

Yahonnes Cleary, *pro hac vice*
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
ycleary@paulweiss.com

*Counsel for Centerbridge Partners,
L.P. and Centerbridge Capital
Partners III, L.P.*

5

ALAN E. SCHOENFELD*
THOMAS K. BREDAR*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com
thomas.bredar@wilmerhale.com


FELICIA H. ELLSWORTH*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
felicia.ellsworth@wilmerhale.com


ROBIN C. BURRELL*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000
Fax: (202) 663-6363
robin.burrell@wilmerhale.com

*/s/ Michael A. Caplan*
Michael A. Caplan
Ga. Bar No. 601039
Michael L. Eber
Ga. Bar No. 859338
Emily C. Snow
Ga. Bar No. 837411
Alan M. Long
Ga. Bar No. 367326
CAPLAN COBB LLC
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
meber@caplancobb.com
esnow@caplancobb.com
along@caplancobb.com

*Counsel for Defendants Bio-Lab, Inc., KIK International LLC, KIK Custom Products Inc., and KIK U.S. Holdings LLC*

6

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **JOINT MOTION TO AMEND THE EXISTING JURISDICTIONAL DISCOVERY SCHEDULE** with the Clerk of Court using the CM/ECF system which will automatically send email notification to all counsel of record.

This 17th day of July, 2026.

/s/ R. Thomas Warburton
R. Thomas Warburton
GA Bar No. 218175