**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| *In Re:* Bio-Lab Class Actions | Civil Action No. 1:24-CV-4407-SEG |

## [PROPOSED] ORDER

This matter is before the Court on the Parties' Joint Motion to Amend the Existing Jurisdictional Discovery Schedule.  (Doc. ____).  Considering the Parties' agreement and for good cause shown, the Court hereby **GRANTS** the motion.

It is hereby **ORDERED** that jurisdictional discovery and the related subsequent events specified shall proceed according to the following deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED AMENDED DEADLINE |
|---|---|---|
| Deadline to begin rolling production in response to jurisdictional document requests | N/A | Wednesday, July 29, 2026 |
| Deadline to notify the Court of any remaining dispute regarding the jurisdictional document requests or search parameters | N/A | Friday, July 31, 2026 |
| Deadline for document production concerning jurisdictional discovery to be substantially complete | Wednesday, July 29, 2026 | Wednesday, August 26, 2026 |
| Close of jurisdictional discovery | Friday, August 28, 2026 | Friday, September 25, 2026 |

| | | |
|---|---|---|
| Deadline for Plaintiffs to notify Centerbridge Defendants whether Plaintiffs will seek leave to amend their complaint | Tuesday, September 1, 2026 | Tuesday, September 29, 2026 |
| If not amending, deadline for Plaintiffs and Centerbridge Defendants to file either a joint or separate schedules for supplemental briefing with a proposed order attached | Friday, September 4, 2026 | Friday, October 2, 2026 |
| If amending, deadline for Plaintiffs to file their motion to amend the complaint, attaching the proposed amended complaint | Tuesday, September 15, 2026 | Tuesday, October 13, 2026 |

SO ORDERED this _____ day of July, 2026.


_____
Hon. Sarah E. Geraghty
United States District Judge